UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY; ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY; ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY; ESURANCE INSURANCE COMPANY; and ESURANCE PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>INSCRIBED PLLC; INTEGRATIVE NEUROLOGY PLLC; DIAGNOSTIC SOLUTIONS LLC; WOOK KIM, M.D., P.C. d/b/a FARMBROOK INTERVENTIONAL PAIN & EMG; DETROIT INSTITUTE OF PAIN MUSCULOSKELETAL MEDICINE PLLC; MICHIGAN INSTITUTE OF MUSCULOSKELETAL MEDICINE PLLC; ZMC PHARMACY, L.L.C.; INTEGRA LAB MANAGEMENT LLC; GIREESH VELUGUBANTI, M.D.; ARVINDER DHILLON, M.D.; BACHU ABRAHAM, M.D.; and JALAL ZAWAIDEH, R.PH.,<br><br>Defendants. | C.A. No. _____ |

**INDEX OF EXHIBITS TO COMPLAINT**

| Exhibit | Description |
|---|---|
| Exhibit 1 | Inscribed Chart of Patients and Treatment at Issue |

| Exhibit | Description |
|---|---|
| Exhibit 2 | Integrative Neurology Chart of Patients and Treatment at Issue |
| Exhibit 3 | Diagnostic Solutions Chart of Patients and Treatment at Issue |
| Exhibit 4 | Farmbrook Chart of Patients and Treatment at Issue |
| Exhibit 5 | DIPMM Chart of Patients and Treatment at Issue |
| Exhibit 6 | MIMM Chart of Patients and Treatment at Issue |
| Exhibit 7 | ZMC Pharmacy Chart of Patients and Treatment at Issue |
| Exhibit 8 | Integra Chart of Patients and Treatment at Issue |
| Exhibit 9 | Integrative Neurology Medical Record Indicating Clinical Supervisor |
| Exhibit 10 | Integra Chart of Fraudulently Unbundled Charges of CPT Code 80369 |
| Exhibit 11 | Integra Chart of Fraudulently Unbundled Charges of CPT Code 80336 |
| Exhibit 12 | Diagnostic Solutions's Website Promoting Neurofeedback Times |
| Exhibit 13 | Farmbrook List of DME to State of Michigan |
| Exhibit 14 | Mail and Wire Fraud Chart |
| Exhibit 15 | Inscribed Damages Chart |
| Exhibit 16 | Integrative Neurology Damages Chart |
| Exhibit 17 | Diagnostic Solutions Damages Chart |
| Exhibit 18 | Farmbrook Damages Chart |
| Exhibit 19 | DIPMM Damages Chart |
| Exhibit 20 | MIMM Damages Chart |
| Exhibit 21 | ZMC Pharmacy Damages Chart |
| Exhibit 22 | Integra Damages Chart |

[SIGNATURE PAGE FOLLOWS]

Respectfully submitted,

SMITH & BRINK

/s/ Jacquelyn A. McEttrick
_____
Richard D. King, Jr.
rking@smithbrink.com
Nathan A. Tilden (P76969)
ntilden@smithbrink.com
Jacquelyn A. McEttrick
jmcettrick@smithbrink.com
John D. Tertan
jtertan@smithbrink.com
38777 Six Mile Road, Suite 314
Livonia, MI 48152
(734) 521-9000

350 Granite Street, Suite 2303
Braintree, MA 02184
(617) 770-2214

*Attorneys for Plaintiffs
Allstate Insurance Company,
Allstate Property and Casualty
Insurance Company, Allstate Fire and
Casualty Insurance Company,
Esurance Insurance Company, and
Esurance Property and Casualty
Insurance Company*

Dated:  December 19, 2019