# EXHIBIT 3

Allstate Insurance Company, et al. v. Inscribed PLLC, et al.
Exhibit 3

| Provider | Claim Number | Patient Initials | Date of Service | CPT Code Billed | CPT Code Description | Billed Amount |
|---|---|---|---|---|---|---|
| Diagnostic Solutions LLC | TXA-0183768 | A.A. | 3/22/2018 | 99214 | Office or other outpatient visit for the evaluation and management of an established patient | $385.00 |
| Diagnostic Solutions LLC | 0471195080 | G.A. | 7/26/2018 | 95816 | Electroencephalogram (EEG) | $2,800.00 |
| Diagnostic Solutions LLC | 0471195080 | G.A. | 7/26/2018 | 95957 | Digital analysis of electroencephalogram (EEG) | $2,600.00 |
| Diagnostic Solutions LLC | 0471195080 | G.A. | 7/26/2018 | 95961 | Functional cortical and subcortical mapping by stimulation and/or recording of electrodes on brain surface | $2,400.00 |
| Diagnostic Solutions LLC | 0471195080 | G.A. | 7/26/2018 | 95962 | Functional cortical and subcortical mapping by stimulation and/or recording of electrodes on brain surface | $2,000.00 |
| Diagnostic Solutions LLC | 0471195080 | G.A. | 8/10/2018 | 90876 | Individual psychophysiological therapy incorporating biofeedback training by any modality | $495.00 |
| Diagnostic Solutions LLC | 0445906167 | T.A. | 2/2/2018 | 90876 | Individual psychophysiological therapy incorporating biofeedback training by any modality | $495.00 |
| Diagnostic Solutions LLC | 0445906167 | T.A. | 3/6/2018 | 90876 | Individual psychophysiological therapy incorporating biofeedback training by any modality | $495.00 |
| Diagnostic Solutions LLC | 0445906167 | T.A. | 4/13/2018 | 95870 | Needle electromyography; limited study of muscles in 1 extremity | $1,100.00 |
| Diagnostic Solutions LLC | 0445906167 | T.A. | 4/13/2018 | 95885 | Needle electromyography, each extremity, with related paraspinal areas | $2,500.00 |
| Diagnostic Solutions LLC | 0445906167 | T.A. | 4/13/2018 | 95908 | Nerve conduction studies; 3-4 studies | $2,500.00 |
| Diagnostic Solutions LLC | 0494928583 | K.C. | 11/17/2018 | 95816 | Electroencephalogram (EEG) | $2,800.00 |
| Diagnostic Solutions LLC | 0494928583 | K.C. | 11/17/2018 | 95957 | Digital analysis of electroencephalogram (EEG) | $2,600.00 |
| Diagnostic Solutions LLC | 0494928583 | K.C. | 11/17/2018 | 95961 | Functional cortical and subcortical mapping by stimulation and/or recording of electrodes on brain surface | $2,400.00 |
| Diagnostic Solutions LLC | 0494928583 | K.C. | 11/17/2018 | 95962 | Functional cortical and subcortical mapping by stimulation and/or recording of electrodes on brain surface | $2,000.00 |
| Diagnostic Solutions LLC | 0494928583 | K.C. | 11/28/2018 | 95951 | Monitoring for localization of cerebral seizure focus by cable or radio, 16 or more channel telemetry, combined electroencephalographic (EEG) and video recording and interpretation (eg, for presurgical localization), each 24 hours | $9,500.00 |
| Diagnostic Solutions LLC | 0494928583 | K.C. | 11/29/2018 | 95951 | Monitoring for localization of cerebral seizure focus by cable or radio, 16 or more channel telemetry, combined electroencephalographic (EEG) and video recording and interpretation (eg, for presurgical localization), each 24 hours | $9,500.00 |
| Diagnostic Solutions LLC | 0494928583 | K.C. | 11/30/2018 | 95951 | Monitoring for localization of cerebral seizure focus by cable or radio, 16 or more channel telemetry, combined electroencephalographic (EEG) and video recording and interpretation (eg, for presurgical localization), each 24 hours | $9,500.00 |
| Diagnostic Solutions LLC | TXA-0155526 | S.E. | 8/15/2018 | 90875 | Individual psychophysiological therapy incorporating biofeedback training by any modality | $495.00 |
| Diagnostic Solutions LLC | TXA-0155526 | S.E. | 8/22/2018 | 90876 | Individual psychophysiological therapy incorporating biofeedback training by any modality | $495.00 |
| Diagnostic Solutions LLC | TXA-0155526 | S.E. | 8/29/2018 | 90876 | Individual psychophysiological therapy incorporating biofeedback training by any modality | $495.00 |
| Diagnostic Solutions LLC | TXA-0155526 | S.E. | 8/31/2018 | 95861 | Needle electromyography; 2 extremities with or without related paraspinal areas | $2,500.00 |
| Diagnostic Solutions LLC | TXA-0155526 | S.E. | 8/31/2018 | 95886 | Needle electromyography, each extremity, with related paraspinal areas | $5,000.00 |
| Diagnostic Solutions LLC | TXA-0155526 | S.E. | 8/31/2018 | 95909 | Nerve conduction studies; 5-6 studies | $750.00 |
| Diagnostic Solutions LLC | TXA-0155526 | S.E. | 9/5/2018 | 90876 | Individual psychophysiological therapy incorporating biofeedback training by any modality | $495.00 |
| Diagnostic Solutions LLC | TXA-0155526 | S.E. | 9/12/2018 | 90876 | Individual psychophysiological therapy incorporating biofeedback training by any modality | $495.00 |
| Diagnostic Solutions LLC | TXA-0155526 | S.E. | 9/19/2018 | 90876 | Individual psychophysiological therapy incorporating biofeedback training by any modality | $495.00 |
| Diagnostic Solutions LLC | TXA-0155526 | S.E. | 10/3/2018 | 90876 | Individual psychophysiological therapy incorporating biofeedback training by any modality | $495.00 |
| Diagnostic Solutions LLC | TXA-0155526 | S.E. | 10/10/2018 | 90876 | Individual psychophysiological therapy incorporating biofeedback training by any modality | $495.00 |
| Diagnostic Solutions LLC | TXA-0155526 | S.E. | 10/19/2018 | 90876 | Individual psychophysiological therapy incorporating biofeedback training by any modality | $495.00 |
| Diagnostic Solutions LLC | TXA-0155526 | S.E. | 10/24/2018 | 90876 | Individual psychophysiological therapy incorporating biofeedback training by any modality | $495.00 |
| Diagnostic Solutions LLC | TXA-0155526 | S.E. | 10/31/2018 | 90876 | Individual psychophysiological therapy incorporating biofeedback training by any modality | $495.00 |
| Diagnostic Solutions LLC | TXA-0155526 | S.E. | 11/7/2018 | 90876 | Individual psychophysiological therapy incorporating biofeedback training by any modality | $495.00 |
| Diagnostic Solutions LLC | TXA-0155526 | S.E. | 11/14/2018 | 90876 | Individual psychophysiological therapy incorporating biofeedback training by any modality | $495.00 |
| Diagnostic Solutions LLC | TXA-0193637 | J.F. | 3/9/2018 | 95816 | Electroencephalogram (EEG) | $2,800.00 |
| Diagnostic Solutions LLC | TXA-0193637 | J.F. | 3/9/2018 | 95957 | Digital analysis of electroencephalogram (EEG) | $2,600.00 |
| Diagnostic Solutions LLC | TXA-0193637 | J.F. | 3/9/2018 | 95961 | Functional cortical and subcortical mapping by stimulation and/or recording of electrodes on brain surface | $2,400.00 |
| Diagnostic Solutions LLC | TXA-0193637 | J.F. | 3/9/2018 | 95962 | Functional cortical and subcortical mapping by stimulation and/or recording of electrodes on brain surface | $2,000.00 |
| Diagnostic Solutions LLC | 0515846616 | A.G. | 10/27/2018 | 95816 | Electroencephalogram (EEG) | $2,800.00 |
| Diagnostic Solutions LLC | 0515846616 | A.G. | 10/27/2018 | 95957 | Digital analysis of electroencephalogram (EEG) | $2,600.00 |
| Diagnostic Solutions LLC | 0515846616 | A.G. | 10/27/2018 | 95961 | Functional cortical and subcortical mapping by stimulation and/or recording of electrodes on brain surface | $2,400.00 |
| Diagnostic Solutions LLC | 0515846616 | A.G. | 10/27/2018 | 95962 | Functional cortical and subcortical mapping by stimulation and/or recording of electrodes on brain surface | $2,000.00 |
| Diagnostic Solutions LLC | 0481079861 | M.G. | 4/2/2018 | 95816 | Electroencephalogram (EEG) | $2,800.00 |
| Diagnostic Solutions LLC | 0481079861 | M.G. | 4/2/2018 | 95957 | Digital analysis of electroencephalogram (EEG) | $2,600.00 |
| Diagnostic Solutions LLC | 0481079861 | M.G. | 4/2/2018 | 95961 | Functional cortical and subcortical mapping by stimulation and/or recording of electrodes on brain surface | $2,400.00 |
| Diagnostic Solutions LLC | 0481079861 | M.G. | 4/2/2018 | 95962 | Functional cortical and subcortical mapping by stimulation and/or recording of electrodes on brain surface | $2,000.00 |
| Diagnostic Solutions LLC | 0481079861 | M.G. | 4/6/2018 | 90876 | Individual psychophysiological therapy incorporating biofeedback training by any modality | $495.00 |
| Diagnostic Solutions LLC | 0481079861 | M.G. | 4/13/2018 | 90876 | Individual psychophysiological therapy incorporating biofeedback training by any modality | $495.00 |
| Diagnostic Solutions LLC | 0481079861 | M.G. | 4/27/2018 | 90876 | Individual psychophysiological therapy incorporating biofeedback training by any modality | $495.00 |

Allstate Insurance Company, et al. v. Inscribed PLLC, et al.
Exhibit 3

| Provider | Claim Number | Patient Initials | Date of Service | CPT Code Billed | CPT Code Description | Billed Amount |
|---|---|---|---|---|---|---|
| Diagnostic Solutions LLC | 0481079861 | M.G. | 5/11/2018 | 90876 | Individual psychophysiological therapy incorporating biofeedback training by any modality | $495.00 |
| Diagnostic Solutions LLC | 0481079861 | M.G. | 5/18/2018 | 90876 | Individual psychophysiological therapy incorporating biofeedback training by any modality | $495.00 |
| Diagnostic Solutions LLC | 0481079861 | M.G. | 6/14/2018 | 90876 | Individual psychophysiological therapy incorporating biofeedback training by any modality | $495.00 |
| Diagnostic Solutions LLC | 0481079861 | M.G. | 7/5/2018 | 90876 | Individual psychophysiological therapy incorporating biofeedback training by any modality | $495.00 |
| Diagnostic Solutions LLC | 0481079861 | M.G. | 8/3/2018 | 90876 | Individual psychophysiological therapy incorporating biofeedback training by any modality | $495.00 |
| Diagnostic Solutions LLC | TXA-0150891 | T.H. | 1/30/2018 | 90876 | Individual psychophysiological therapy incorporating biofeedback training by any modality | $495.00 |
| Diagnostic Solutions LLC | TXA-0150891 | T.H. | 2/6/2018 | 90876 | Individual psychophysiological therapy incorporating biofeedback training by any modality | $495.00 |
| Diagnostic Solutions LLC | TXA-0150891 | T.H. | 2/13/2018 | 90876 | Individual psychophysiological therapy incorporating biofeedback training by any modality | $495.00 |
| Diagnostic Solutions LLC | TXA-0150891 | T.H. | 2/20/2018 | 90876 | Individual psychophysiological therapy incorporating biofeedback training by any modality | $495.00 |
| Diagnostic Solutions LLC | TXA-0150891 | T.H. | 4/3/2018 | 90876 | Individual psychophysiological therapy incorporating biofeedback training by any modality | $495.00 |
| Diagnostic Solutions LLC | 0409560603 | T.H. | 9/18/2018 | 95953 | Monitoring for localization of cerebral seizure focus by computerized portable 16 or more channel EEG, electroencephalographic (EEG) recording and interpretation, each 24 hours, unattended | $9,500.00 |
| Diagnostic Solutions LLC | 0409560603 | T.H. | 9/19/2018 | 95953 | Monitoring for localization of cerebral seizure focus by computerized portable 16 or more channel EEG, electroencephalographic (EEG) recording and interpretation, each 24 hours, unattended | $9,500.00 |
| Diagnostic Solutions LLC | 0409560603 | T.H. | 9/20/2018 | 95953 | Monitoring for localization of cerebral seizure focus by computerized portable 16 or more channel EEG, electroencephalographic (EEG) recording and interpretation, each 24 hours, unattended | $9,500.00 |
| Diagnostic Solutions LLC | 0409560603 | T.H. | 9/21/2018 | 95816 | Electroencephalogram (EEG) | $2,800.00 |
| Diagnostic Solutions LLC | 0409560603 | T.H. | 9/21/2018 | 95957 | Digital analysis of electroencephalogram (EEG) | $2,600.00 |
| Diagnostic Solutions LLC | 0409560603 | T.H. | 9/21/2018 | 95961 | Functional cortical and subcortical mapping by stimulation and/or recording of electrodes on brain surface | $2,400.00 |
| Diagnostic Solutions LLC | 0409560603 | T.H. | 9/21/2018 | 95962 | Functional cortical and subcortical mapping by stimulation and/or recording of electrodes on brain surface | $2,000.00 |
| Diagnostic Solutions LLC | 0409560603 | T.H. | 4/4/2019 | 90876 | Individual psychophysiological therapy incorporating biofeedback training by any modality | $495.00 |
| Diagnostic Solutions LLC | 0409560603 | T.H. | 4/11/2019 | 90876 | Individual psychophysiological therapy incorporating biofeedback training by any modality | $495.00 |
| Diagnostic Solutions LLC | 0409560603 | T.H. | 4/18/2019 | 90876 | Individual psychophysiological therapy incorporating biofeedback training by any modality | $495.00 |
| Diagnostic Solutions LLC | 0409560603 | T.H. | 4/18/2019 | 95803 | Actigraphy testing, recording, analysis, interpretation, and report | $2,850.00 |
| Diagnostic Solutions LLC | 0409560603 | T.H. | 4/25/2019 | 90876 | Individual psychophysiological therapy incorporating biofeedback training by any modality | $495.00 |
| Diagnostic Solutions LLC | 0409560603 | T.H. | 5/2/2019 | 90876 | Individual psychophysiological therapy incorporating biofeedback training by any modality | $495.00 |
| Diagnostic Solutions LLC | 0409560603 | T.H. | 5/9/2019 | 90876 | Individual psychophysiological therapy incorporating biofeedback training by any modality | $495.00 |
| Diagnostic Solutions LLC | TXA-0194666 | S.H. | 1/9/2018 | 95810 | Polysomnography | $10,000.00 |
| Diagnostic Solutions LLC | TXA-0194666 | S.H. | 8/15/2018 | 90876 | Individual psychophysiological therapy incorporating biofeedback training by any modality | $495.00 |
| Diagnostic Solutions LLC | TXA-0194666 | S.H. | 8/22/2018 | 90876 | Individual psychophysiological therapy incorporating biofeedback training by any modality | $495.00 |
| Diagnostic Solutions LLC | TXA-0194666 | S.H. | 8/29/2018 | 90876 | Individual psychophysiological therapy incorporating biofeedback training by any modality | $495.00 |
| Diagnostic Solutions LLC | TXA-0194666 | S.H. | 9/10/2018 | 95816 | Electroencephalogram (EEG) | $2,800.00 |
| Diagnostic Solutions LLC | TXA-0194666 | S.H. | 9/10/2018 | 95957 | Digital analysis of electroencephalogram (EEG) | $2,600.00 |
| Diagnostic Solutions LLC | TXA-0194666 | S.H. | 9/10/2018 | 95961 | Functional cortical and subcortical mapping by stimulation and/or recording of electrodes on brain surface | $2,400.00 |
| Diagnostic Solutions LLC | TXA-0194666 | S.H. | 9/10/2018 | 95962 | Functional cortical and subcortical mapping by stimulation and/or recording of electrodes on brain surface | $2,000.00 |
| Diagnostic Solutions LLC | TXA-0194666 | S.H. | 10/24/2018 | 90876 | Individual psychophysiological therapy incorporating biofeedback training by any modality | $495.00 |
| Diagnostic Solutions LLC | TXA-0194666 | S.H. | 10/31/2018 | 90876 | Individual psychophysiological therapy incorporating biofeedback training by any modality | $495.00 |
| Diagnostic Solutions LLC | TXA-0194666 | S.H. | 11/7/2018 | 90876 | Individual psychophysiological therapy incorporating biofeedback training by any modality | $495.00 |
| Diagnostic Solutions LLC | 0421535188 | S.H. | 1/4/2018 | 95805 | Multiple sleep latency or maintenance of wakefulness testing, recording, analysis and interpretation of physiological measurements of sleep during multiple trials to assess sleepiness | $9,500.00 |
| Diagnostic Solutions LLC | 0421535188 | S.H. | 1/4/2018 | 95810 | Polysomnography | $10,000.00 |
| Diagnostic Solutions LLC | 0476016084 | R.J. | 10/4/2018 | 95816 | Electroencephalogram (EEG) | $2,800.00 |
| Diagnostic Solutions LLC | 0476016084 | R.J. | 10/4/2018 | 95957 | Digital analysis of electroencephalogram (EEG) | $2,600.00 |
| Diagnostic Solutions LLC | 0476016084 | R.J. | 10/4/2018 | 95961 | Functional cortical and subcortical mapping by stimulation and/or recording of electrodes on brain surface | $2,400.00 |
| Diagnostic Solutions LLC | 0476016084 | R.J. | 10/4/2018 | 95962 | Functional cortical and subcortical mapping by stimulation and/or recording of electrodes on brain surface | $2,000.00 |
| Diagnostic Solutions LLC | 0476016084 | R.J. | 10/13/2018 | 90876 | Individual psychophysiological therapy incorporating biofeedback training by any modality | $495.00 |
| Diagnostic Solutions LLC | 0476016084 | R.J. | 10/20/2018 | 90876 | Individual psychophysiological therapy incorporating biofeedback training by any modality | $495.00 |
| Diagnostic Solutions LLC | 0476016084 | R.J. | 10/24/2018 | 95816 | Electroencephalogram (EEG) | $2,800.00 |
| Diagnostic Solutions LLC | 0476016084 | R.J. | 10/27/2018 | 90876 | Individual psychophysiological therapy incorporating biofeedback training by any modality | $495.00 |

Allstate Insurance Company, et al. v. Inscribed PLLC, et al.
Exhibit 3

| Provider | Claim Number | Patient Initials | Date of Service | CPT Code Billed | CPT Code Description | Billed Amount |
|---|---|---|---|---|---|---|
| Diagnostic Solutions LLC | 0476016084 | R.J. | 11/3/2018 | 90876 | Individual psychophysiological therapy incorporating biofeedback training by any modality | $495.00 |
| Diagnostic Solutions LLC | 0476016084 | R.J. | 11/10/2018 | 90876 | Individual psychophysiological therapy incorporating biofeedback training by any modality | $495.00 |
| Diagnostic Solutions LLC | 0476016084 | R.J. | 11/17/2018 | 90876 | Individual psychophysiological therapy incorporating biofeedback training by any modality | $495.00 |
| Diagnostic Solutions LLC | 0476016084 | R.J. | 11/24/2018 | 90876 | Individual psychophysiological therapy incorporating biofeedback training by any modality | $495.00 |
| Diagnostic Solutions LLC | 0476016084 | R.J. | 6/24/2019 | 90876 | Individual psychophysiological therapy incorporating biofeedback training by any modality | $495.00 |
| Diagnostic Solutions LLC | 0476016084 | R.J. | 7/1/2019 | 90876 | Individual psychophysiological therapy incorporating biofeedback training by any modality | $495.00 |
| Diagnostic Solutions LLC | 0476016084 | R.J. | 7/8/2019 | 90876 | Individual psychophysiological therapy incorporating biofeedback training by any modality | $495.00 |
| Diagnostic Solutions LLC | 0476016084 | R.J. | 7/15/2019 | 90876 | Individual psychophysiological therapy incorporating biofeedback training by any modality | $495.00 |
| Diagnostic Solutions LLC | 0476016084 | R.J. | 7/22/2019 | 90876 | Individual psychophysiological therapy incorporating biofeedback training by any modality | $495.00 |
| Diagnostic Solutions LLC | 0476016084 | R.J. | 7/29/2019 | 90876 | Individual psychophysiological therapy incorporating biofeedback training by any modality | $495.00 |
| Diagnostic Solutions LLC | 0476016084 | R.J. | 8/7/2019 | 95861 | Needle electromyography; 2 extremities with or without related paraspinal areas | $2,500.00 |
| Diagnostic Solutions LLC | 0476016084 | R.J. | 8/7/2019 | 95886 | Needle electromyography, each extremity, with related paraspinal areas | $5,000.00 |
| Diagnostic Solutions LLC | 0476016084 | R.J. | 8/7/2019 | 95908 | Nerve conduction studies; 3-4 studies | $2,500.00 |
| Diagnostic Solutions LLC | 0476016084 | R.J. | 8/8/2019 | 90876 | Individual psychophysiological therapy incorporating biofeedback training by any modality | $495.00 |
| Diagnostic Solutions LLC | 0448527747 | R.J. | 8/9/2018 | 95816 | Electroencephalogram (EEG) | $2,800.00 |
| Diagnostic Solutions LLC | 0448527747 | R.J. | 8/9/2018 | 95957 | Digital analysis of electroencephalogram (EEG) | $2,600.00 |
| Diagnostic Solutions LLC | 0448527747 | R.J. | 8/9/2018 | 95961 | Functional cortical and subcortical mapping by stimulation and/or recording of electrodes on brain surface | $2,400.00 |
| Diagnostic Solutions LLC | 0448527747 | R.J. | 8/9/2018 | 95962 | Functional cortical and subcortical mapping by stimulation and/or recording of electrodes on brain surface | $2,000.00 |
| Diagnostic Solutions LLC | 0448527747 | R.J. | 9/5/2018 | 95951 | Monitoring for localization of cerebral seizure focus by cable or radio, 16 or more channel telemetry, combined electroencephalographic (EEG) and video recording and interpretation (eg, for presurgical localization), each 24 hours | $9,500.00 |
| Diagnostic Solutions LLC | 0448527747 | R.J. | 9/6/2018 | 95951 | Monitoring for localization of cerebral seizure focus by cable or radio, 16 or more channel telemetry, combined electroencephalographic (EEG) and video recording and interpretation (eg, for presurgical localization), each 24 hours | $9,500.00 |
| Diagnostic Solutions LLC | 0448527747 | R.J. | 9/7/2018 | 95951 | Monitoring for localization of cerebral seizure focus by cable or radio, 16 or more channel telemetry, combined electroencephalographic (EEG) and video recording and interpretation (eg, for presurgical localization), each 24 hours | $9,500.00 |
| Diagnostic Solutions LLC | 0451246960 | A.K. | 8/28/2018 | 95951 | Monitoring for localization of cerebral seizure focus by cable or radio, 16 or more channel telemetry, combined electroencephalographic (EEG) and video recording and interpretation (eg, for presurgical localization), each 24 hours | $9,500.00 |
| Diagnostic Solutions LLC | 0451246960 | A.K. | 8/29/2018 | 95951 | Monitoring for localization of cerebral seizure focus by cable or radio, 16 or more channel telemetry, combined electroencephalographic (EEG) and video recording and interpretation (eg, for presurgical localization), each 24 hours | $9,500.00 |
| Diagnostic Solutions LLC | 0451246960 | A.K. | 8/30/2018 | 95951 | Monitoring for localization of cerebral seizure focus by cable or radio, 16 or more channel telemetry, combined electroencephalographic (EEG) and video recording and interpretation (eg, for presurgical localization), each 24 hours | $9,500.00 |
| Diagnostic Solutions LLC | TXA-0194403 | J.K. | 1/19/2018 | 95816 | Electroencephalogram (EEG) | $2,800.00 |
| Diagnostic Solutions LLC | TXA-0194403 | J.K. | 1/19/2018 | 95957 | Digital analysis of electroencephalogram (EEG) | $2,600.00 |
| Diagnostic Solutions LLC | TXA-0194403 | J.K. | 1/19/2018 | 95961 | Functional cortical and subcortical mapping by stimulation and/or recording of electrodes on brain surface | $2,400.00 |
| Diagnostic Solutions LLC | TXA-0194403 | J.K. | 1/19/2018 | 95962 | Functional cortical and subcortical mapping by stimulation and/or recording of electrodes on brain surface | $2,000.00 |
| Diagnostic Solutions LLC | TXA-0177439 | D.L. | 3/6/2019 | 95810 | Polysomnography | $10,000.00 |
| Diagnostic Solutions LLC | TXA-0177439 | D.L. | 3/7/2019 | 95816 | Electroencephalogram (EEG) | $2,800.00 |
| Diagnostic Solutions LLC | TXA-0177439 | D.L. | 3/7/2019 | 95957 | Digital analysis of electroencephalogram (EEG) | $2,600.00 |
| Diagnostic Solutions LLC | TXA-0177439 | D.L. | 3/7/2019 | 95961 | Functional cortical and subcortical mapping by stimulation and/or recording of electrodes on brain surface | $2,400.00 |
| Diagnostic Solutions LLC | TXA-0177439 | D.L. | 3/7/2019 | 95962 | Functional cortical and subcortical mapping by stimulation and/or recording of electrodes on brain surface | $2,000.00 |
| Diagnostic Solutions LLC | 0479909185 | J.M. | 2/16/2018 | 90876 | Individual psychophysiological therapy incorporating biofeedback training by any modality | $495.00 |
| Diagnostic Solutions LLC | 0479909185 | J.M. | 12/15/2018 | 95816 | Electroencephalogram (EEG) | $5,600.00 |
| Diagnostic Solutions LLC | 0479909185 | J.M. | 12/15/2018 | 95961 | Functional cortical and subcortical mapping by stimulation and/or recording of electrodes on brain surface | $2,400.00 |
| Diagnostic Solutions LLC | 0479909185 | J.M. | 12/15/2018 | 95962 | Functional cortical and subcortical mapping by stimulation and/or recording of electrodes on brain surface | $2,000.00 |
| Diagnostic Solutions LLC | 0479909185 | J.M. | 12/21/2018 | 95953 | Monitoring for localization of cerebral seizure focus by computerized portable 16 or more channel EEG, electroencephalographic (EEG) recording and interpretation, each 24 hours, unattended | $9,500.00 |
| Diagnostic Solutions LLC | 0479909185 | J.M. | 12/22/2018 | 95953 | Monitoring for localization of cerebral seizure focus by computerized portable 16 or more channel EEG, electroencephalographic (EEG) recording and interpretation, each 24 hours, unattended | $9,500.00 |
| Diagnostic Solutions LLC | 0479909185 | J.M. | 12/23/2018 | 95953 | Monitoring for localization of cerebral seizure focus by computerized portable 16 or more channel EEG, electroencephalographic (EEG) recording and interpretation, each 24 hours, unattended | $9,500.00 |
| Diagnostic Solutions LLC | 0479909185 | J.M. | 12/24/2018 | 95953 | Monitoring for localization of cerebral seizure focus by computerized portable 16 or more channel EEG, electroencephalographic (EEG) recording and interpretation, each 24 hours, unattended | $9,500.00 |
| Diagnostic Solutions LLC | 0479909185 | J.M. | 2/16/2019 | 90876 | Individual psychophysiological therapy incorporating biofeedback training by any modality | $495.00 |
| Diagnostic Solutions LLC | 0479909185 | J.M. | 2/23/2019 | 90876 | Individual psychophysiological therapy incorporating biofeedback training by any modality | $495.00 |

Case 2:19-cv-13721-LVP-EAS ECF No. 1-4 filed 12/19/19 PageID.241 Page 5 of 7

Allstate Insurance Company, et al. v. Inscribed PLLC, et al.
Exhibit 3

| Provider | Claim Number | Patient Initials | Date of Service | CPT Code Billed | CPT Code Description | Billed Amount |
|---|---|---|---|---|---|---|
| Diagnostic Solutions LLC | 0479909185 | J.M. | 3/2/2019 | 90876 | Individual psychophysiological therapy incorporating biofeedback training by any modality | $495.00 |
| Diagnostic Solutions LLC | 0479909185 | J.M. | 3/9/2019 | 90876 | Individual psychophysiological therapy incorporating biofeedback training by any modality | $495.00 |
| Diagnostic Solutions LLC | 0479909185 | J.M. | 3/16/2019 | 90876 | Individual psychophysiological therapy incorporating biofeedback training by any modality | $495.00 |
| Diagnostic Solutions LLC | 0479909185 | J.M. | 3/23/2019 | 90876 | Individual psychophysiological therapy incorporating biofeedback training by any modality | $495.00 |
| Diagnostic Solutions LLC | 0392475653 | C.M. | 3/19/2018 | 95810 | Polysomnography | $10,000.00 |
| Diagnostic Solutions LLC | TXA-0178760 | S.N. | 1/30/2018 | 95810 | Polysomnography | $10,000.00 |
| Diagnostic Solutions LLC | TXA-0178760 | S.N. | 1/30/2018 | 95810 | Polysomnography | $10,000.00 |
| Diagnostic Solutions LLC | TXA-0178760 | S.N. | 2/9/2018 | 95861 | Needle electromyography; 2 extremities with or without related paraspinal areas | $2,500.00 |
| Diagnostic Solutions LLC | TXA-0178760 | S.N. | 2/9/2018 | 95886 | Needle electromyography, each extremity, with related paraspinal areas | $2,500.00 |
| Diagnostic Solutions LLC | TXA-0178760 | S.N. | 2/9/2018 | 95910 | Nerve conduction studies; 7-8 studies | $2,750.00 |
| Diagnostic Solutions LLC | TXA-0178760 | S.N. | 3/9/2018 | 95861 | Needle electromyography; 2 extremities with or without related paraspinal areas | $2,500.00 |
| Diagnostic Solutions LLC | TXA-0178760 | S.N. | 3/9/2018 | 95886 | Needle electromyography, each extremity, with related paraspinal areas | $2,500.00 |
| Diagnostic Solutions LLC | TXA-0178760 | S.N. | 3/9/2018 | 95910 | Nerve conduction studies; 7-8 studies | $2,750.00 |
| Diagnostic Solutions LLC | TXA-0178760 | S.N. | 4/30/2018 | 95816 | Electroencephalogram (EEG) | $2,800.00 |
| Diagnostic Solutions LLC | TXA-0178760 | S.N. | 4/30/2018 | 95957 | Digital analysis of electroencephalogram (EEG) | $2,600.00 |
| Diagnostic Solutions LLC | TXA-0178760 | S.N. | 4/30/2018 | 95961 | Functional cortical and subcortical mapping by stimulation and/or recording of electrodes on brain surface | $2,400.00 |
| Diagnostic Solutions LLC | TXA-0178760 | S.N. | 4/30/2018 | 95962 | Functional cortical and subcortical mapping by stimulation and/or recording of electrodes on brain surface | $2,000.00 |
| Diagnostic Solutions LLC | TXA-0188335 | B.P. | 6/15/2018 | 90876 | Individual psychophysiological therapy incorporating biofeedback training by any modality | $495.00 |
| Diagnostic Solutions LLC | TXA-0188335 | B.P. | 6/29/2018 | 90876 | Individual psychophysiological therapy incorporating biofeedback training by any modality | $495.00 |
| Diagnostic Solutions LLC | TXA-0188335 | B.P. | 7/13/2018 | 90876 | Individual psychophysiological therapy incorporating biofeedback training by any modality | $495.00 |
| Diagnostic Solutions LLC | TXA-0188335 | B.P. | 10/19/2018 | 90876 | Individual psychophysiological therapy incorporating biofeedback training by any modality | $495.00 |
| Diagnostic Solutions LLC | TXA-0188335 | B.P. | 10/26/2018 | 90876 | Individual psychophysiological therapy incorporating biofeedback training by any modality | $495.00 |
| Diagnostic Solutions LLC | TXA-0188335 | B.P. | 10/27/2018 | 95951 | Monitoring for localization of cerebral seizure focus by cable or radio, 16 or more channel telemetry, combined electroencephalographic (EEG) and video recording and interpretation (eg, for presurgical localization), each 24 hours | $9,500.00 |
| Diagnostic Solutions LLC | TXA-0188335 | B.P. | 10/28/2018 | 95951 | Monitoring for localization of cerebral seizure focus by cable or radio, 16 or more channel telemetry, combined electroencephalographic (EEG) and video recording and interpretation (eg, for presurgical localization), each 24 hours | $9,500.00 |
| Diagnostic Solutions LLC | TXA-0188335 | B.P. | 10/29/2018 | 95951 | Monitoring for localization of cerebral seizure focus by cable or radio, 16 or more channel telemetry, combined electroencephalographic (EEG) and video recording and interpretation (eg, for presurgical localization), each 24 hours | $9,500.00 |
| Diagnostic Solutions LLC | TXA-0188335 | B.P. | 11/2/2018 | 90876 | Individual psychophysiological therapy incorporating biofeedback training by any modality | $495.00 |
| Diagnostic Solutions LLC | TXA-0188335 | B.P. | 11/9/2018 | 90876 | Individual psychophysiological therapy incorporating biofeedback training by any modality | $495.00 |
| Diagnostic Solutions LLC | TXA-0188335 | B.P. | 11/12/2018 | 90876 | Individual psychophysiological therapy incorporating biofeedback training by any modality | $495.00 |
| Diagnostic Solutions LLC | TXA-0188335 | B.P. | 11/19/2018 | 90876 | Individual psychophysiological therapy incorporating biofeedback training by any modality | $495.00 |
| Diagnostic Solutions LLC | TXA-0188335 | B.P. | 11/30/2018 | 90876 | Individual psychophysiological therapy incorporating biofeedback training by any modality | $495.00 |
| Diagnostic Solutions LLC | TXA-0188335 | B.P. | 12/7/2018 | 90876 | Individual psychophysiological therapy incorporating biofeedback training by any modality | $495.00 |
| Diagnostic Solutions LLC | TXA-0188335 | B.P. | 12/17/2018 | 95816 | Electroencephalogram (EEG) | $2,800.00 |
| Diagnostic Solutions LLC | TXA-0188335 | B.P. | 12/17/2018 | 95957 | Digital analysis of electroencephalogram (EEG) | $2,600.00 |
| Diagnostic Solutions LLC | TXA-0188335 | B.P. | 12/17/2018 | 95961 | Functional cortical and subcortical mapping by stimulation and/or recording of electrodes on brain surface | $2,400.00 |
| Diagnostic Solutions LLC | TXA-0188335 | B.P. | 12/17/2018 | 95962 | Functional cortical and subcortical mapping by stimulation and/or recording of electrodes on brain surface | $2,000.00 |
| Diagnostic Solutions LLC | TXA-0188335 | B.P. | 12/21/2018 | 90876 | Individual psychophysiological therapy incorporating biofeedback training by any modality | $495.00 |
| Diagnostic Solutions LLC | TXA-0188335 | B.P. | 12/28/2018 | 95962 | Functional cortical and subcortical mapping by stimulation and/or recording of electrodes on brain surface | $2,000.00 |
| Diagnostic Solutions LLC | TXA-0188335 | B.P. | 12/28/2018 | 95816 | Electroencephalogram (EEG) | $2,800.00 |
| Diagnostic Solutions LLC | TXA-0188335 | B.P. | 12/28/2018 | 95957 | Digital analysis of electroencephalogram (EEG) | $2,600.00 |
| Diagnostic Solutions LLC | TXA-0188335 | B.P. | 12/28/2018 | 95961 | Functional cortical and subcortical mapping by stimulation and/or recording of electrodes on brain surface | $2,400.00 |
| Diagnostic Solutions LLC | TXA-0188335 | B.P. | 12/28/2018 | 95962 | Functional cortical and subcortical mapping by stimulation and/or recording of electrodes on brain surface | $2,000.00 |
| Diagnostic Solutions LLC | TXA-0188335 | B.P. | 1/11/2019 | 90876 | Individual psychophysiological therapy incorporating biofeedback training by any modality | $495.00 |
| Diagnostic Solutions LLC | TXA-0188335 | B.P. | 1/18/2019 | 90876 | Individual psychophysiological therapy incorporating biofeedback training by any modality | $495.00 |
| Diagnostic Solutions LLC | TXA-0188335 | B.P. | 3/15/2019 | 95816 | Electroencephalogram (EEG) | $2,800.00 |
| Diagnostic Solutions LLC | TXA-0188335 | B.P. | 3/15/2019 | 95957 | Digital analysis of electroencephalogram (EEG) | $2,600.00 |
| Diagnostic Solutions LLC | TXA-0188335 | B.P. | 3/15/2019 | 95961 | Functional cortical and subcortical mapping by stimulation and/or recording of electrodes on brain surface | $2,400.00 |
| Diagnostic Solutions LLC | TXA-0188335 | B.P. | 3/15/2019 | 95962 | Functional cortical and subcortical mapping by stimulation and/or recording of electrodes on brain surface | $2,000.00 |
| Diagnostic Solutions LLC | 0479284713 | S.R. | 1/16/2018 | 90876 | Individual psychophysiological therapy incorporating biofeedback training by any modality | $495.00 |
| Diagnostic Solutions LLC | 0479284713 | S.R. | 1/30/2018 | 90876 | Individual psychophysiological therapy incorporating biofeedback training by any modality | $495.00 |

Allstate Insurance Company, et al. v. Inscribed PLLC, et al.
Exhibit 3

| Provider | Claim Number | Patient Initials | Date of Service | CPT Code Billed | CPT Code Description | Billed Amount |
|---|---|---|---|---|---|---|
| Diagnostic Solutions LLC | 0479284713 | S.R. | 2/6/2018 | 90876 | Individual psychophysiological therapy incorporating biofeedback training by any modality | $495.00 |
| Diagnostic Solutions LLC | 0479284713 | S.R. | 2/13/2018 | 90876 | Individual psychophysiological therapy incorporating biofeedback training by any modality | $495.00 |
| Diagnostic Solutions LLC | 0479284713 | S.R. | 2/20/2018 | 90876 | Individual psychophysiological therapy incorporating biofeedback training by any modality | $495.00 |
| Diagnostic Solutions LLC | 0479284713 | S.R. | 2/27/2018 | 90876 | Individual psychophysiological therapy incorporating biofeedback training by any modality | $495.00 |
| Diagnostic Solutions LLC | 0479284713 | S.R. | 3/20/2018 | 90876 | Individual psychophysiological therapy incorporating biofeedback training by any modality | $495.00 |
| Diagnostic Solutions LLC | 0479284713 | S.R. | 3/24/2018 | 95816 | Electroencephalogram (EEG) | $2,800.00 |
| Diagnostic Solutions LLC | 0479284713 | S.R. | 3/24/2018 | 95957 | Digital analysis of electroencephalogram (EEG) | $2,600.00 |
| Diagnostic Solutions LLC | 0479284713 | S.R. | 3/24/2018 | 95961 | Functional cortical and subcortical mapping by stimulation and/or recording of electrodes on brain surface | $2,400.00 |
| Diagnostic Solutions LLC | 0479284713 | S.R. | 3/24/2018 | 95962 | Functional cortical and subcortical mapping by stimulation and/or recording of electrodes on brain surface | $2,000.00 |
| Diagnostic Solutions LLC | TXA-0169061 | J.R. | 8/31/2018 | 95885 | Needle electromyography, each extremity, with related paraspinal areas | $5,000.00 |
| Diagnostic Solutions LLC | TXA-0169061 | J.R. | 8/31/2018 | 95886 | Needle electromyography, each extremity, with related paraspinal areas | $5,000.00 |
| Diagnostic Solutions LLC | TXA-0169061 | J.R. | 8/31/2018 | 95908 | Nerve conduction studies; 3-4 studies | $2,500.00 |
| Diagnostic Solutions LLC | TXA-0169061 | J.R. | 9/8/2018 | 95816 | Electroencephalogram (EEG) | $2,800.00 |
| Diagnostic Solutions LLC | TXA-0169061 | J.R. | 9/8/2018 | 95957 | Digital analysis of electroencephalogram (EEG) | $2,600.00 |
| Diagnostic Solutions LLC | TXA-0169061 | J.R. | 9/8/2018 | 95957 | Digital analysis of electroencephalogram (EEG) | $2,600.00 |
| Diagnostic Solutions LLC | TXA-0169061 | J.R. | 9/8/2018 | 95961 | Functional cortical and subcortical mapping by stimulation and/or recording of electrodes on brain surface | $2,400.00 |
| Diagnostic Solutions LLC | TXA-0169061 | J.R. | 9/8/2018 | 95962 | Functional cortical and subcortical mapping by stimulation and/or recording of electrodes on brain surface | $2,000.00 |
| Diagnostic Solutions LLC | TXA-0169061 | J.R. | 9/22/2018 | 95951 | Monitoring for localization of cerebral seizure focus by cable or radio, 16 or more channel telemetry, combined electroencephalographic (EEG) and video recording and interpretation (eg, for presurgical localization), each 24 hours | $9,500.00 |
| Diagnostic Solutions LLC | TXA-0169061 | J.R. | 9/22/2018 | 95953 | Monitoring for localization of cerebral seizure focus by computerized portable 16 or more channel EEG, electroencephalographic (EEG) recording and interpretation, each 24 hours, unattended | $9,500.00 |
| Diagnostic Solutions LLC | TXA-0169061 | J.R. | 9/23/2018 | 95951 | Monitoring for localization of cerebral seizure focus by cable or radio, 16 or more channel telemetry, combined electroencephalographic (EEG) and video recording and interpretation (eg, for presurgical localization), each 24 hours | $9,500.00 |
| Diagnostic Solutions LLC | TXA-0169061 | J.R. | 9/23/2018 | 95953 | Monitoring for localization of cerebral seizure focus by computerized portable 16 or more channel EEG, electroencephalographic (EEG) recording and interpretation, each 24 hours, unattended | $9,500.00 |
| Diagnostic Solutions LLC | TXA-0169061 | J.R. | 11/17/2018 | 95816 | Electroencephalogram (EEG) | $2,800.00 |
| Diagnostic Solutions LLC | TXA-0169061 | J.R. | 11/17/2018 | 95957 | Digital analysis of electroencephalogram (EEG) | $2,600.00 |
| Diagnostic Solutions LLC | TXA-0169061 | J.R. | 11/17/2018 | 95961 | Functional cortical and subcortical mapping by stimulation and/or recording of electrodes on brain surface | $2,400.00 |
| Diagnostic Solutions LLC | TXA-0169061 | J.R. | 11/17/2018 | 95962 | Functional cortical and subcortical mapping by stimulation and/or recording of electrodes on brain surface | $2,000.00 |
| Diagnostic Solutions LLC | TXA-0169061 | J.R. | 12/1/2018 | 95953 | Monitoring for localization of cerebral seizure focus by computerized portable 16 or more channel EEG, electroencephalographic (EEG) recording and interpretation, each 24 hours, unattended | $9,500.00 |
| Diagnostic Solutions LLC | TXA-0169061 | J.R. | 12/2/2018 | 95953 | Monitoring for localization of cerebral seizure focus by computerized portable 16 or more channel EEG, electroencephalographic (EEG) recording and interpretation, each 24 hours, unattended | $9,500.00 |
| Diagnostic Solutions LLC | TXA-0169061 | J.R. | 12/3/2018 | 95953 | Monitoring for localization of cerebral seizure focus by computerized portable 16 or more channel EEG, electroencephalographic (EEG) recording and interpretation, each 24 hours, unattended | $9,500.00 |
| Diagnostic Solutions LLC | TXA-0169061 | J.R. | 7/9/2019 | 90876 | Individual psychophysiological therapy incorporating biofeedback training by any modality | $495.00 |
| Diagnostic Solutions LLC | TXA-0169061 | J.R. | 7/20/2019 | 95816 | Electroencephalogram (EEG) | $2,800.00 |
| Diagnostic Solutions LLC | TXA-0169061 | J.R. | 7/20/2019 | 95957 | Digital analysis of electroencephalogram (EEG) | $2,600.00 |
| Diagnostic Solutions LLC | TXA-0169061 | J.R. | 7/20/2019 | 95961 | Functional cortical and subcortical mapping by stimulation and/or recording of electrodes on brain surface | $2,400.00 |
| Diagnostic Solutions LLC | TXA-0169061 | J.R. | 7/20/2019 | 95962 | Functional cortical and subcortical mapping by stimulation and/or recording of electrodes on brain surface | $2,000.00 |
| Diagnostic Solutions LLC | TXA-0169061 | J.R. | 7/25/2019 | 95803 | Actigraphy testing, recording, analysis, interpretation, and report | $2,850.00 |
| Diagnostic Solutions LLC | TXA-0169061 | J.R. | 7/30/2019 | 90876 | Individual psychophysiological therapy incorporating biofeedback training by any modality | $495.00 |
| Diagnostic Solutions LLC | TXA-0169061 | J.R. | 5/10/2018 | 90876 | Individual psychophysiological therapy incorporating biofeedback training by any modality | $495.00 |
| Diagnostic Solutions LLC | TXA-0169061 | J.R. | 5/18/2018 | 95816 | Electroencephalogram (EEG) | $2,800.00 |
| Diagnostic Solutions LLC | TXA-0169061 | J.R. | 5/18/2018 | 95957 | Digital analysis of electroencephalogram (EEG) | $2,600.00 |
| Diagnostic Solutions LLC | TXA-0169061 | J.R. | 5/18/2018 | 95961 | Functional cortical and subcortical mapping by stimulation and/or recording of electrodes on brain surface | $2,400.00 |
| Diagnostic Solutions LLC | TXA-0169061 | J.R. | 5/18/2018 | 95962 | Functional cortical and subcortical mapping by stimulation and/or recording of electrodes on brain surface | $2,000.00 |
| Diagnostic Solutions LLC | TXA-0169061 | J.R. | 9/22/2018 | 95951 | Monitoring for localization of cerebral seizure focus by cable or radio, 16 or more channel telemetry, combined electroencephalographic (EEG) and video recording and interpretation (eg, for presurgical localization), each 24 hours | $9,500.00 |
| Diagnostic Solutions LLC | TXA-0169061 | J.R. | 10/27/2018 | 95951 | Monitoring for localization of cerebral seizure focus by cable or radio, 16 or more channel telemetry, combined electroencephalographic (EEG) and video recording and interpretation (eg, for presurgical localization), each 24 hours | $9,500.00 |
| Diagnostic Solutions LLC | TXA-0169061 | J.R. | 10/28/2018 | 95951 | Monitoring for localization of cerebral seizure focus by cable or radio, 16 or more channel telemetry, combined electroencephalographic (EEG) and video recording and interpretation (eg, for presurgical localization), each 24 hours | $9,500.00 |
| Diagnostic Solutions LLC | TXA-0169061 | J.R. | 10/29/2018 | 95951 | Monitoring for localization of cerebral seizure focus by cable or radio, 16 or more channel telemetry, combined electroencephalographic (EEG) and video recording and interpretation (eg, for presurgical localization), each 24 hours | $9,500.00 |

Allstate Insurance Company, et al. v. Inscribed PLLC, et al.
Exhibit 3

| Provider | Claim Number | Patient Initials | Date of Service | CPT Code Billed | CPT Code Description | Billed Amount |
|---|---|---|---|---|---|---|
| Diagnostic Solutions LLC | TXA-0169061 | J.R. | 7/2/2019 | 90876 | Individual psychophysiological therapy incorporating biofeedback training by any modality | $495.00 |
| Diagnostic Solutions LLC | TXA-0169061 | J.R. | 7/9/2019 | 90876 | Individual psychophysiological therapy incorporating biofeedback training by any modality | $495.00 |
| Diagnostic Solutions LLC | TXA-0169061 | J.R. | 7/23/2019 | 90876 | Individual psychophysiological therapy incorporating biofeedback training by any modality | $495.00 |
| Diagnostic Solutions LLC | TXA-0169061 | J.R. | 7/30/2019 | 90876 | Individual psychophysiological therapy incorporating biofeedback training by any modality | $495.00 |
| Diagnostic Solutions LLC | 0428425573 | I.S. | 1/18/2018 | 90876 | Individual psychophysiological therapy incorporating biofeedback training by any modality | $495.00 |
| Diagnostic Solutions LLC | 0428425573 | I.S. | 1/29/2018 | 95810 | Polysomnography | $10,000.00 |
| Diagnostic Solutions LLC | 0428425573 | I.S. | 2/19/2018 | 95816 | Electroencephalogram (EEG) | $2,800.00 |
| Diagnostic Solutions LLC | 0428425573 | I.S. | 2/19/2018 | 95957 | Digital analysis of electroencephalogram (EEG) | $2,600.00 |
| Diagnostic Solutions LLC | 0428425573 | I.S. | 2/19/2018 | 95961 | Functional cortical and subcortical mapping by stimulation and/or recording of electrodes on brain surface | $2,400.00 |
| Diagnostic Solutions LLC | 0428425573 | I.S. | 2/19/2018 | 95962 | Functional cortical and subcortical mapping by stimulation and/or recording of electrodes on brain surface | $2,000.00 |
| Diagnostic Solutions LLC | 0428425573 | I.S. | 2/22/2018 | 90876 | Individual psychophysiological therapy incorporating biofeedback training by any modality | $495.00 |
| Diagnostic Solutions LLC | 0428425573 | I.S. | 3/1/2018 | 90876 | Individual psychophysiological therapy incorporating biofeedback training by any modality | $495.00 |
| Diagnostic Solutions LLC | 0428425573 | I.S. | 3/22/2018 | 90876 | Individual psychophysiological therapy incorporating biofeedback training by any modality | $495.00 |
| Diagnostic Solutions LLC | 0428425573 | I.S. | 4/5/2018 | 90876 | Individual psychophysiological therapy incorporating biofeedback training by any modality | $495.00 |
| Diagnostic Solutions LLC | 0428425573 | I.S. | 4/12/2018 | 90876 | Individual psychophysiological therapy incorporating biofeedback training by any modality | $495.00 |
| Diagnostic Solutions LLC | 0428425573 | I.S. | 4/26/2018 | 90876 | Individual psychophysiological therapy incorporating biofeedback training by any modality | $495.00 |
| Diagnostic Solutions LLC | 0428425573 | I.S. | 5/10/2018 | 90876 | Individual psychophysiological therapy incorporating biofeedback training by any modality | $495.00 |
| Diagnostic Solutions LLC | TXA-0199628 | K.T. | 12/3/2018 | 95810 | Polysomnography | $10,000.00 |
| Diagnostic Solutions LLC | TXA-0199628 | K.T. | 12/6/2018 | 90876 | Individual psychophysiological therapy incorporating biofeedback training by any modality | $495.00 |
| Diagnostic Solutions LLC | TXA-0199628 | K.T. | 12/11/2018 | 90876 | Individual psychophysiological therapy incorporating biofeedback training by any modality | $495.00 |