# EXHIBIT 6

Allstate Insurance Company, et al. v. Inscribed PLLC, et al.
Exhibit 6

| Provider | Claim Number | Patient Initials | Date of Service | CPT Code Billed | CPT Code Description | Billed Amount |
|---|---|---|---|---|---|---|
| Michigan Institute of Musculoskeletal Medicine PLLC | TXA-0228602 | A.A. | 7/16/2019 | 99215 | Office or other outpatient visit for the evaluation and management of an established patient | $1,506.16 |
| Michigan Institute of Musculoskeletal Medicine PLLC | TXA-0228602 | A.A. | 8/9/2019 | 64450 | Injection, anesthetic agent; other peripheral nerve or branch | $800.46 |
| Michigan Institute of Musculoskeletal Medicine PLLC | TXA-0228602 | A.A. | 8/9/2019 | 64450 | Injection, anesthetic agent; other peripheral nerve or branch | $800.46 |
| Michigan Institute of Musculoskeletal Medicine PLLC | TXA-0228602 | A.A. | 8/9/2019 | 64450 | Injection, anesthetic agent; other peripheral nerve or branch | $800.46 |
| Michigan Institute of Musculoskeletal Medicine PLLC | TXA-0228602 | A.A. | 8/9/2019 | 76942 | Ultrasonic guidance for needle placement (eg, biopsy, aspiration, injection, localization device), imaging supervision and interpretation | $586.04 |
| Michigan Institute of Musculoskeletal Medicine PLLC | TXA-0228602 | A.A. | 8/9/2019 | 99215 | Office or other outpatient visit for the evaluation and management of an established patient | $1,506.16 |
| Michigan Institute of Musculoskeletal Medicine PLLC | TXA-0228602 | A.A. | 9/4/2019 | 99214 | Office or other outpatient visit for the evaluation and management of an established patient | $560.96 |
| Michigan Institute of Musculoskeletal Medicine PLLC | TXA-0228602 | A.A. | 10/2/2019 | 99214 | Office or other outpatient visit for the evaluation and management of an established patient | $1,120.79 |
| Michigan Institute of Musculoskeletal Medicine PLLC | TXA-0228602 | A.A. | 11/6/2019 | 99214 | Office or other outpatient visit for the evaluation and management of an established patient | $1,120.79 |
| Michigan Institute of Musculoskeletal Medicine PLLC | TXA-0228602 | G.A. | 7/16/2019 | 99215 | Office or other outpatient visit for the evaluation and management of an established patient | $1,506.16 |
| Michigan Institute of Musculoskeletal Medicine PLLC | TXA-0228602 | G.A. | 8/9/2019 | 99215 | Office or other outpatient visit for the evaluation and management of an established patient | $1,506.16 |
| Michigan Institute of Musculoskeletal Medicine PLLC | TXA-0228602 | G.A. | 9/4/2019 | 99214 | Office or other outpatient visit for the evaluation and management of an established patient | $1,120.79 |
| Michigan Institute of Musculoskeletal Medicine PLLC | TXA-0228602 | G.A. | 10/2/2019 | 99214 | Office or other outpatient visit for the evaluation and management of an established patient | $1,120.79 |
| Michigan Institute of Musculoskeletal Medicine PLLC | TXA-0228602 | G.A. | 11/6/2019 | 99214 | Office or other outpatient visit for the evaluation and management of an established patient | $1,120.79 |
| Michigan Institute of Musculoskeletal Medicine PLLC | TXA-0217569 | L.A. | 7/2/2019 | 99214 | Office or other outpatient visit for the evaluation and management of an established patient | $1,120.79 |
| Michigan Institute of Musculoskeletal Medicine PLLC | TXA-0217569 | L.A. | 7/25/2019 | 99214 | Office or other outpatient visit for the evaluation and management of an established patient | $1,120.79 |
| Michigan Institute of Musculoskeletal Medicine PLLC | TXA-0240185 | A.B. | 10/15/2019 | 99205 | Office or other outpatient visit for the evaluation and management of a new patient | $2,153.12 |
| Michigan Institute of Musculoskeletal Medicine PLLC | TXA-0240185 | A.B. | 11/6/2019 | 99215 | Office or other outpatient visit for the evaluation and management of an established patient | $1,506.16 |
| Michigan Institute of Musculoskeletal Medicine PLLC | 0546031048 | A.B. | 8/6/2019 | 99205 | Office or other outpatient visit for the evaluation and management of a new patient | $2,153.12 |
| Michigan Institute of Musculoskeletal Medicine PLLC | 0546031048 | A.B. | 8/29/2019 | 64450 | Injection, anesthetic agent; other peripheral nerve or branch | $2,401.38 |
| Michigan Institute of Musculoskeletal Medicine PLLC | 0546031048 | A.B. | 8/29/2019 | 76942 | Ultrasonic guidance for needle placement (eg, biopsy, aspiration, injection, localization device), imaging supervision and interpretation | $586.04 |
| Michigan Institute of Musculoskeletal Medicine PLLC | 0546031048 | A.B. | 8/29/2019 | 99215 | Office or other outpatient visit for the evaluation and management of an established patient | $1,506.16 |
| Michigan Institute of Musculoskeletal Medicine PLLC | 0546031048 | A.B. | 9/24/2019 | 99215 | Office or other outpatient visit for the evaluation and management of an established patient | $1,506.16 |
| Michigan Institute of Musculoskeletal Medicine PLLC | 0548894633 | S.B. | 7/2/2019 | 99205 | Office or other outpatient visit for the evaluation and management of a new patient | $2,153.12 |
| Michigan Institute of Musculoskeletal Medicine PLLC | 0548894633 | S.B. | 7/25/2019 | 99215 | Office or other outpatient visit for the evaluation and management of an established patient | $1,506.16 |
| Michigan Institute of Musculoskeletal Medicine PLLC | 0548894633 | S.B. | 9/4/2019 | 76942 | Ultrasonic guidance for needle placement (eg, biopsy, aspiration, injection, localization device), imaging supervision and interpretation | $586.04 |
| Michigan Institute of Musculoskeletal Medicine PLLC | 0548894633 | S.B. | 9/4/2019 | 99215 | Office or other outpatient visit for the evaluation and management of an established patient | $1,506.16 |
| Michigan Institute of Musculoskeletal Medicine PLLC | 0548894633 | S.B. | 9/26/2019 | 99215 | Office or other outpatient visit for the evaluation and management of an established patient | $1,506.16 |
| Michigan Institute of Musculoskeletal Medicine PLLC | 0548894633 | S.B. | 10/29/2019 | 99215 | Office or other outpatient visit for the evaluation and management of an established patient | $1,506.16 |
| Michigan Institute of Musculoskeletal Medicine PLLC | 0495885188 | W.B. | 10/15/2019 | 99214 | Office or other outpatient visit for the evaluation and management of an established patient | $1,120.79 |
| Michigan Institute of Musculoskeletal Medicine PLLC | 0556565588 | D.C. | 9/10/2019 | 99205 | Office or other outpatient visit for the evaluation and management of a new patient | $2,153.12 |
| Michigan Institute of Musculoskeletal Medicine PLLC | 0556565588 | D.C. | 10/1/2019 | 99215 | Office or other outpatient visit for the evaluation and management of an established patient | $1,506.16 |
| Michigan Institute of Musculoskeletal Medicine PLLC | 0555395341 | C.C. | 7/31/2019 | 99205 | Office or other outpatient visit for the evaluation and management of a new patient | $2,153.12 |
| Michigan Institute of Musculoskeletal Medicine PLLC | 0555395341 | C.C. | 9/4/2019 | 99215 | Office or other outpatient visit for the evaluation and management of an established patient | $1,506.16 |
| Michigan Institute of Musculoskeletal Medicine PLLC | 0555395341 | C.C. | 9/24/2019 | 99215 | Office or other outpatient visit for the evaluation and management of an established patient | $1,506.16 |
| Michigan Institute of Musculoskeletal Medicine PLLC | 0536798704 | M.C. | 8/13/2019 | 99215 | Office or other outpatient visit for the evaluation and management of an established patient | $1,506.16 |
| Michigan Institute of Musculoskeletal Medicine PLLC | 0547523324 | P.D. | 8/13/2019 | 99205 | Office or other outpatient visit for the evaluation and management of a new patient | $2,153.12 |
| Michigan Institute of Musculoskeletal Medicine PLLC | 0547523324 | P.D. | 9/3/2019 | 99215 | Office or other outpatient visit for the evaluation and management of an established patient | $1,506.16 |
| Michigan Institute of Musculoskeletal Medicine PLLC | 0547523324 | P.D. | 9/20/2019 | 99215 | Office or other outpatient visit for the evaluation and management of an established patient | $1,506.16 |
| Michigan Institute of Musculoskeletal Medicine PLLC | 0547523324 | P.D. | 10/18/2019 | 99215 | Office or other outpatient visit for the evaluation and management of an established patient | $1,506.16 |
| Michigan Institute of Musculoskeletal Medicine PLLC | 0547523324 | T.D. | 8/13/2019 | 99205 | Office or other outpatient visit for the evaluation and management of a new patient | $2,153.12 |
| Michigan Institute of Musculoskeletal Medicine PLLC | 0547523324 | T.D. | 9/3/2019 | 99215 | Office or other outpatient visit for the evaluation and management of an established patient | $1,506.16 |
| Michigan Institute of Musculoskeletal Medicine PLLC | 0547523324 | T.D. | 9/20/2019 | 99215 | Office or other outpatient visit for the evaluation and management of an established patient | $1,506.16 |
| Michigan Institute of Musculoskeletal Medicine PLLC | 0547523324 | T.D. | 10/18/2019 | 99215 | Office or other outpatient visit for the evaluation and management of an established patient | $1,506.16 |
| Michigan Institute of Musculoskeletal Medicine PLLC | 0531790921 | N.D. | 7/2/2019 | 99214 | Office or other outpatient visit for the evaluation and management of an established patient | $1,120.79 |
| Michigan Institute of Musculoskeletal Medicine PLLC | 0531790921 | N.D. | 7/25/2019 | 99214 | Office or other outpatient visit for the evaluation and management of an established patient | $560.96 |
| Michigan Institute of Musculoskeletal Medicine PLLC | 0531790921 | N.D. | 8/28/2019 | 99215 | Office or other outpatient visit for the evaluation and management of an established patient | $1,506.16 |
| Michigan Institute of Musculoskeletal Medicine PLLC | 0531790921 | N.D. | 9/24/2019 | 99215 | Office or other outpatient visit for the evaluation and management of an established patient | $1,506.16 |
| Michigan Institute of Musculoskeletal Medicine PLLC | 0531790921 | N.D. | 10/25/2019 | 99214 | Office or other outpatient visit for the evaluation and management of an established patient | $1,120.79 |

Allstate Insurance Company, et al. v. Inscribed PLLC, et al.
Exhibit 6

| Provider | Claim Number | Patient Initials | Date of Service | CPT Code Billed | CPT Code Description | Billed Amount |
|---|---|---|---|---|---|---|
| Michigan Institute of Musculoskeletal Medicine PLLC | TXA-0230489 | G.E. | 7/2/2019 | 99215 | Office or other outpatient visit for the evaluation and management of an established patient | $1,506.16 |
| Michigan Institute of Musculoskeletal Medicine PLLC | TXA-0230489 | G.E. | 7/25/2019 | 99215 | Office or other outpatient visit for the evaluation and management of an established patient | $1,506.16 |
| Michigan Institute of Musculoskeletal Medicine PLLC | TXA-0230489 | G.E. | 8/21/2019 | 99215 | Office or other outpatient visit for the evaluation and management of an established patient | $1,506.16 |
| Michigan Institute of Musculoskeletal Medicine PLLC | TXA-0230489 | G.E. | 9/17/2019 | 99214 | Office or other outpatient visit for the evaluation and management of an established patient | $1,120.79 |
| Michigan Institute of Musculoskeletal Medicine PLLC | TXA-0230489 | G.E. | 10/15/2019 | 99215 | Office or other outpatient visit for the evaluation and management of an established patient | $1,506.16 |
| Michigan Institute of Musculoskeletal Medicine PLLC | TXA-0230489 | G.E. | 11/5/2019 | 99214 | Office or other outpatient visit for the evaluation and management of an established patient | $1,120.79 |
| Michigan Institute of Musculoskeletal Medicine PLLC | 0528783178 | L.F. | 7/18/2019 | 99214 | Office or other outpatient visit for the evaluation and management of an established patient | $1,120.79 |
| Michigan Institute of Musculoskeletal Medicine PLLC | 0528783178 | L.F. | 9/11/2019 | 99214 | Office or other outpatient visit for the evaluation and management of an established patient | $1,120.79 |
| Michigan Institute of Musculoskeletal Medicine PLLC | 0528783178 | L.F. | 10/9/2019 | 99214 | Office or other outpatient visit for the evaluation and management of an established patient | $1,120.79 |
| Michigan Institute of Musculoskeletal Medicine PLLC | 0503689028 | M.G. | 7/23/2019 | 99214 | Office or other outpatient visit for the evaluation and management of an established patient | $1,120.79 |
| Michigan Institute of Musculoskeletal Medicine PLLC | 0471961227 | N.G. | 9/20/2019 | 99214 | Office or other outpatient visit for the evaluation and management of an established patient | $1,120.79 |
| Michigan Institute of Musculoskeletal Medicine PLLC | TXA-0241377 | S.H. | 10/9/2019 | 99205 | Office or other outpatient visit for the evaluation and management of a new patient | $2,153.12 |
| Michigan Institute of Musculoskeletal Medicine PLLC | TXA-0241377 | S.H. | 11/1/2019 | 99215 | Office or other outpatient visit for the evaluation and management of an established patient | $1,506.16 |
| Michigan Institute of Musculoskeletal Medicine PLLC | 0518630884 | A.H. | 9/27/2019 | 99214 | Office or other outpatient visit for the evaluation and management of an established patient | $1,120.79 |
| Michigan Institute of Musculoskeletal Medicine PLLC | 0519629629 | S.J. | 9/13/2019 | 99214 | Office or other outpatient visit for the evaluation and management of an established patient | $1,120.79 |
| Michigan Institute of Musculoskeletal Medicine PLLC | 0528783178 | D.J. | 7/10/2019 | 99214 | Office or other outpatient visit for the evaluation and management of an established patient | $1,120.79 |
| Michigan Institute of Musculoskeletal Medicine PLLC | 0528783178 | D.J. | 8/20/2019 | 99214 | Office or other outpatient visit for the evaluation and management of an established patient | $1,120.79 |
| Michigan Institute of Musculoskeletal Medicine PLLC | 0542461017 | F.K. | 7/3/2019 | 99215 | Office or other outpatient visit for the evaluation and management of an established patient | $1,506.16 |
| Michigan Institute of Musculoskeletal Medicine PLLC | 0542461017 | F.K. | 7/25/2019 | 99215 | Office or other outpatient visit for the evaluation and management of an established patient | $1,506.16 |
| Michigan Institute of Musculoskeletal Medicine PLLC | 0542461017 | F.K. | 8/27/2019 | 99214 | Office or other outpatient visit for the evaluation and management of an established patient | $1,120.79 |
| Michigan Institute of Musculoskeletal Medicine PLLC | 0542461017 | F.K. | 9/25/2019 | 99214 | Office or other outpatient visit for the evaluation and management of an established patient | $1,120.79 |
| Michigan Institute of Musculoskeletal Medicine PLLC | 0561791872 | T.L. | 10/8/2019 | 99205 | Office or other outpatient visit for the evaluation and management of a new patient | $2,153.12 |
| Michigan Institute of Musculoskeletal Medicine PLLC | 0561791872 | T.L. | 10/30/2019 | 99215 | Office or other outpatient visit for the evaluation and management of an established patient | $1,506.16 |
| Michigan Institute of Musculoskeletal Medicine PLLC | TXA-0229646 | D.L. | 8/8/2019 | 99205 | Office or other outpatient visit for the evaluation and management of a new patient | $2,153.12 |
| Michigan Institute of Musculoskeletal Medicine PLLC | TXA-0229646 | D.L. | 9/11/2019 | 64450 | Injection, anesthetic agent; other peripheral nerve or branch | $1,600.92 |
| Michigan Institute of Musculoskeletal Medicine PLLC | TXA-0229646 | D.L. | 9/11/2019 | 76942 | Ultrasonic guidance for needle placement (eg, biopsy, aspiration, injection, localization device), imaging supervision and interpretation | $586.04 |
| Michigan Institute of Musculoskeletal Medicine PLLC | TXA-0229646 | D.L. | 9/11/2019 | 99215 | Office or other outpatient visit for the evaluation and management of an established patient | $1,506.16 |
| Michigan Institute of Musculoskeletal Medicine PLLC | TXA-0226294 | R.M. | 7/30/2019 | 99215 | Office or other outpatient visit for the evaluation and management of an established patient | $1,506.16 |
| Michigan Institute of Musculoskeletal Medicine PLLC | TXA-0226294 | R.M. | 8/20/2019 | 99215 | Office or other outpatient visit for the evaluation and management of an established patient | $1,506.16 |
| Michigan Institute of Musculoskeletal Medicine PLLC | TXA-0226294 | R.M. | 9/5/2019 | 99215 | Office or other outpatient visit for the evaluation and management of an established patient | $1,506.16 |
| Michigan Institute of Musculoskeletal Medicine PLLC | 0481916377 | J.O. | 7/30/2019 | 99214 | Office or other outpatient visit for the evaluation and management of an established patient | $1,120.79 |
| Michigan Institute of Musculoskeletal Medicine PLLC | 0481916377 | J.O. | 8/23/2019 | 99214 | Office or other outpatient visit for the evaluation and management of an established patient | $1,120.79 |
| Michigan Institute of Musculoskeletal Medicine PLLC | 0481916377 | J.O. | 9/18/2019 | 99214 | Office or other outpatient visit for the evaluation and management of an established patient | $1,120.79 |
| Michigan Institute of Musculoskeletal Medicine PLLC | 0481916377 | J.O. | 10/15/2019 | 99214 | Office or other outpatient visit for the evaluation and management of an established patient | $1,120.79 |
| Michigan Institute of Musculoskeletal Medicine PLLC | 0481916377 | S.O. | 7/30/2019 | 99214 | Office or other outpatient visit for the evaluation and management of an established patient | $1,120.79 |
| Michigan Institute of Musculoskeletal Medicine PLLC | 0481916377 | S.O. | 8/23/2019 | 99214 | Office or other outpatient visit for the evaluation and management of an established patient | $1,120.79 |
| Michigan Institute of Musculoskeletal Medicine PLLC | 0481916377 | S.O. | 10/3/2019 | 99214 | Office or other outpatient visit for the evaluation and management of an established patient | $1,120.79 |
| Michigan Institute of Musculoskeletal Medicine PLLC | 0492410329 | C.O. | 8/20/2019 | 64450 | Injection, anesthetic agent; other peripheral nerve or branch | $800.46 |
| Michigan Institute of Musculoskeletal Medicine PLLC | 0492410329 | C.O. | 8/20/2019 | 76942 | Ultrasonic guidance for needle placement (eg, biopsy, aspiration, injection, localization device), imaging supervision and interpretation | $1,172.08 |
| Michigan Institute of Musculoskeletal Medicine PLLC | 0492410329 | C.O. | 8/20/2019 | 99214 | Office or other outpatient visit for the evaluation and management of an established patient | $1,120.79 |
| Michigan Institute of Musculoskeletal Medicine PLLC | 0492410329 | C.O. | 10/1/2019 | 99214 | Office or other outpatient visit for the evaluation and management of an established patient | $1,120.79 |
| Michigan Institute of Musculoskeletal Medicine PLLC | TXA-0231609 | R.O. | 7/9/2019 | 99215 | Office or other outpatient visit for the evaluation and management of an established patient | $1,506.16 |
| Michigan Institute of Musculoskeletal Medicine PLLC | TXA-0231609 | R.O. | 8/27/2019 | 99215 | Office or other outpatient visit for the evaluation and management of an established patient | $1,506.16 |
| Michigan Institute of Musculoskeletal Medicine PLLC | 0548836725 | J.P. | 7/3/2019 | 99205 | Office or other outpatient visit for the evaluation and management of a new patient | $2,153.12 |
| Michigan Institute of Musculoskeletal Medicine PLLC | 0548836725 | J.P. | 7/3/2019 | 99354 | Prolonged evaluation and management or psychotherapy service(s) | $1,356.44 |
| Michigan Institute of Musculoskeletal Medicine PLLC | 0548836725 | J.P. | 7/25/2019 | 99215 | Office or other outpatient visit for the evaluation and management of an established patient | $1,506.16 |
| Michigan Institute of Musculoskeletal Medicine PLLC | 0548836725 | J.P. | 7/25/2019 | 99354 | Prolonged evaluation and management or psychotherapy service(s) | $1,356.44 |
| Michigan Institute of Musculoskeletal Medicine PLLC | 0548836725 | J.P. | 8/23/2019 | 99215 | Office or other outpatient visit for the evaluation and management of an established patient | $1,506.16 |
| Michigan Institute of Musculoskeletal Medicine PLLC | 0548836725 | J.P. | 8/23/2019 | 99354 | Prolonged evaluation and management or psychotherapy service(s) | $1,356.44 |

Allstate Insurance Company, et al. v. Inscribed PLLC, et al.
Exhibit 6

| Provider | Claim Number | Patient Initials | Date of Service | CPT Code Billed | CPT Code Description | Billed Amount |
|---|---|---|---|---|---|---|
| Michigan Institute of Musculoskeletal Medicine PLLC | 0548836725 | J.P. | 9/20/2019 | 99215 | Office or other outpatient visit for the evaluation and management of an established patient | $1,506.16 |
| Michigan Institute of Musculoskeletal Medicine PLLC | 0548836725 | J.P. | 10/18/2019 | 99215 | Office or other outpatient visit for the evaluation and management of an established patient | $1,506.16 |
| Michigan Institute of Musculoskeletal Medicine PLLC | TXA-0235480 | C.P. | 9/4/2019 | 99205 | Office or other outpatient visit for the evaluation and management of a new patient | $2,153.12 |
| Michigan Institute of Musculoskeletal Medicine PLLC | TXA-0235480 | C.P. | 9/4/2019 | 99355 | Prolonged physician service in the office or other outpatient setting | $1,258.00 |
| Michigan Institute of Musculoskeletal Medicine PLLC | TXA-0235480 | C.P. | 9/25/2019 | 64450 | Injection, anesthetic agent; other peripheral nerve or branch | $1,600.92 |
| Michigan Institute of Musculoskeletal Medicine PLLC | TXA-0235480 | C.P. | 9/25/2019 | 64450 | Injection, anesthetic agent; other peripheral nerve or branch | $800.46 |
| Michigan Institute of Musculoskeletal Medicine PLLC | TXA-0235480 | C.P. | 9/25/2019 | 76942 | Ultrasonic guidance for needle placement (eg, biopsy, aspiration, injection, localization device), imaging supervision and interpretation | $586.04 |
| Michigan Institute of Musculoskeletal Medicine PLLC | TXA-0235480 | C.P. | 9/25/2019 | 99215 | Office or other outpatient visit for the evaluation and management of an established patient | $1,506.16 |
| Michigan Institute of Musculoskeletal Medicine PLLC | TXA-0235480 | C.P. | 10/9/2019 | 99215 | Office or other outpatient visit for the evaluation and management of an established patient | $1,506.16 |
| Michigan Institute of Musculoskeletal Medicine PLLC | TXA-0235480 | C.P. | 11/8/2019 | 99215 | Office or other outpatient visit for the evaluation and management of an established patient | $1,506.16 |
| Michigan Institute of Musculoskeletal Medicine PLLC | 0552772584 | K.R. | 7/23/2019 | 99205 | Office or other outpatient visit for the evaluation and management of a new patient | $2,153.12 |
| Michigan Institute of Musculoskeletal Medicine PLLC | 0552772584 | K.R. | 8/13/2019 | 99215 | Office or other outpatient visit for the evaluation and management of an established patient | $1,506.16 |
| Michigan Institute of Musculoskeletal Medicine PLLC | 0552772584 | K.R. | 9/3/2019 | 99215 | Office or other outpatient visit for the evaluation and management of an established patient | $1,506.16 |
| Michigan Institute of Musculoskeletal Medicine PLLC | 0552772584 | K.R. | 9/25/2019 | 99215 | Office or other outpatient visit for the evaluation and management of an established patient | $1,506.16 |
| Michigan Institute of Musculoskeletal Medicine PLLC | 0558753745 | M.R. | 8/28/2019 | 99205 | Office or other outpatient visit for the evaluation and management of a new patient | $2,153.12 |
| Michigan Institute of Musculoskeletal Medicine PLLC | 0558753745 | M.R. | 9/18/2019 | 64450 | Injection, anesthetic agent; other peripheral nerve or branch | $2,401.38 |
| Michigan Institute of Musculoskeletal Medicine PLLC | 0558753745 | M.R. | 9/18/2019 | 76942 | Ultrasonic guidance for needle placement (eg, biopsy, aspiration, injection, localization device), imaging supervision and interpretation | $586.04 |
| Michigan Institute of Musculoskeletal Medicine PLLC | 0558753745 | M.R. | 9/18/2019 | 99215 | Office or other outpatient visit for the evaluation and management of an established patient | $1,506.16 |
| Michigan Institute of Musculoskeletal Medicine PLLC | 0558753745 | M.R. | 10/15/2019 | 99215 | Office or other outpatient visit for the evaluation and management of an established patient | $1,506.16 |
| Michigan Institute of Musculoskeletal Medicine PLLC | TXA-0240185 | S.W. | 10/15/2019 | 99205 | Office or other outpatient visit for the evaluation and management of a new patient | $2,153.12 |
| Michigan Institute of Musculoskeletal Medicine PLLC | TXA-0240185 | S.W. | 11/6/2019 | 99215 | Office or other outpatient visit for the evaluation and management of an established patient | $1,506.16 |
| Michigan Institute of Musculoskeletal Medicine PLLC | 0518630884 | D.W. | 9/27/2019 | 99214 | Office or other outpatient visit for the evaluation and management of an established patient | $1,120.79 |