# EXHIBIT 9

Case 2:19-cv-13721-LVP-EAS ECF No. 1-10 filed 12/19/19 PageID.666 Page 2 of 3
Allstate Insurance Company, et al v Transcribed PLLC, et al
Exhibit 9

| PATIENT | | FACILITY | ENCOUNTER | |
|---|---|---|---|---|
| S███ C███ | | **Seminole Building** | NOTE TYPE | Other |
| DOB | ███ | T (586) 229-7812 | SEEN BY | Tom Starzynski |
| AGE | 52 yrs | F (231) 241-1109 | DATE | 03/29/2017 |
| SEX | Female | 461 West Huron St | AGE AT DOS | 52 yrs |
| PRN | CS965306 | Pontiac, MI 48341 | Electronically signed by Gireesh Velugubanti M.D. at 05/13/2017 02:53 pm | |

## Chief complaint
psychophysiology with neuro-feedback 90876 (Appt time: 10:00 AM) (Arrival time: 3:20 PM)

## Advance Directive

| DIRECTIVE | RECORDED |
|---|---|
| No advance directives recorded for this patient. | |

## Other

### Integrative Neurology, LLC

### PSYCHO-PHYSIOLOGY PROGRESS NOTE
(to be integrated into practice fusion encounter note)

**Client Name:** S███ C███  **Date of Service:** 3-29-17
**Session Time:** 9Am  **Session length:** 45 min **CPT:** 90876

**Type of Service:** CBT with Psycho-physiology/biofeedback   X   Cognitive Skills Training
Adjunctive Psychotherapy:   Therapeutic Activities:

**Client status as evidenced by signs and symptoms:**
Orientation: Fully oriented
Mood: anxious:
Affect: normative/consistent :
Cognitive: inattentive :
Manner: co-operative :
Appearance: Well groomed/neat/clean;

Summary of symptoms and relationship to focus of session: Reports sleep disruption, working memory issues, anxiety, concentration, focus. chronic pain

Summary of Therapeutic intervention attempted: Supportive therapy with Neuro-feedback, discussed good sleep hygiene

PSYCHO-PHYSIOLOGY - NEUROFEEDBACK
Training System/Software:
Cygnet/NeuroAmp ☐ Brainmaster:☐ Bioexplorer/Qwiz: ☐ NeurofieldQ20/NG loreta:☐   Other:
Protocol:   Infralow EEG ☐   2 Channel EEG ☐ Z-score EEG X  Alpha Theta ☐ HEG ☐ Other:

MONTAGE: Sequential

Allstate Insurance Company, et al v. Discribed PLLC, et al
Exhibit 9

| Time | Site(s) | Site(s) | Freq. | inh/rw/coh |
|---|---|---|---|---|
| 40 min | C3C4 | CZ ground | | 2-28 rw |

Summary of progress toward treatment goals: Reports feeling more relaxed following training

Plan of Care: Client will attend one to two sessions weekly to improve cognitive function, stabilize mood, improve sleep and reduce chronic pain

**Clinician:** Tom Starzynski, LLP
**Clinical Supervisor:** William D. Brooks, EdD
**Medical supervisor:** Dr. Gireesh Velugubanti, MD

### Screenings/interventions/assessments
No screenings/interventions/assessments recorded.

### Observations
No observations recorded.

### Quality of care
No quality of care events recorded.

practicefusion
Free cloud based EHR

20170524005459         MM 05242017
20170524802075003      Received Date 05232017

2