# EXHIBIT 11

Allstate Insurance Company, et al. v. Inscribed PLLC, et al.
**Exhibit 11**

| Provider | Claim Number | Patient Initials | Date of Service | Column One CPT Code Billed | Column One Code Billing Description | Column Two CPT Code Billed | Column Two Code Billing Description | Column Two Unbundled Amount Charged |
|---|---|---|---|---|---|---|---|---|
| Integra Lab Management PLLC | 0494928583 | K.C. | 7/16/2018 | 80337 | Antidepressants, tricyclic and other cyclicals; 6 or more | 80336 | Antidepressants, tricyclic and other cyclicals; 3-5 | $265.00 |
| Integra Lab Management PLLC | 0491502597 | J.F. | 3/8/2018 | 80337 | Antidepressants, tricyclic and other cyclicals; 6 or more | 80336 | Antidepressants, tricyclic and other cyclicals; 3-5 | $265.00 |
| Integra Lab Management PLLC | 0509401543 | T.G. | 7/16/2018 | 80337 | Antidepressants, tricyclic and other cyclicals; 6 or more | 80336 | Antidepressants, tricyclic and other cyclicals; 3-5 | $265.00 |
| Integra Lab Management PLLC | 0528783178 | D.J. | 1/23/2019 | 80337 | Antidepressants, tricyclic and other cyclicals; 6 or more | 80336 | Antidepressants, tricyclic and other cyclicals; 3-5 | $265.00 |
| Integra Lab Management PLLC | 0479909185 | J.M. | 11/29/2017 | 80337 | Antidepressants, tricyclic and other cyclicals; 6 or more | 80336 | Antidepressants, tricyclic and other cyclicals; 3-5 | $265.00 |
| Integra Lab Management PLLC | 0479909185 | J.M. | 7/10/2018 | 80337 | Antidepressants, tricyclic and other cyclicals; 6 or more | 80336 | Antidepressants, tricyclic and other cyclicals; 3-5 | $265.00 |
| Integra Lab Management PLLC | 0481916377 | J.O. | 1/8/2018 | 80337 | Antidepressants, tricyclic and other cyclicals; 6 or more | 80336 | Antidepressants, tricyclic and other cyclicals; 3-5 | $265.00 |
| Integra Lab Management PLLC | 0481916377 | S.O. | 1/9/2018 | 80337 | Antidepressants, tricyclic and other cyclicals; 6 or more | 80336 | Antidepressants, tricyclic and other cyclicals; 3-5 | $265.00 |
| Integra Lab Management PLLC | 0492410329 | C.O. | 3/26/2018 | 80337 | Antidepressants, tricyclic and other cyclicals; 6 or more | 80336 | Antidepressants, tricyclic and other cyclicals; 3-5 | $265.00 |
| Integra Lab Management PLLC | 0457609642 | S.S. | 7/18/2017 | 80337 | Antidepressants, tricyclic and other cyclicals; 6 or more | 80336 | Antidepressants, tricyclic and other cyclicals; 3-5 | $265.00 |
| Integra Lab Management PLLC | 0420976862 | E.W. | 7/20/2017 | 80337 | Antidepressants, tricyclic and other cyclicals; 6 or more | 80336 | Antidepressants, tricyclic and other cyclicals; 3-5 | $265.00 |
| Integra Lab Management PLLC | 0420976862 | E.W. | 12/7/2017 | 80337 | Antidepressants, tricyclic and other cyclicals; 6 or more | 80336 | Antidepressants, tricyclic and other cyclicals; 3-5 | $265.00 |