# EXHIBIT 12

Neurofeedback / Biofeedback – Diagnostic Solutions

Case 2:19-cv-13721-LVP-EAS ECF No. 1-13 filed 12/19/19 PageID.682 Page 2 of 4
Allstate Insurance Company, et al v Neurobiofeedback, PLC, et al
Exhibit 12






# Neurofeedback / Biofeedback

Home / Neurofeedback / Biofeedback

## Neurofeedback is advanced treatment using Cutting Edge Non-Invasive Technology

### A form of biofeedback using real time data in the context of your own brain waves to self-regulate, balance, and restore the electrical networks that make up our brain function

Events that are in question whether epileptic or non-epileptic

Biofeedback and EEG neurofeedback is a painless test that helps us identify, diagnose and treat physical and emotional problems associated with traumatic brain injuries TBI.

Neurofeedback has been in use for over 50 years. This drug-free treatment is painless and helps the brain get out of its habitual, or "stuck", way of functioning. By gently "nudging the neurons" this process helps the brain reboot to where it was prior to the trauma. The LENS system, the most recent advancement in the neurofeedback field, is currently used world-wide, as well as at the National Institute of Heath (NIH), where for 20 years it has been treating brain injury, migraine headaches, slowed thinking, focus issues, impulse control, and a host of other related issues.

Since the 1990's we have learned more about the brain than in all of human history. This research, in conjunction with affordable, faster computers, has spawned new technologies that offer a treatment alternative to drugs.

These tools "train the brain" to help balance central nervous system function and work with the body to improve attention, awareness, focus and concentration.

Insurance companies only recognize medication an official "treatment." Medications often cover up the symptoms and do nothing to heal the underlying cause. LENS neurofeedback works with the root of the problem to help balance the brain for optimal functioning.

**LENS Neurofeedback Can it Help You Recover From the Effects of a Concussion … without drugs!**

The LENS Neurofeedback system works by helping the brain heal itself. Treatment times are extremely short, [ about 5 minutes). making it adaptable to children and adults alike.

Treatments are one to two times a week. This a pain-free and passive process.

## LENS Neurofeedback helps with these conditions:

Headaches

Memory problems

Confusion

Focus/Concentration

Insomnia

Explosiveness

Light Sensitivity

ADHD

Concussion

Stroke

PTSD

Involuntary movements

Anxiety

Depression

Headache

Migraine

Tinnitus

Neurodegenerative Conditions

Autism

Substance Abuse Disorders

Allstate Insurance Company, et al v. Neuro Wellness PLLC, et al
Exhibit 12

Peak Performance
Functioning

## WHO WE ARE

Diagnostic solutions is a diagnostic facility which helps with neuro diagnostic testing and treatment for patients with any conditions related to Neurology. Services we perform are: Home Ambulatory video EEG monitoring, Routine EEG, Quantitative EEG, Neurofeedback/ Biofeedback, PSG/MSLT, EMG,  VEP, SSEP, BAER.

## DIAGNOSTIC SOLUTIONS

29877 Telegraph Road Suite 402 Southfield, MI 48034

info@diagnosticssolutions.us

**Office:** 248-865-9797

**Fax:**  248-621-4426

## SOCIAL MEDIA



## FACEBOOK



© 2018 Diagnostic Solutions, Southfield, MI