# EXHIBIT 13

Case 2:19-cv-13721-LVP-EAS   ECF No. 1-14   filed 12/19/19   PageID.686   Page 2 of 3
Allstate Insurance Company, et al. v. Inscribed PLLC, et al.
Exhibit 13

**Product Category Codes**

**A**

Automatic External Defibrillators (AEDs) **DM01**

**B**

Blood Glucose Monitors and Supplies (mail order) **DM06**
Blood Glucose Monitors and Supplies (non-mail order) **DM05**
Breast Prostheses and Accessories **PD01**

**C**

Canes and Crutches **M01**
Cochlear Implants **PD02**
Commodes/Urinals/Bedpans **DM02**
Continuous Passive Motion (CPM) Devices **DM03**
Continuous Positive Airway Pressure (CPAP) Devices **R01**
Contracture Treatment Devices: Dynamic Splint **DM04**

**D**

Diabetic Shoes/Inserts-Non-Custom **S02**
Diabetic Shoes/Inserts-Custom **S03**

**E**

Enteral Nutrients **PE03**
Enteral Equipment and/or Supplies **PE04**
External Infusion Pumps **DM12**
External Infusion Pumps Supplies **DM24**

**F**

Facial Prostheses **PD03**

**G**

Gastric Suction Pumps **DM07**

**H**

Heat & Cold Applications **DM08**
High Frequency Chest Wall Oscillation (HFCWO) Devices **R02**
Hospital Beds-Electric **DM09**
Hospital Beds-Manual **DM10**

**I**

Implanted Infusion Pumps and Supplies **DM14**
Infrared Heating Pad Systems **DM11**
Insulin Infusion Pumps **DM13**
Insulin Infusion Supplies **DM25**
Intermittent Positive Pressure Breathing (IPPB) Devices **R04**
Intrapulmonary Percussive Ventilation Devices **R05**

**L**

Limb Prostheses **PR01**

**M**

Mechanical In-Exsufflation Devices **R06**

**N**

Nebulizer Equipment and Supplies **R07**
Negative Pressure Wound Therapy Pumps and Supplies **DM15**
Neuromuscular Electrical Stimulators (NMES) **DM16**
Neurostimulators **PD04**

> This is a list of all devices we plan on dispensing/prescribing°
> — orthoses — pre fab.
> — orthoses - off the shelf
> — Tens units.
>
> Please see BOC approval per CMS Requirements.

Allstate Insurance Company, et al. v. Inscribed PLLC, et al.
Exhibit 13

**O**

Ocular Prostheses **PD05**
Orthoses: Custom Fabricated **OR01**
Orthoses: Prefabricated (non-custom fabricated) **OR02**
Orthoses: Off-The-Shelf **OR03**
Orthoses: Penile Pumps **OR04**
Osteogenesis Stimulators **DM17**
Ostomy Supplies **PD06**
Oxygen Equipment and Supplies **R08**

**P**

Parenteral Nutrients **PE05**
Parental Equipment and/or Supplies **PE06**
Patient Lifts **M02**
Pneumatic Compression Devices **DM18**
Power Operated Vehicles (Scooters) **M03**
Prosthetic Lenses: Conventional Contact Lenses **PD12**
Prosthetic Lenses: Conventional Eyeglasses **PD11**
Prosthetic Lenses: Prosthetic Cataract Lenses **PD13**

**R**

Respiratory Assist Devices **R09**
Respiratory Suction Pumps **R10**

**S**

Seat Lift Mechanisms **M04**
Somatic Prostheses **PD07**
Speech Generating Devices **DM19**
Support Surfaces: Pressure Reducing Beds/Mattresses/Overlays/Pads **DM20**
Support Surfaces: Used Pressure Reducing Beds/Mattresses/Overlays/Pads **DM26**
Surgical Dressings **S01**

**T**

Tracheostomy Supplies **PD08**
Traction Equipment **DM21**
Transcutaneous Electrical Nerve Stimulators (TENS) **DM22**

**U**

Ultraviolet Light Devices **DM23**
Urological Supplies **PD09**

**V**

Ventilators Accessories Supplies **R12**
Voice Prosthetics **PD10**

**W**

Walkers **M05**
Wheelchair Seating/Cushions **M10**
Wheelchairs-Complex Rehabilitative Manual Wheelchairs **M08**
Wheelchairs-Complex Rehabilitative Manual Wheelchairs Related Accessories **M08A**
Wheelchairs-Complex Rehabilitative Power Wheelchairs **M09**
Wheelchairs-Complex Rehabilitative Power Wheelchairs Related Accessories **M09A**
Wheelchairs-Standard Manual **M06**
Wheelchairs-Standard Manual Related Accessories **M06A**
Wheelchairs-Standard Power **M07**
Wheelchairs-Standard Power Related Accessories **M07A**