# EXHIBIT 15

**Allstate Insurance Company, et al. v. Inscribed PLLC, et al.**
**Exhibit 15 - Inscribed PLLC Damages Chart**

| Payor | Claim Number | Payment | Payment Date | Check Number |
|---|---|---|---|---|
| Allstate Property & Casualty Insurance Company | 442858791 | $335.00 | 8/1/2017 | 6017741641 |
| Allstate Property & Casualty Insurance Company | 442858791 | $335.00 | 8/1/2017 | 6017741651 |
| Allstate Property & Casualty Insurance Company | 442858791 | $6,507.00 | 8/9/2017 | 6017794341 |
| Allstate Property & Casualty Insurance Company | 442858791 | $335.00 | 8/28/2017 | 6017887241 |
| Allstate Property & Casualty Insurance Company | 442858791 | $1,675.00 | 9/7/2017 | 6017939741 |
| Allstate Property & Casualty Insurance Company | 442858791 | $2,868.00 | 9/19/2017 | 6018012641 |
| Allstate Fire & Casualty Insurance Company | 445137169 | $1,066.00 | 10/2/2017 | 6018076991 |
| Allstate Insurance Company | 445906167 | $117.00 | 11/3/2017 | 6018267551 |
| Allstate Insurance Company | 445906167 | $169.00 | 11/3/2017 | 6018267541 |
| Allstate Insurance Company | 445906167 | $215.00 | 11/3/2017 | 6018267531 |
| Allstate Insurance Company | 445906167 | $2,868.00 | 11/13/2017 | 6018314711 |
| Allstate Property & Casualty Insurance Company | 442858791 | $480.00 | 11/28/2017 | 6018392172 |
| Allstate Property & Casualty Insurance Company | 444724272 | $2,868.00 | 11/28/2017 | 6018391801 |
| Allstate Property & Casualty Insurance Company | 444724272 | $1,160.00 | 11/30/2017 | 6018407712 |
| Allstate Insurance Company | 445906167 | $333.00 | 12/20/2017 | 6018523462 |
| Allstate Insurance Company | 445906167 | $335.00 | 12/20/2017 | 6018523472 |
| Allstate Insurance Company | 445906167 | $1,627.00 | 2/9/2018 | 6018802082 |
| Allstate Insurance Company | 445906167 | $494.00 | 2/22/2018 | 6018886982 |
| Allstate Insurance Company | 445906167 | $2,540.00 | 2/26/2018 | 6018903421 |
| Allstate Property & Casualty Insurance Company | 428425573 | $6,923.00 | 5/14/2018 | 6019373551 |
| Allstate Property & Casualty Insurance Company | 428425573 | $6,928.00 | 5/14/2018 | 6019373561 |
| Allstate Property & Casualty Insurance Company | 428425573 | $7,392.00 | 5/14/2018 | 6019373541 |
| Esurance Property & Casualty Insurance Company | TXA-0193637 | $906.71 | 6/22/2018 | 1000511889 |
| Allstate Property & Casualty Insurance Company | 405023326 | $1,005.00 | 7/16/2018 | 6019727142 |
| Allstate Fire & Casualty Insurance Company | 431903160 | $10,000.00 | 11/14/2019 | 1259278021 |

**TOTAL DAMAGES**     **$59,481.71**

1