# EXHIBIT 16

Allstate Insurance Company, et al. v. Inscribed PLLC, et al.
Exhibit 16 - Integrative Neurology PLLC Damages Chart

| Payor | Claim Number | Payment | Payment Date | Check Number |
|---|---|---|---|---|
| Allstate Insurance Company | 359583209 | $257.00 | 1/12/2016 | 6014543551 |
| Allstate Insurance Company | 359583209 | $1,300.00 | 1/14/2016 | 6014556371 |
| Esurance Property & Casualty Insurance Company | TXA-0152704 | $276.16 | 1/21/2016 | 1000295079 |
| Esurance Property & Casualty Insurance Company | TXA-0155526 | $1,553.22 | 1/26/2016 | 1000296103 |
| Esurance Property & Casualty Insurance Company | TXA-0155526 | $256.48 | 1/26/2016 | 1000296104 |
| Esurance Property & Casualty Insurance Company | TXA-0152704 | $895.82 | 1/26/2016 | 1000296029 |
| Esurance Property & Casualty Insurance Company | TXA-0155526 | $921.20 | 2/22/2016 | 1000302755 |
| Allstate Insurance Company | 359583209 | $2,717.00 | 3/16/2016 | 6014925771 |
| Allstate Property & Casualty Insurance Company | 392475653 | $615.00 | 4/13/2016 | 6015089411 |
| Allstate Insurance Company | 359583209 | $187.00 | 5/9/2016 | 6015226441 |
| Allstate Insurance Company | 359583209 | $187.00 | 5/9/2016 | 6015226451 |
| Allstate Property & Casualty Insurance Company | 392475653 | $600.00 | 6/15/2016 | 6015435171 |
| Allstate Insurance Company | 359583209 | $129.00 | 7/18/2016 | 6015597421 |
| Allstate Insurance Company | 359583209 | $218.00 | 7/19/2016 | 6015603121 |
| Esurance Property & Casualty Insurance Company | TXA-0152704 | $645.97 | 7/25/2016 | 1000340341 |
| Allstate Insurance Company | 359583209 | $158.00 | 8/16/2016 | 6015762391 |
| Allstate Property & Casualty Insurance Company | 392475653 | $491.00 | 8/17/2016 | 6015769181 |
| Allstate Property & Casualty Insurance Company | 392475653 | $6,576.50 | 9/15/2016 | 6015934061 |
| Allstate Property & Casualty Insurance Company | 392475653 | $491.00 | 11/9/2016 | 6016256121 |
| Allstate Property & Casualty Insurance Company | 392658324 | $15,960.00 | 11/9/2016 | 6016259321 |
| Allstate Property & Casualty Insurance Company | 392658324 | $2,694.00 | 11/16/2016 | 6016298101 |
| Esurance Property & Casualty Insurance Company | WIS-0083913 | $23,400.00 | 1/16/2017 | 1000384842 |

Allstate Insurance Company, et al. v. Inscribed PLLC, et al.
**Exhibit 16 - Integrative Neurology PLLC Damages Chart**

| Payor | Claim Number | Payment | Payment Date | Check Number |
|---|---|---|---|---|
| Allstate Insurance Company | 359583209 | $686.00 | 1/31/2017 | 6016712691 |
| Allstate Property & Casualty Insurance Company | 392475653 | $600.00 | 2/1/2017 | 6016718261 |
| Allstate Property & Casualty Insurance Company | 319041042 | $2,000.00 | 3/6/2017 | 1184204401 |
| Allstate Insurance Company | 419151436 | $1,522.50 | 3/9/2017 | 6016932671 |
| Allstate Property & Casualty Insurance Company | 392475653 | $923.00 | 4/24/2017 | 6017183641 |
| Allstate Property & Casualty Insurance Company | 156389074 | $160.00 | 5/30/2017 | 6017388251 |
| Esurance Property & Casualty Insurance Company | TXA-0171448 | $666.01 | 6/12/2017 | 1000423623 |
| Allstate Property & Casualty Insurance Company | 442855573 | $53.32 | 6/13/2017 | 6017476152 |
| Allstate Property & Casualty Insurance Company | 442855573 | $20,274.00 | 6/13/2017 | 6017476151 |
| Allstate Property & Casualty Insurance Company | 156389074 | $111.00 | 6/15/2017 | 6017487281 |
| Esurance Property & Casualty Insurance Company | TXA-0183768 | $161.00 | 8/1/2017 | 1000434954 |
| Allstate Property & Casualty Insurance Company | 156389074 | $160.00 | 8/11/2017 | 6017805431 |
| Esurance Property & Casualty Insurance Company | WIS-0083913 | $916.74 | 8/14/2017 | 1000437485 |
| Esurance Property & Casualty Insurance Company | TXA-0171448 | $2,633.31 | 8/15/2017 | 1000438060 |
| Esurance Property & Casualty Insurance Company | TXA-0183768 | $368.59 | 8/24/2017 | 1000440176 |
| Esurance Property & Casualty Insurance Company | TXA-0183768 | $161.00 | 9/5/2017 | 1000442804 |
| Allstate Property & Casualty Insurance Company | 438952806 | $377.00 | 9/13/2017 | 6017974201 |
| Allstate Property & Casualty Insurance Company | 438952806 | $256.00 | 9/19/2017 | 6018007252 |
| Allstate Property & Casualty Insurance Company | 438952806 | $5,190.00 | 9/19/2017 | 6018008672 |
| Allstate Property & Casualty Insurance Company | 438952806 | $22,680.00 | 9/19/2017 | 6018012472 |
| Allstate Property & Casualty Insurance Company | 438952806 | $622.00 | 9/21/2017 | 6018022862 |
| Allstate Property & Casualty Insurance Company | 438952806 | $664.00 | 9/21/2017 | 6018022872 |

Allstate Insurance Company, et al. v. Inscribed PLLC, et al.
**Exhibit 16 - Integrative Neurology PLLC Damages Chart**

| Payor | Claim Number | Payment | Payment Date | Check Number |
|---|---|---|---|---|
| Allstate Property & Casualty Insurance Company | 374134757 | $600.00 | 9/25/2017 | 6018039482 |
| Allstate Property & Casualty Insurance Company | 442855573 | $335.00 | 10/3/2017 | 6018090031 |
| Allstate Property & Casualty Insurance Company | 439495184 | $335.00 | 11/3/2017 | 6018267481 |
| Allstate Property & Casualty Insurance Company | 442855573 | $1,007.00 | 11/20/2017 | 6018356481 |
| Allstate Property & Casualty Insurance Company | 467108270 | $159.00 | 2/21/2018 | 6018881161 |
| Allstate Property & Casualty Insurance Company | 467108270 | $6,989.00 | 3/7/2018 | 6018965301 |
| Allstate Property & Casualty Insurance Company | 467108270 | $25,113.00 | 3/7/2018 | 6018965311 |
| Allstate Property & Casualty Insurance Company | 467108270 | $385.00 | 3/28/2018 | 6019101471 |
| Allstate Insurance Company | 2903899297 | $170.00 | 4/10/2018 | 9601916473 |
| Allstate Property & Casualty Insurance Company | 428425573 | $1,400.00 | 5/2/2018 | 6019306561 |
| Allstate Property & Casualty Insurance Company | 467108270 | $155.00 | 5/15/2018 | 6019383901 |
| Allstate Property & Casualty Insurance Company | 467108270 | $220.00 | 6/28/2018 | 6019635791 |
| Allstate Property & Casualty Insurance Company | 467108270 | $161.00 | 8/6/2018 | 6019860341 |
| Allstate Property & Casualty Insurance Company | 428425573 | $618.00 | 8/8/2018 | 6019876571 |
| Allstate Property & Casualty Insurance Company | 428425573 | $618.00 | 8/8/2018 | 6019876581 |
| Allstate Property & Casualty Insurance Company | 467108270 | $175.00 | 10/25/2018 | 6020339562 |
| Allstate Property & Casualty Insurance Company | 392475653 | $89,000.00 | 1/16/2019 | 1458928231 |
| Allstate Property & Casualty Insurance Company | 392658324 | $7,500.00 | 1/29/2019 | 1820780131 |
| Allstate Property & Casualty Insurance Company | 392658324 | $56,000.00 | 2/8/2019 | 1589503361 |
| Allstate Property & Casualty Insurance Company | 442855573 | $35,000.00 | 2/26/2019 | 1420249891 |
| Allstate Insurance Company | 2881712356 | $3,675.00 | 9/4/2019 | 4602215233 |

**TOTAL DAMAGES    $351,329.82**