# EXHIBIT 17

Allstate Insurance Company, et al. v. Inscribed PLLC, et al.
Exhibit 17 - Diagnostic Solutions, LLC Damages Chart

| Payor | Claim Number | Payment | Payment Date | Check Number |
|---|---|---|---|---|
| Esurance Property & Casualty Insurance Company | TXA-0193637 | $3,696.96 | 7/11/2018 | 1000516074 |
| | TOTAL DAMAGES | $3,696.96 | | |

1