# EXHIBIT 19

Allstate Insurance Company, et al. v. Inscribed PLLC, et al.
**Exhibit 19 - Detroit Institute of Pain Musculoskeletal Medicine PLLC Damages Chart**

| Payor | Claim Number | Payment | Payment Date | Check Number |
|---|---|---|---|---|
| Allstate Property & Casualty Insurance Company | 396025934 | $292.00 | 3/30/2016 | 6015011671 |
| Allstate Property & Casualty Insurance Company | 393986864 | $292.00 | 4/13/2016 | 6015089421 |
| Allstate Insurance Company | 388188104 | $292.00 | 5/6/2016 | 6015216661 |
| Allstate Property & Casualty Insurance Company | 396025934 | $187.00 | 5/20/2016 | 6015297481 |
| Allstate Insurance Company | 388188104 | $187.00 | 6/16/2016 | 6015444511 |
| Allstate Insurance Company | 388188104 | $292.00 | 7/8/2016 | 6015556621 |
| Allstate Insurance Company | 407449537 | $292.00 | 7/15/2016 | 6015593891 |
| Allstate Insurance Company | 407449537 | $191.00 | 9/19/2016 | 6015948921 |
| Allstate Insurance Company | 407449537 | $191.00 | 12/1/2016 | 6016381011 |
| Esurance Property & Casualty Insurance Company | FXP-0229599 | $295.84 | 12/5/2016 | 1000374471 |
| Esurance Property & Casualty Insurance Company | FXP-0229599 | $1,823.36 | 12/12/2016 | 1000376256 |
| Esurance Property & Casualty Insurance Company | TXA-0174243 | $295.84 | 12/13/2016 | 1000376981 |
| Esurance Property & Casualty Insurance Company | FXP-0229599 | $190.25 | 12/13/2016 | 1000377094 |
| Esurance Property & Casualty Insurance Company | FXP-0229599 | $196.70 | 12/22/2016 | 1000379228 |
| Esurance Property & Casualty Insurance Company | TXA-0174243 | $190.25 | 12/26/2016 | 1000380009 |
| Esurance Property & Casualty Insurance Company | TXA-0174243 | $196.70 | 1/17/2017 | 1000385286 |
| Esurance Property & Casualty Insurance Company | FXP-0229599 | $2,075.94 | 2/7/2017 | 1000390925 |
| Esurance Property & Casualty Insurance Company | FXP-0229599 | $196.70 | 2/14/2017 | 1000392850 |
| Esurance Property & Casualty Insurance Company | TXA-0174243 | $196.70 | 2/15/2017 | 1000393523 |

Case 2:19-cv-13721-LVP-EAS   ECF No. 1-20   filed 12/19/19   PageID.759   Page 3 of 7

Allstate Insurance Company, et al. v. Inscribed PLLC, et al.
Exhibit 19 - Detroit Institute of Pain Musculoskeletal Medicine PLLC Damages Chart

| Payor | Claim Number | Payment | Payment Date | Check Number |
|---|---|---|---|---|
| Allstate Property & Casualty Insurance Company | 436495351 | $315.00 | 2/24/2017 | 6016859801 |
| Allstate Property & Casualty Insurance Company | 438952806 | $315.00 | 3/1/2017 | 6016886331 |
| Esurance Property & Casualty Insurance Company | TXA-0170480 | $295.84 | 3/17/2017 | 1000402590 |
| Esurance Property & Casualty Insurance Company | TXA-0170480 | $190.25 | 3/17/2017 | 1000402591 |
| Esurance Property & Casualty Insurance Company | TXA-0170480 | $196.70 | 3/17/2017 | 1000402592 |
| Esurance Property & Casualty Insurance Company | TXA-0174243 | $196.70 | 3/21/2017 | 1000403251 |
| Allstate Property & Casualty Insurance Company | 436495351 | $2,077.00 | 3/27/2017 | 6017028851 |
| Allstate Property & Casualty Insurance Company | 441708294 | $315.00 | 3/30/2017 | 6017052671 |
| Allstate Property & Casualty Insurance Company | 396025934 | $1,000.00 | 4/3/2017 | 1686342471 |
| Allstate Fire & Casualty Insurance Company | 438193427 | $197.00 | 4/7/2017 | 6017097511 |
| Allstate Fire & Casualty Insurance Company | 438193427 | $1,598.84 | 4/7/2017 | 6017097521 |
| Allstate Property & Casualty Insurance Company | 436495351 | $197.00 | 4/14/2017 | 6017141341 |
| Esurance Property & Casualty Insurance Company | TXA-0174243 | $167.15 | 6/7/2017 | 1000422648 |
| Esurance Property & Casualty Insurance Company | TXA-0174243 | $167.15 | 6/13/2017 | 1000423847 |
| Esurance Property & Casualty Insurance Company | TXA-0174243 | $167.15 | 6/13/2017 | 1000423970 |
| Allstate Fire & Casualty Insurance Company | 438193427 | $336.00 | 6/23/2017 | 6017530051 |
| Allstate Fire & Casualty Insurance Company | 440479400 | $116.00 | 6/26/2017 | 6017535741 |
| Allstate Property & Casualty Insurance Company | 436495351 | $168.00 | 6/30/2017 | 6017569021 |
| Allstate Property & Casualty Insurance Company | 436495351 | $268.00 | 6/30/2017 | 6017570191 |

Case 2:19-cv-13721-LVP-EAS ECF No. 1-20 filed 12/19/19 PageID.760 Page 4 of 7

Allstate Insurance Company, et al. v. Inscribed PLLC, et al.
Exhibit 19 - Detroit Institute of Pain Musculoskeletal Medicine PLLC Damages Chart

| Payor | Claim Number | Payment | Payment Date | Check Number |
|---|---|---|---|---|
| Esurance Property & Casualty Insurance Company | TXA-0182485 | $56.88 | 7/13/2017 | 100005803 |
| Allstate Fire & Casualty Insurance Company | 445568249 | $169.00 | 8/31/2017 | 6017911191 |
| Allstate Fire & Casualty Insurance Company | 445568249 | $169.00 | 9/5/2017 | 6017926961 |
| Allstate Fire & Casualty Insurance Company | 445568249 | $2,331.00 | 11/20/2017 | 6018355842 |
| Allstate Fire & Casualty Insurance Company | 445568249 | $110.00 | 2/12/2018 | 6018814802 |
| Allstate Fire & Casualty Insurance Company | 445568249 | $113.00 | 2/15/2018 | 6018841252 |
| Allstate Fire & Casualty Insurance Company | 445568249 | $113.00 | 2/15/2018 | 6018841262 |
| Allstate Fire & Casualty Insurance Company | 479615683 | $110.00 | 2/15/2018 | 6018838911 |
| Allstate Fire & Casualty Insurance Company | 445568249 | $110.00 | 2/23/2018 | 6018898911 |
| Allstate Fire & Casualty Insurance Company | 481916377 | $161.00 | 2/23/2018 | 6018897511 |
| Allstate Fire & Casualty Insurance Company | 479615683 | $367.00 | 3/21/2018 | 6019049731 |
| Allstate Property & Casualty Insurance Company | 438318263 | $187.00 | 3/29/2018 | 6019103521 |
| Allstate Property & Casualty Insurance Company | 438318263 | $420.00 | 3/29/2018 | 6019103511 |
| Allstate Property & Casualty Insurance Company | 438318263 | $1,778.00 | 3/29/2018 | 6019103491 |
| Allstate Property & Casualty Insurance Company | 438318263 | $162.00 | 3/30/2018 | 6019111091 |
| Allstate Property & Casualty Insurance Company | 438318263 | $162.00 | 3/30/2018 | 6019111101 |
| Allstate Property & Casualty Insurance Company | 438318263 | $1,800.00 | 3/30/2018 | 6019111051 |
| Allstate Fire & Casualty Insurance Company | 481916377 | $161.00 | 4/19/2018 | 6019227831 |
| Allstate Fire & Casualty Insurance Company | 481916377 | $161.00 | 4/19/2018 | 6019227841 |

Case 2:19-cv-13721-LVP-EAS ECF No. 1-20 filed 12/19/19 PageID.761 Page 5 of 7

Allstate Insurance Company, et al. v. Inscribed PLLC, et al.
Exhibit 19 - Detroit Institute of Pain Musculoskeletal Medicine PLLC Damages Chart

| Payor | Claim Number | Payment | Payment Date | Check Number |
|---|---|---|---|---|
| Allstate Fire & Casualty Insurance Company | 492410329 | $550.00 | 5/7/2018 | 6019328761 |
| Allstate Property & Casualty Insurance Company | 472491240 | $362.00 | 6/6/2018 | 6019450772 |
| Allstate Fire & Casualty Insurance Company | 492410329 | $222.00 | 6/28/2018 | 6019627722 |
| Esurance Property & Casualty Insurance Company | TXA-0187454 | $630.99 | 8/10/2018 | 1000522804 |
| Esurance Property & Casualty Insurance Company | TXA-0187454 | $2,004.98 | 8/10/2018 | 1000522805 |
| Allstate Fire & Casualty Insurance Company | 492410329 | $226.00 | 8/17/2018 | 6019926461 |
| Allstate Fire & Casualty Insurance Company | 503689028 | $305.00 | 8/17/2018 | 6019926541 |
| Esurance Property & Casualty Insurance Company | TXA-0187454 | $162.82 | 9/5/2018 | 100042832 |
| Esurance Property & Casualty Insurance Company | TXA-0187454 | $67.01 | 9/5/2018 | 100042833 |
| Allstate Fire & Casualty Insurance Company | 491502597 | $866.94 | 9/6/2018 | 6020033001 |
| Allstate Fire & Casualty Insurance Company | 481916377 | $1,094.00 | 9/11/2018 | 6020056271 |
| Allstate Fire & Casualty Insurance Company | 503689028 | $226.00 | 9/12/2018 | 6020076362 |
| Allstate Fire & Casualty Insurance Company | 503689028 | $165.00 | 11/5/2018 | 6020397901 |
| Allstate Fire & Casualty Insurance Company | 503689028 | $165.00 | 11/6/2018 | 6020407901 |
| Esurance Insurance Company | FLA-0246499 | $403.50 | 11/26/2018 | 1000548427 |
| Esurance Insurance Company | FLA-0246499 | $238.50 | 11/26/2018 | 1000548428 |
| Allstate Fire & Casualty Insurance Company | 504903816 | $165.00 | 11/29/2018 | 6020547971 |
| Allstate Fire & Casualty Insurance Company | 504903816 | $165.00 | 11/30/2018 | 6020556341 |
| Allstate Fire & Casualty Insurance Company | 503689028 | $165.00 | 12/7/2018 | 6020597611 |

Case 2:19-cv-13721-LVP-EAS   ECF No. 1-20   filed 12/19/19   PageID.762   Page 6 of 7

Allstate Insurance Company, et al. v. Inscribed PLLC, et al.
Exhibit 19 - Detroit Institute of Pain Musculoskeletal Medicine PLLC Damages Chart

| Payor | Claim Number | Payment | Payment Date | Check Number |
|---|---|---|---|---|
| Allstate Fire & Casualty Insurance Company | 503689028 | $165.00 | 12/7/2018 | 6020597621 |
| Esurance Insurance Company | FLA-0246499 | $175.00 | 1/9/2019 | 1000560091 |
| Allstate Fire & Casualty Insurance Company | 503689028 | $165.00 | 1/14/2019 | 6020808891 |
| Esurance Insurance Company | FLA-0246499 | $1,100.00 | 4/4/2019 | 1000582834 |
| Allstate Property & Casualty Insurance Company | 438318263 | $21.64 | 4/5/2019 | 6021310311 |
| Allstate Property & Casualty Insurance Company | 438318263 | $187.00 | 4/5/2019 | 6021310312 |
| Allstate Fire & Casualty Insurance Company | 503689028 | $171.00 | 4/16/2019 | 6021374281 |
| Allstate Insurance Company | 511595059 | $432.00 | 4/23/2019 | 6021415771 |
| Esurance Insurance Company | FLA-0246499 | $1,701.46 | 5/1/2019 | 1000590747 |
| Allstate Property & Casualty Insurance Company | 528783178 | $116.00 | 5/2/2019 | 6021469411 |
| Allstate Fire & Casualty Insurance Company | 518630884 | $171.00 | 5/6/2019 | 6021483741 |
| Allstate Fire & Casualty Insurance Company | 518630884 | $226.00 | 5/6/2019 | 6021483751 |
| Allstate Fire & Casualty Insurance Company | 518630884 | $878.00 | 5/14/2019 | 6021530581 |
| Allstate Fire & Casualty Insurance Company | 518630884 | $18.83 | 5/15/2019 | 6021534031 |
| Allstate Fire & Casualty Insurance Company | 518630884 | $878.00 | 5/15/2019 | 6021534041 |
| Allstate Fire & Casualty Insurance Company | 518630884 | $1,364.00 | 5/15/2019 | 6021534032 |
| Allstate Property & Casualty Insurance Company | 528783178 | $1,209.00 | 5/15/2019 | 6021531491 |
| Allstate Fire & Casualty Insurance Company | 518630884 | $171.00 | 5/23/2019 | 6021590381 |
| Allstate Insurance Company | 511595059 | $116.00 | 5/23/2019 | 6021584801 |

Case 2:19-cv-13721-LVP-EAS   ECF No. 1-20   filed 12/19/19   PageID.763   Page 7 of 7

Allstate Insurance Company, et al. v. Inscribed PLLC, et al.
Exhibit 19 - Detroit Institute of Pain Musculoskeletal Medicine PLLC Damages Chart

| Payor | Claim Number | Payment | Payment Date | Check Number |
|---|---|---|---|---|
| Esurance Insurance Company | FLA-0246499 | $440.00 | 5/31/2019 | 1000599542 |
| Allstate Fire & Casualty Insurance Company | 503689028 | $116.00 | 6/5/2019 | 6021652491 |
| Allstate Insurance Company | 511595059 | $116.00 | 6/6/2019 | 6021661931 |
| Allstate Property & Casualty Insurance Company | 528783178 | $116.00 | 6/6/2019 | 6021661991 |
| Allstate Property & Casualty Insurance Company | 528783178 | $762.00 | 6/6/2019 | 6021661981 |
| Allstate Insurance Company | 511595059 | $321.00 | 6/13/2019 | 6021704201 |
| Allstate Property & Casualty Insurance Company | 528783178 | $116.00 | 6/21/2019 | 6021749471 |
| Allstate Property & Casualty Insurance Company | 528783178 | $548.00 | 6/21/2019 | 6021749461 |
| Allstate Property & Casualty Insurance Company | 528783178 | $116.00 | 6/27/2019 | 6021782021 |
| Allstate Insurance Company | 509108759 | $226.00 | 7/3/2019 | 6021816741 |
| Esurance Property & Casualty Insurance Company | TXA-0206835 | $1,500.00 | 8/9/2019 | 1000619935 |
| Allstate Fire & Casualty Insurance Company | 536798704 | $171.00 | 8/13/2019 | 6022035491 |
| Allstate Fire & Casualty Insurance Company | 536798704 | $432.00 | 8/20/2019 | 6022067962 |
| Allstate Fire & Casualty Insurance Company | 498324706 | $305.00 | 8/27/2019 | 6022115411 |
| Allstate Fire & Casualty Insurance Company | 498324706 | $490.00 | 8/27/2019 | 6022115401 |
| Esurance Property & Casualty Insurance Company | TXA-0217569 | $269.87 | 10/28/2019 | 1000642705 |

**TOTAL DAMAGES    $48,294.48**