# EXHIBIT 20

**Allstate Insurance Company, et al. v. Inscribed PLLC, et al.**
**Exhibit 20 - Michigan Institute of Musculoskeletal Medicine PLLC Damages Chart**

| Payor | Claim Number | Payment | Payment Date | Check Number |
|---|---|---|---|---|
| Esurance Property & Casualty Insurance Company | TXA-0231609 | $227.00 | 10/7/2019 | 1000636497 |
| | **TOTAL DAMAGES** | **$227.00** | | |