# EXHIBIT 21

| Payor | Claim Number | Payment | Payment Date | Check Number |
|---|---|---|---|---|
| Allstate Insurance Company | 1895590402 | $4,421.58 | 2/1/2013 | 4178068710 |
| Allstate Property & Casualty Insurance Company | 271411126 | $268.67 | 3/1/2013 | 6008952171 |
| Allstate Property & Casualty Insurance Company | 271411126 | $370.12 | 5/15/2013 | 6009335041 |
| Allstate Property & Casualty Insurance Company | 271411126 | $59.70 | 7/3/2013 | 6009570091 |
| Allstate Insurance Company | 1895590402 | $2,672.89 | 7/17/2013 | 141218674 |
| Allstate Insurance Company | 1895590402 | $20,911.38 | 7/17/2013 | 1141218675 |
| Allstate Insurance Company | 1895590402 | $761.99 | 9/18/2013 | 5107911295 |
| Allstate Insurance Company | 1895590402 | $43.82 | 9/18/2013 | 6107911296 |
| Allstate Property & Casualty Insurance Company | 278455191 | $514.50 | 10/4/2013 | 6010060251 |
| Allstate Property & Casualty Insurance Company | 278455191 | $1,017.72 | 11/8/2013 | 6010225531 |
| Allstate Property & Casualty Insurance Company | 278455191 | $284.83 | 12/5/2013 | 6010340641 |
| Allstate Property & Casualty Insurance Company | 271411126 | $649.34 | 12/6/2013 | 6010355731 |
| Allstate Property & Casualty Insurance Company | 278455191 | $452.88 | 2/28/2014 | 6010793051 |
| Allstate Property & Casualty Insurance Company | 278455191 | $559.60 | 2/28/2014 | 6010793061 |
| Allstate Property & Casualty Insurance Company | 271411126 | $272.00 | 3/25/2014 | 6010933631 |
| Allstate Insurance Company | 1895590402 | $62.42 | 4/29/2014 | 161293967 |
| Allstate Insurance Company | 1895590402 | $1,454.77 | 4/29/2014 | 1161293968 |
| Allstate Insurance Company | 1895590402 | $21.04 | 4/29/2014 | 2161293968 |
| Allstate Insurance Company | 1895590402 | $938.02 | 4/29/2014 | 3161293969 |
| Allstate Insurance Company | 1895590402 | $12.34 | 4/29/2014 | 4161293969 |
| Allstate Insurance Company | 1895590402 | $2,576.80 | 4/29/2014 | 5161293970 |
| Allstate Insurance Company | 1895590402 | $25.42 | 4/29/2014 | 6161293970 |

Case 2:19-cv-13721-LVP-EAS ECF No. 1-22 filed 12/19/19 PageID.768 Page 3 of 19

Allstate Insurance Company, et al. v. Inscribed PLLC, et al.
Exhibit 21 - ZMC Pharmacy, L.L.C. Damages Chart

| Payor | Claim Number | Payment | Payment Date | Check Number |
|---|---|---|---|---|
| Allstate Insurance Company | 1895590402 | $4,127.26 | 4/29/2014 | 9161293967 |
| Allstate Insurance Company | 1895590402 | $5,009.00 | 4/30/2014 | 4195144036 |
| Allstate Insurance Company | 1895590402 | $7,083.42 | 5/1/2014 | 195144583 |
| Allstate Insurance Company | 1895590402 | $183.97 | 5/1/2014 | 1195144583 |
| Allstate Insurance Company | 1895590402 | $8,113.78 | 5/1/2014 | 2195144578 |
| Allstate Insurance Company | 1895590402 | $210.74 | 5/1/2014 | 3195144578 |
| Allstate Insurance Company | 1895590402 | $2,896.54 | 5/1/2014 | 4195144579 |
| Allstate Insurance Company | 1895590402 | $75.23 | 5/1/2014 | 5195144579 |
| Allstate Insurance Company | 1895590402 | $3,332.22 | 5/1/2014 | 6195144581 |
| Allstate Insurance Company | 1895590402 | $86.55 | 5/1/2014 | 7195144581 |
| Allstate Insurance Company | 1895590402 | $4,905.18 | 5/1/2014 | 8195144582 |
| Allstate Insurance Company | 1895590402 | $127.40 | 5/1/2014 | 9195144582 |
| Allstate Insurance Company | 1895590402 | $1,808.48 | 5/2/2014 | 6145172039 |
| Allstate Insurance Company | 1895590402 | $3,700.48 | 5/7/2014 | 6195144580 |
| Allstate Insurance Company | 1895590402 | $96.11 | 5/7/2014 | 7195144580 |
| Allstate Insurance Company | 1895590402 | $1,150.54 | 5/20/2014 | 165224059 |
| Allstate Property & Casualty Insurance Company | 271411126 | $194.75 | 5/21/2014 | 6011302991 |
| Allstate Property & Casualty Insurance Company | 278455191 | $560.02 | 5/22/2014 | 6011307641 |
| Allstate Property & Casualty Insurance Company | 278455191 | $576.46 | 5/22/2014 | 6011307651 |
| Allstate Property & Casualty Insurance Company | 278455191 | $112.53 | 5/23/2014 | 6011316021 |
| Allstate Insurance Company | 1895590402 | $2,803.97 | 6/3/2014 | 9155203195 |
| Allstate Property & Casualty Insurance Company | 271411126 | $227.72 | 6/16/2014 | 6011435811 |

Case 2:19-cv-13721-LVP-EAS ECF No. 1-22 filed 12/19/19 PageID.769 Page 4 of 19
Allstate Insurance Company, et al v. Inscribed PLLC, et al
Exhibit 21 - ZMC Pharmacy, L.L.C. Damages Chart

| Payor | Claim Number | Payment | Payment Date | Check Number |
|---|---|---|---|---|
| Allstate Property & Casualty Insurance Company | 278455191 | $883.17 | 6/17/2014 | 6011441631 |
| Allstate Insurance Company | 1895590402 | $1,001.11 | 6/18/2014 | 6121039592 |
| Allstate Insurance Company | 1895590402 | $297.09 | 6/18/2014 | 7121039593 |
| Allstate Insurance Company | 1895590402 | $185.50 | 6/18/2014 | 8121039594 |
| Allstate Property & Casualty Insurance Company | 278455191 | $883.27 | 7/3/2014 | 6011538771 |
| Allstate Insurance Company | 1895590402 | $22.73 | 7/8/2014 | 3195167441 |
| Allstate Insurance Company | 1895590402 | $38.42 | 7/15/2014 | 138014441 |
| Allstate Insurance Company | 1895590402 | $5,639.74 | 7/15/2014 | 7138014442 |
| Allstate Insurance Company | 1895590402 | $5,305.00 | 8/13/2014 | 6175197489 |
| Allstate Property & Casualty Insurance Company | 278455191 | $627.27 | 8/20/2014 | 6011723761 |
| Allstate Insurance Company | 1895590402 | $38.42 | 8/25/2014 | 2135013718 |
| Allstate Insurance Company | 1895590402 | $514.60 | 9/8/2014 | 9188304473 |
| Allstate Insurance Company | 1895590402 | $6,293.20 | 9/10/2014 | 2155242259 |
| Allstate Property & Casualty Insurance Company | 278455191 | $298.93 | 9/22/2014 | 6011944791 |
| Allstate Insurance Company | 1895590402 | $3,875.07 | 10/1/2014 | 6161359737 |
| Allstate Insurance Company | 1895590402 | $1,937.11 | 10/13/2014 | 9185251209 |
| Allstate Insurance Company | 1895590402 | $5,529.50 | 10/27/2014 | 2125072961 |
| Allstate Property & Casualty Insurance Company | 278455191 | $256.97 | 10/29/2014 | 6012158451 |
| Allstate Insurance Company | 1895590402 | $4,189.30 | 11/3/2014 | 148300873 |
| Allstate Insurance Company | 1895590402 | $293.14 | 11/25/2014 | 3165296480 |
| Allstate Insurance Company | 1895590402 | $5,191.01 | 12/12/2014 | 4151382782 |
| Allstate Insurance Company | 1895590402 | $342.59 | 12/23/2014 | 6198296787 |

Case 2:19-cv-13721-LVP-EAS ECF No. 1-22 filed 12/19/19 PageID.770 Page 5 of 19

Allstate Insurance Company, et al. v. inscribed PLLC, et al.
Exhibit 21 - ZMC Pharmacy, L.L.C. Damages Chart

| Payor | Claim Number | Payment | Payment Date | Check Number |
|---|---|---|---|---|
| Allstate Insurance Company | 1895590402 | $131.61 | 1/21/2015 | 8161397975 |
| Allstate Insurance Company | 1895590402 | $5,505.72 | 2/25/2015 | 5155295764 |
| Allstate Insurance Company | 1895590402 | $73.76 | 3/16/2015 | 4168356372 |
| Allstate Insurance Company | 1895590402 | $2,056.33 | 3/17/2015 | 5168356371 |
| Allstate Insurance Company | 1895590402 | $14,248.90 | 4/14/2015 | 8125134828 |
| Allstate Property & Casualty Insurance Company | 271411126 | $517.62 | 4/24/2015 | 6013135721 |
| Allstate Insurance Company | 1895590402 | $7,037.27 | 5/6/2015 | 7171489692 |
| Allstate Insurance Company | 1895590402 | $5,446.32 | 5/27/2015 | 9115103686 |
| Allstate Insurance Company | 1895590402 | $5,460.81 | 5/29/2015 | 1151447141 |
| Allstate Property & Casualty Insurance Company | 337617211 | $2,500.00 | 6/5/2015 | 1181544991 |
| Allstate Insurance Company | 1895590402 | $335.22 | 6/8/2015 | 4161449931 |
| Allstate Insurance Company | 1895590402 | $7,253.05 | 6/18/2015 | 5145317583 |
| Allstate Insurance Company | 1895590402 | $134.34 | 6/30/2015 | 5101209165 |
| Allstate Property & Casualty Insurance Company | 271411126 | $2,678.04 | 7/2/2015 | 6013502521 |
| Allstate Insurance Company | 1895590402 | $13,830.50 | 7/13/2015 | 121177224 |
| Esurance Property & Casualty Insurance Company | TXA-0151609 | $50.86 | 7/30/2015 | 1000290617 |
| Allstate Property & Casualty Insurance Company | 308035526 | $472.50 | 8/13/2015 | 6013725811 |
| Allstate Property & Casualty Insurance Company | 337617211 | $167.06 | 8/14/2015 | 6013739671 |
| Allstate Insurance Company | 1895590402 | $296.92 | 8/18/2015 | 175331232 |
| Allstate Insurance Company | 1895590402 | $115.73 | 8/18/2015 | 8175331231 |
| Allstate Insurance Company | 1895590402 | $13,802.85 | 8/20/2015 | 2108162880 |
| Esurance Property & Casualty Insurance Company | TXA-0139823 | $170.67 | 8/21/2015 | 1000259892 |
| Esurance Insurance Company | TXA-0151609 | $149.29 | 8/21/2015 | 1000292982 |

Case 2:19-cv-13721-LVP-EAS ECF No. 1-22 filed 12/19/19 PageID.771 Page 6 of 19

Allstate Insurance Company, et al. v. Inscribed PLLC, et al.
Exhibit 21 - ZMC Pharmacy, L.L.C. Damages Chart

| Payor | Claim Number | Payment | Payment Date | Check Number |
|---|---|---|---|---|
| Allstate Property & Casualty Insurance Company | 337617211 | $235.55 | 9/10/2015 | 6013869821 |
| Allstate Insurance Company | 1895590402 | $1,694.86 | 9/14/2015 | 7125198466 |
| Allstate Insurance Company | 1895590402 | $9,009.75 | 9/15/2015 | 7118194401 |
| Allstate Insurance Company | 1895590402 | $4,891.96 | 9/15/2015 | 9118194402 |
| Allstate Property & Casualty Insurance Company | 271411126 | $291.48 | 9/18/2015 | 6013921461 |
| Esurance Insurance Company | TXA-0151609 | $149.29 | 9/23/2015 | 1000296441 |
| Allstate Insurance Company | 1895590402 | $329.48 | 9/30/2015 | 2158412752 |
| Allstate Insurance Company | 1895590402 | $12,777.26 | 10/2/2015 | 5158414643 |
| Allstate Property & Casualty Insurance Company | 337617211 | $1,059.96 | 10/13/2015 | 6014053331 |
| Esurance Insurance Company | TXA-0151609 | $477.26 | 10/13/2015 | 1000298855 |
| Allstate Property & Casualty Insurance Company | 271411126 | $760.18 | 10/15/2015 | 6014069671 |
| Allstate Insurance Company | 1895590402 | $412.56 | 10/21/2015 | 7115156965 |
| Allstate Property & Casualty Insurance Company | 271411126 | $4,055.66 | 10/23/2015 | 6014117801 |
| Esurance Property & Casualty Insurance Company | TXA-0139823 | $170.67 | 10/23/2015 | 1000274903 |
| Allstate Insurance Company | 1895590402 | $3,846.22 | 10/29/2015 | 2195337873 |
| Allstate Insurance Company | 1895590402 | $6,821.81 | 10/29/2015 | 3195337874 |
| Allstate Insurance Company | 1895590402 | $5,484.40 | 11/4/2015 | 7128183544 |
| Allstate Insurance Company | 1895590402 | $16,163.09 | 12/2/2015 | 3128192174 |
| Allstate Property & Casualty Insurance Company | 271411126 | $222.38 | 12/9/2015 | 6014364161 |
| Allstate Insurance Company | 1895590402 | $1,543.28 | 12/14/2015 | 4151518084 |
| Allstate Insurance Company | 1895590402 | $701.81 | 1/5/2016 | 1111295547 |
| Allstate Insurance Company | 1895590402 | $20,429.99 | 1/5/2016 | 9111295548 |
| Allstate Insurance Company | 1895590402 | $5,484.40 | 1/18/2016 | 5121249309 |

Case 2:19-cv-13721-LVP-EAS ECF No. 1-22 filed 12/19/19 PageID.772 Page 7 of 19

Allstate Insurance Company, et al. v. Unscribed PLC, et al.
Exhibit 21 - ZMC Pharmacy, L.L.C. Damages Chart

| Payor | Claim Number | Payment | Payment Date | Check Number |
|---|---|---|---|---|
| Allstate Insurance Company | 1895590402 | $9,794.81 | 1/26/2016 | 3101282070 |
| Allstate Insurance Company | 1895590402 | $462.70 | 2/11/2016 | 2191551082 |
| Allstate Insurance Company | 1895590402 | $10,417.70 | 2/12/2016 | 6175405897 |
| Allstate Insurance Company | 1895590402 | $44.39 | 2/15/2016 | 6195377650 |
| Allstate Insurance Company | 1895590402 | $10,389.29 | 3/3/2016 | 158473655 |
| Allstate Insurance Company | 1895590402 | $7,192.88 | 3/3/2016 | 9158473654 |
| Allstate Insurance Company | 1895590402 | $10,020.33 | 3/21/2016 | 1125263592 |
| Allstate Insurance Company | 1895590402 | $17,882.44 | 3/24/2016 | 2158481234 |
| Allstate Property & Casualty Insurance Company | 271411126 | $2,975.23 | 4/21/2016 | 1113399311 |
| Esurance Property & Casualty Insurance Company | TXA-0162870 | $440.95 | 4/28/2016 | 4153891 |
| Allstate Insurance Company | 1895590402 | $13,841.23 | 5/5/2016 | 3151571233 |
| Esurance Property & Casualty Insurance Company | TXA-0161748 | $1,180.41 | 5/5/2016 | 1000320586 |
| Allstate Insurance Company | 1895590402 | $45.89 | 5/17/2016 | 7191587974 |
| Allstate Insurance Company | 1895590402 | $2,453.26 | 5/18/2016 | 1138261617 |
| Allstate Property & Casualty Insurance Company | 288816663 | $54.42 | 5/20/2016 | 6015300131 |
| Allstate Insurance Company | 1895590402 | $1,010.03 | 5/20/2016 | 7108262490 |
| Allstate Property & Casualty Insurance Company | 271411126 | $768.96 | 5/23/2016 | 6015304551 |
| Allstate Insurance Company | 1895590402 | $328.52 | 5/24/2016 | 9158511122 |
| Allstate Insurance Company | 1895590402 | $17,336.17 | 5/25/2016 | 151578680 |
| Esurance Property & Casualty Insurance Company | TXA-0161748 | $515.32 | 6/7/2016 | 1000328561 |
| Allstate Insurance Company | 1895590402 | $148.25 | 6/9/2016 | 4128265070 |
| Esurance Property & Casualty Insurance Company | TXA-0167757 | $88.49 | 6/20/2016 | 1000331859 |

Case 2:19-cv-13721-LVP-EAS ECF No. 1-22 filed 12/19/19 PageID.773 Page 8 of 19
Allstate Insurance Company, et al. v. Unschribed PLLC, et al.
Exhibit 21 - ZMC Pharmacy, L.L.C. Damages Chart

| Payor | Claim Number | Payment | Payment Date | Check Number |
|---|---|---|---|---|
| Allstate Property & Casualty Insurance Company | 294148622 | $532.08 | 6/23/2016 | 6015485871 |
| Allstate Property & Casualty Insurance Company | 288816663 | $51.42 | 7/1/2016 | 6015530261 |
| Allstate Insurance Company | 1895590402 | $1,267.15 | 7/26/2016 | 4131354633 |
| Allstate Property & Casualty Insurance Company | 294148622 | $532.08 | 7/28/2016 | 6015657721 |
| Allstate Property & Casualty Insurance Company | 294148622 | $532.08 | 7/28/2016 | 6015657731 |
| Esurance Insurance Company | TXA-0156776 | $424.80 | 7/29/2016 | 1000330301 |
| Allstate Insurance Company | 1895590402 | $2,065.47 | 8/1/2016 | 4121324209 |
| Esurance Property & Casualty Insurance Company | TXA-0131295 | $1,264.39 | 8/1/2016 | 1000342035 |
| Esurance Insurance Company | TXA-0156776 | $281.20 | 8/3/2016 | 1000330561 |
| Esurance Insurance Company | TXA-0156776 | $281.20 | 8/11/2016 | 1000331524 |
| Esurance Property & Casualty Insurance Company | TXA-0167757 | $209.87 | 8/16/2016 | 1000345835 |
| Allstate Insurance Company | 1895590402 | $2,601.03 | 8/19/2016 | 4131363857 |
| Allstate Insurance Company | 1895590402 | $1,263.14 | 8/19/2016 | 5131363855 |
| Allstate Insurance Company | 1895590402 | $1,833.10 | 8/19/2016 | 6131363856 |
| Esurance Insurance Company | TXA-0156776 | $237.72 | 8/23/2016 | 1000332775 |
| Allstate Property & Casualty Insurance Company | 337617211 | $15,435.00 | 9/2/2016 | 1253403781 |
| Allstate Insurance Company | 1895590402 | $2,746.71 | 9/2/2016 | 2185525081 |
| Allstate Insurance Company | 1895590402 | $2,368.31 | 9/7/2016 | 4145481463 |
| Allstate Insurance Company | 1895590402 | $328.52 | 9/15/2016 | 2121345458 |
| Allstate Fire & Casualty Insurance Company | 411785496 | $173.18 | 9/27/2016 | 6016005881 |
| Esurance Property & Casualty Insurance Company | TXA-0167757 | $70.27 | 9/29/2016 | 1000356693 |
| Allstate Insurance Company | 2880224684 | $1,389.60 | 10/4/2016 | 9601604330 |
| Allstate Property & Casualty Insurance Company | 429088362 | $1,214.02 | 10/12/2016 | 6016088591 |
| Allstate Insurance Company | 1895590402 | $196.94 | 10/14/2016 | 148572939 |

Case 2:19-cv-13721-LVP-EAS ECF No. 1-22 filed 12/19/19 PageID.774 Page 9 of 19
Allstate Insurance Company, et al v. Inscribed PLLC, et al
Exhibit 21 - ZMC Pharmacy, L.L.C. Damages Chart

| Payor | Claim Number | Payment | Payment Date | Check Number |
|---|---|---|---|---|
| Allstate Insurance Company | 1895590402 | $15,275.09 | 10/14/2016 | 3148572937 |
| Allstate Insurance Company | 1895590402 | $602.63 | 10/14/2016 | 4148572937 |
| Allstate Insurance Company | 1895590402 | $11,605.11 | 10/14/2016 | 5148572938 |
| Allstate Insurance Company | 1895590402 | $362.46 | 10/14/2016 | 6148572938 |
| Allstate Insurance Company | 1895590402 | $12,356.00 | 10/14/2016 | 7148572940 |
| Allstate Insurance Company | 1895590402 | $300.61 | 10/14/2016 | 8148572940 |
| Allstate Insurance Company | 1895590402 | $13,022.30 | 10/14/2016 | 9148572939 |
| Allstate Insurance Company | 1895590402 | $328.52 | 10/17/2016 | 5185541282 |
| Allstate Insurance Company | 1895590402 | $328.52 | 10/17/2016 | 7185541283 |
| Allstate Insurance Company | 1895590402 | $9,284.47 | 10/24/2016 | 1135308921 |
| Esurance Property & Casualty Insurance Company | TXA-0174653 | $83.63 | 11/2/2016 | 1000365213 |
| Allstate Property & Casualty Insurance Company | 288816663 | $611.24 | 11/3/2016 | 6016219911 |
| Allstate Insurance Company | 1895590402 | $328.52 | 11/15/2016 | 5125366158 |
| Esurance Property & Casualty Insurance Company | TXA-0171448 | $423.48 | 11/21/2016 | 1000370707 |
| Esurance Property & Casualty Insurance Company | TXA-0174653 | $83.63 | 11/22/2016 | 1000371137 |
| Allstate Property & Casualty Insurance Company | 294148622 | $1,360.20 | 11/23/2016 | 6016339391 |
| Allstate Insurance Company | 1895590402 | $8,705.05 | 11/23/2016 | 5171709559 |
| Allstate Insurance Company | 1895590402 | $2,356.80 | 11/23/2016 | 6171709557 |
| Allstate Insurance Company | 1895590402 | $1,038.45 | 11/23/2016 | 7171709558 |
| Allstate Insurance Company | 1895590402 | $1,346.37 | 11/23/2016 | 9171709556 |
| Allstate Insurance Company | 1895590402 | $43.88 | 12/5/2016 | 7198543837 |
| Allstate Property & Casualty Insurance Company | 422245803 | $381.22 | 12/8/2016 | 6016424791 |

Case 2:19-cv-13721-LVP-EAS ECF No. 1-22 filed 12/19/19 PageID.775 Page 10 of 19
Allstate Insurance Company, et al v Insured, LLC, et al
Exhibit 21 - ZMC Pharmacy, L.L.C. Damages Chart

| Payor | Claim Number | Payment | Payment Date | Check Number |
|---|---|---|---|---|
| Esurance Property & Casualty Insurance Company | TXA-0171448 | $105.70 | 12/14/2016 | 1000377149 |
| Esurance Property & Casualty Insurance Company | TXA-0174653 | $83.63 | 12/23/2016 | 1000379684 |
| Allstate Insurance Company | 1895590402 | $17,665.90 | 12/27/2016 | 2148596965 |
| Allstate Property & Casualty Insurance Company | 422245803 | $1,071.01 | 12/30/2016 | 6016551481 |
| Esurance Property & Casualty Insurance Company | WIS-0083913 | $50.96 | 1/16/2017 | 1000385147 |
| Allstate Property & Casualty Insurance Company | 294148622 | $532.08 | 1/18/2017 | 6016647051 |
| Allstate Insurance Company | 1895590402 | $486.86 | 1/19/2017 | 3108350458 |
| Allstate Insurance Company | 1895590402 | $351.22 | 1/19/2017 | 4108350459 |
| Esurance Property & Casualty Insurance Company | TXA-0174653 | $83.63 | 1/26/2017 | 1000388038 |
| Esurance Property & Casualty Insurance Company | WIS-0083913 | $907.20 | 1/26/2017 | 1000388032 |
| Allstate Property & Casualty Insurance Company | 288816663 | $191.55 | 2/6/2017 | 6016740601 |
| Esurance Property & Casualty Insurance Company | TXA-0178760 | $103.39 | 2/7/2017 | 1000390928 |
| Esurance Property & Casualty Insurance Company | WIS-0083913 | $347.60 | 2/9/2017 | 1000391604 |
| Esurance Property & Casualty Insurance Company | TXA-0171448 | $430.76 | 2/15/2017 | 1000393225 |
| Allstate Property & Casualty Insurance Company | 429088362 | $3,008.18 | 2/16/2017 | 6016806211 |
| Allstate Property & Casualty Insurance Company | 429088362 | $78.13 | 2/16/2017 | 6016806212 |
| Esurance Property & Casualty Insurance Company | TXA-0178760 | $236.82 | 2/16/2017 | 1000393730 |
| Esurance Property & Casualty Insurance Company | TXA-0171448 | $330.97 | 2/17/2017 | 1000394094 |
| Esurance Property & Casualty Insurance Company | WIS-0083913 | $907.20 | 2/28/2017 | 1000397499 |
| Allstate Property & Casualty Insurance Company | 294148622 | $558.72 | 3/1/2017 | 6016886701 |
| Allstate Insurance Company | 1895590402 | $1,838.05 | 3/1/2017 | 115355640 |
| Allstate Fire & Casualty Insurance Company | 445137169 | $295.33 | 3/3/2017 | 6016904721 |
| Allstate Insurance Company | 2880224684 | $2,084.40 | 3/7/2017 | 7601691457 |
| Esurance Property & Casualty Insurance Company | TXA-0171448 | $797.16 | 3/8/2017 | 1000399587 |

| Payor | Claim Number | Payment | Payment Date | Check Number |
|---|---|---|---|---|
| Esurance Property & Casualty Insurance Company | WIS-0083913 | $347.60 | 3/8/2017 | 1000399721 |
| Allstate Insurance Company | 1895590402 | $16,294.79 | 3/9/2017 | 1168615678 |
| Allstate Property & Casualty Insurance Company | 422245803 | $998.57 | 3/13/2017 | 6016949791 |
| Allstate Property & Casualty Insurance Company | 294148622 | $558.72 | 3/17/2017 | 6016986611 |
| Esurance Property & Casualty Insurance Company | WIS-0083913 | $45.86 | 3/27/2017 | 1000405016 |
| Esurance Property & Casualty Insurance Company | TXA-0177029 | $20.75 | 3/31/2017 | 1000406008 |
| Esurance Property & Casualty Insurance Company | TXA-0178760 | $236.82 | 4/4/2017 | 1000406938 |
| Allstate Property & Casualty Insurance Company | 294148622 | $1,596.24 | 4/5/2017 | 6017086391 |
| Allstate Property & Casualty Insurance Company | 422245803 | $1,053.55 | 4/5/2017 | 6017080081 |
| Allstate Property & Casualty Insurance Company | 429088362 | $907.20 | 4/5/2017 | 6017086441 |
| Allstate Property & Casualty Insurance Company | 294148622 | $558.72 | 4/7/2017 | 6017100291 |
| Allstate Property & Casualty Insurance Company | 294148622 | $532.08 | 4/7/2017 | 6017100301 |
| Esurance Property & Casualty Insurance Company | TXA-0171448 | $1,044.98 | 4/7/2017 | 1000408106 |
| Allstate Property & Casualty Insurance Company | 422245803 | $1,728.21 | 4/11/2017 | 6017116771 |
| Esurance Property & Casualty Insurance Company | TXA-0178760 | $182.34 | 4/11/2017 | 1000408583 |
| Allstate Property & Casualty Insurance Company | 392475653 | $75.69 | 4/13/2017 | 6017128101 |
| Esurance Property & Casualty Insurance Company | TXA-0182027 | $398.16 | 4/14/2017 | 1000409558 |
| Allstate Property & Casualty Insurance Company | 429088362 | $59.45 | 4/18/2017 | 6017153691 |
| Esurance Property & Casualty Insurance Company | TXA-0177029 | $65.49 | 4/20/2017 | 1000411044 |
| Allstate Property & Casualty Insurance Company | 422245803 | $991.90 | 4/28/2017 | 6017226711 |
| Allstate Insurance Company | 427906672 | $90.00 | 4/28/2017 | 6017226721 |
| Allstate Insurance Company | 1895590402 | $173.48 | 5/1/2017 | 3101461978 |
| Allstate Insurance Company | 1895590402 | $119.71 | 5/1/2017 | 4101461979 |
| Allstate Insurance Company | 1895590402 | $2,640.42 | 5/1/2017 | 5101461982 |
| Allstate Insurance Company | 1895590402 | $2,165.28 | 5/1/2017 | 6101461980 |
| Allstate Insurance Company | 1895590402 | $2,636.74 | 5/1/2017 | 7101461981 |

Case 2:19-cv-13721-LVP-EAS ECF No. 1-22 filed 12/19/19 PageID.777 Page 12 of 19
Allstate Insurance Company, et al v Insured BLC, et al
Exhibit 21 - ZMC Pharmacy, L.L.C. Damages Chart

| Payor | Claim Number | Payment | Payment Date | Check Number |
|---|---|---|---|---|
| Allstate Property & Casualty Insurance Company | 294148622 | $558.72 | 5/2/2017 | 6017237451 |
| Allstate Insurance Company | 1895590402 | $2,099.99 | 5/3/2017 | 1155639078 |
| Allstate Insurance Company | 1895590402 | $24.00 | 5/5/2017 | 5151692089 |
| Allstate Insurance Company | 1895590402 | $2,359.50 | 5/8/2017 | 2145583084 |
| Esurance Property & Casualty Insurance Company | TXA-0177029 | $590.28 | 5/16/2017 | 1000417343 |
| Allstate Insurance Company | 1895590402 | $180.79 | 5/17/2017 | 3198601645 |
| Allstate Insurance Company | 1895590402 | $40.70 | 5/17/2017 | 4198601646 |
| Esurance Property & Casualty Insurance Company | TXA-0171448 | $9.37 | 5/30/2017 | 1000420607 |
| Allstate Property & Casualty Insurance Company | 422245803 | $998.57 | 6/2/2017 | 6017415731 |
| Allstate Insurance Company | 1895590402 | $133.73 | 6/6/2017 | 5121443720 |
| Esurance Property & Casualty Insurance Company | TXA-0171448 | $44.00 | 6/6/2017 | 1000422246 |
| Esurance Property & Casualty Insurance Company | TXA-0171448 | $677.83 | 6/9/2017 | 100013358 |
| Esurance Property & Casualty Insurance Company | TXA-0171448 | $272.91 | 6/12/2017 | 1000423666 |
| Allstate Property & Casualty Insurance Company | 430990507 | $1,327.51 | 6/13/2017 | 6017473131 |
| Esurance Property & Casualty Insurance Company | WIS-0083913 | $68.70 | 6/14/2017 | 1000424193 |
| Allstate Insurance Company | 1895590402 | $2,197.94 | 6/21/2017 | 7165661250 |
| Allstate Insurance Company | 315613919 | $17,500.00 | 6/26/2017 | 1586892731 |
| Esurance Property & Casualty Insurance Company | TXA-0171448 | $363.01 | 6/26/2017 | 1000426898 |
| Allstate Property & Casualty Insurance Company | 422245803 | $664.07 | 6/28/2017 | 6017552641 |
| Allstate Insurance Company | 1895590402 | $4,684.86 | 6/28/2017 | 5121456607 |
| Esurance Property & Casualty Insurance Company | TXA-0183768 | $440.00 | 7/10/2017 | 1000429989 |
| Esurance Property & Casualty Insurance Company | TXA-0171448 | $3,246.01 | 7/12/2017 | 1000430385 |
| Allstate Insurance Company | 1895590402 | $4,460.57 | 7/14/2017 | 5131469381 |
| Allstate Insurance Company | 2880224684 | $1,394.40 | 7/25/2017 | 4601770417 |
| Allstate Insurance Company | 1895590402 | $125.40 | 8/2/2017 | 2175603226 |
| Esurance Property & Casualty Insurance Company | TXA-0171448 | $1,385.54 | 8/3/2017 | 100038696 |
| Esurance Property & Casualty Insurance Company | TXA-0182027 | $557.13 | 8/4/2017 | 1000435622 |
| Esurance Property & Casualty Insurance Company | TXA-0171448 | $547.33 | 8/9/2017 | 100041764 |
| Allstate Insurance Company | 469291587 | $11,235.03 | 8/16/2017 | 6017824681 |

| Payor | Claim Number | Payment | Payment Date | Check Number |
|---|---|---|---|---|
| Esurance Property & Casualty Insurance Company | TXA-0171448 | $505.96 | 8/29/2017 | 1000441212 |
| Allstate Insurance Company | 469291587 | $25.27 | 9/1/2017 | 6017916371 |
| Esurance Property & Casualty Insurance Company | TXA-0171448 | $465.62 | 9/4/2017 | 1000442538 |
| Esurance Property & Casualty Insurance Company | TXA-0182027 | $1,066.69 | 9/5/2017 | 1000442690 |
| Allstate Property & Casualty Insurance Company | 423766005 | $300.00 | 9/14/2017 | 1786849771 |
| Allstate Property & Casualty Insurance Company | 422245803 | $957.00 | 9/18/2017 | 6017998121 |
| Allstate Insurance Company | 469291587 | $681.88 | 9/19/2017 | 6018010801 |
| Allstate Fire & Casualty Insurance Company | 445137169 | $120.24 | 9/26/2017 | 6018047641 |
| Allstate Fire & Casualty Insurance Company | 445137169 | $11.48 | 9/26/2017 | 6018047651 |
| Allstate Fire & Casualty Insurance Company | 445137169 | $537.11 | 9/26/2017 | 6018047652 |
| Allstate Insurance Company | 469291587 | $8,656.69 | 9/26/2017 | 6018044291 |
| Esurance Property & Casualty Insurance Company | TXA-0171448 | $465.62 | 10/4/2017 | 1000448747 |
| Esurance Property & Casualty Insurance Company | TXA-0182027 | $509.27 | 10/5/2017 | 1000449197 |
| Esurance Property & Casualty Insurance Company | TXA-0171448 | $1,183.79 | 10/11/2017 | 1000450767 |
| Esurance Property & Casualty Insurance Company | WIS-0083913 | $68.70 | 10/30/2017 | 1000454784 |
| Allstate Property & Casualty Insurance Company | 452521222 | $47.77 | 10/31/2017 | 6018242811 |
| Allstate Insurance Company | 469291587 | $7,721.29 | 10/31/2017 | 6018242201 |
| Allstate Fire & Casualty Insurance Company | 445137169 | $104.62 | 11/2/2017 | 6018261821 |
| Allstate Insurance Company | 469291587 | $7,908.91 | 11/2/2017 | 6018256491 |
| Allstate Insurance Company | 469291587 | $456.50 | 11/6/2017 | 6018269581 |
| Allstate Fire & Casualty Insurance Company | 445137169 | $2,700.00 | 11/20/2017 | 1456670551 |
| Esurance Property & Casualty Insurance Company | TXA-0193858 | $836.22 | 12/27/2017 | 1000469549 |
| Allstate Fire & Casualty Insurance Company | 400757290 | $7,500.00 | 1/19/2018 | 1787483011 |
| Allstate Property & Casualty Insurance Company | 442855573 | $129.80 | 1/24/2018 | 6018718021 |
| Allstate Property & Casualty Insurance Company | 436752273 | $750.00 | 1/26/2018 | 1185587501 |

Case 2:19-cv-13721-LVP-EAS ECF No. 1-22 filed 12/19/19 PageID.779 Page 14 of 19

Allstate Insurance Company, et al. v. Insureder, LLC, et al.
Exhibit 21 - ZMC Pharmacy, L.L.C. Damages Chart

| Payor | Claim Number | Payment | Payment Date | Check Number |
|---|---|---|---|---|
| Allstate Property & Casualty Insurance Company | 452521222 | $216.90 | 1/31/2018 | 6018751061 |
| Allstate Property & Casualty Insurance Company | 452521222 | $54.31 | 1/31/2018 | 6018751071 |
| Allstate Property & Casualty Insurance Company | 452521222 | $13.39 | 1/31/2018 | 6018751081 |
| Esurance Property & Casualty Insurance Company | TXA-0193637 | $73.37 | 2/5/2018 | 1000478543 |
| Esurance Property & Casualty Insurance Company | TXA-0193183 | $1,306.92 | 3/21/2018 | 1000489487 |
| Allstate Property & Casualty Insurance Company | 447937228 | $323.04 | 4/5/2018 | 6019148791 |
| Allstate Property & Casualty Insurance Company | 407507466 | $11,700.00 | 4/10/2018 | 1618910671 |
| Allstate Fire & Casualty Insurance Company | 431903160 | $1,000.00 | 4/20/2018 | 1757119291 |
| Esurance Property & Casualty Insurance Company | TXA-0193183 | $1,306.92 | 4/27/2018 | 1000498710 |
| Esurance Property & Casualty Insurance Company | TXA-0193183 | $60.00 | 5/3/2018 | 1000500135 |
| Allstate Property & Casualty Insurance Company | 498649003 | $324.89 | 6/6/2018 | 6019508671 |
| Allstate Property & Casualty Insurance Company | 422245803 | $215.36 | 6/12/2018 | 6019540171 |
| Allstate Property & Casualty Insurance Company | 271411126 | $16,000.00 | 6/20/2018 | 1688493951 |
| Allstate Insurance Company | 469291587 | $8,163.52 | 9/11/2018 | 6020062691 |
| Allstate Property & Casualty Insurance Company | 392658324 | $6,000.00 | 9/18/2018 | 1386326791 |
| Allstate Property & Casualty Insurance Company | 498649003 | $65.50 | 9/18/2018 | 6020114291 |
| Esurance Property & Casualty Insurance Company | TXA-0202490 | $180.37 | 9/18/2018 | 1000531743 |
| Esurance Property & Casualty Insurance Company | TXA-0202490 | $150.71 | 9/18/2018 | 1000531749 |
| Esurance Property & Casualty Insurance Company | TXA-0202490 | $31.05 | 9/18/2018 | 1000531750 |
| Esurance Property & Casualty Insurance Company | TXA-0202490 | $47.77 | 9/18/2018 | 1000531751 |
| Allstate Property & Casualty Insurance Company | 409560603 | $50.00 | 9/27/2018 | 6020176241 |
| Esurance Property & Casualty Insurance Company | TXA-0205887 | $424.00 | 9/28/2018 | 1000534329 |
| Allstate Insurance Company | 475842043 | $1,351.38 | 10/1/2018 | 1156278651 |

Case 2:19-cv-13721-LVP-EAS ECF No. 1-22 filed 12/19/19 PageID.780 Page 15 of 19

Allstate Insurance Company, et al. v. Insurided, LLC, et al.
Exhibit 21 - ZMC Pharmacy, L.L.C. Damages Chart

| Payor | Claim Number | Payment | Payment Date | Check Number |
|---|---|---|---|---|
| Esurance Property & Casualty Insurance Company | TXA-0208354 | $21.57 | 10/2/2018 | 1000535106 |
| Allstate Property & Casualty Insurance Company | 452521222 | $250.00 | 10/8/2018 | 1286455731 |
| Allstate Insurance Company | 2880224684 | $1,442.40 | 10/17/2018 | 3602029123 |
| Allstate Property & Casualty Insurance Company | 294148622 | $1,300.00 | 10/23/2018 | 6020323361 |
| Allstate Fire & Casualty Insurance Company | 474644895 | $1,152.58 | 10/23/2018 | 6020331061 |
| Esurance Property & Casualty Insurance Company | TXA-0208354 | $27.39 | 10/31/2018 | 1000542368 |
| Allstate Insurance Company | 2880224684 | $2,163.60 | 11/15/2018 | 3602047227 |
| Allstate Fire & Casualty Insurance Company | 484017454 | $71.65 | 11/23/2018 | 6020516972 |
| Esurance Property & Casualty Insurance Company | TXA-0208354 | $27.39 | 11/26/2018 | 1000548586 |
| Allstate Property & Casualty Insurance Company | 420847329 | $850.00 | 11/28/2018 | 1519293301 |
| Allstate Insurance Company | 453333890 | $7,750.00 | 12/5/2018 | 1117425861 |
| Allstate Property & Casualty Insurance Company | 407507466 | $3,000.00 | 12/14/2018 | 1488662941 |
| Allstate Property & Casualty Insurance Company | 438952806 | $7,500.00 | 12/17/2018 | 1689352591 |
| Allstate Fire & Casualty Insurance Company | 481433976 | $1,400.00 | 12/21/2018 | 1386682521 |
| Allstate Property & Casualty Insurance Company | 294148622 | $586.66 | 12/24/2018 | 6020689961 |
| Allstate Property & Casualty Insurance Company | 422245803 | $323.78 | 12/24/2018 | 6020689981 |
| Esurance Property & Casualty Insurance Company | TXA-0208354 | $26.02 | 1/2/2019 | 1000558072 |
| Allstate Insurance Company | 469291587 | $5,155.90 | 1/7/2019 | 6020769241 |
| Allstate Insurance Company | 469291587 | $72.44 | 1/8/2019 | 6020778192 |
| Allstate Property & Casualty Insurance Company | 401124755 | $2,500.00 | 1/11/2019 | 1519583621 |
| Allstate Insurance Company | 469291587 | $5,087.36 | 1/11/2019 | 6020804401 |
| Allstate Property & Casualty Insurance Company | 294148622 | $586.66 | 1/14/2019 | 6020810661 |
| Esurance Property & Casualty Insurance Company | TXA-0216952 | $97.25 | 1/14/2019 | 1000561436 |
| Allstate Property & Casualty Insurance Company | 392475653 | $10,000.00 | 1/16/2019 | 1859018921 |
| Esurance Property & Casualty Insurance Company | TXA-0205887 | $69.69 | 1/16/2019 | 1000562243 |

Case 2:19-cv-13721-LVP-EAS ECF No. 1-22 filed 12/19/19 PageID.781 Page 16 of 19

Allstate Insurance Company, et al. v. Insured Pharmacy, LLC, et al.
Exhibit 21 - ZMC Pharmacy, L.L.C. Damages Chart

| Payor | Claim Number | Payment | Payment Date | Check Number |
|---|---|---|---|---|
| Esurance Property & Casualty Insurance Company | TXA-0205887 | $139.98 | 1/16/2019 | 1000562244 |
| Esurance Property & Casualty Insurance Company | TXA-0205887 | $86.72 | 1/17/2019 | 1000562401 |
| Esurance Property & Casualty Insurance Company | TXA-0216952 | $474.22 | 2/5/2019 | 1000566745 |
| Allstate Insurance Company | 469291587 | $161.93 | 2/7/2019 | 6020958161 |
| Allstate Property & Casualty Insurance Company | 294148622 | $615.98 | 2/8/2019 | 6020963571 |
| Esurance Property & Casualty Insurance Company | TXA-0215622 | $695.88 | 2/11/2019 | 1000567978 |
| Esurance Property & Casualty Insurance Company | TXA-0208354 | $26.02 | 2/11/2019 | 1000568067 |
| Esurance Property & Casualty Insurance Company | TXA-0221257 | $1,079.48 | 2/13/2019 | 1000568898 |
| Allstate Insurance Company | 469291587 | $4,974.34 | 2/22/2019 | 6021046031 |
| Allstate Insurance Company | 469291587 | $130,000.00 | 3/4/2019 | 1156983251 |
| Esurance Property & Casualty Insurance Company | TXA-0216952 | $305.35 | 3/5/2019 | 1000574430 |
| Allstate Property & Casualty Insurance Company | 294148622 | $615.98 | 3/15/2019 | 6021183311 |
| Allstate Insurance Company | 469291587 | $4,968.46 | 3/18/2019 | 6021189471 |
| Esurance Property & Casualty Insurance Company | TXA-0216952 | $1,141.25 | 3/19/2019 | 1000578195 |
| Allstate Insurance Company | 469291587 | $286.33 | 3/20/2019 | 6021205931 |
| Esurance Insurance Company | TXA-0061795 | $364.40 | 3/21/2019 | 1000422488 |
| Allstate Fire & Casualty Insurance Company | 430317875 | $3,000.00 | 3/25/2019 | 1659733361 |
| Allstate Property & Casualty Insurance Company | 442858791 | $1,500.00 | 3/26/2019 | 1589710341 |
| Allstate Property & Casualty Insurance Company | 294148622 | $615.98 | 4/9/2019 | 6021333571 |
| Allstate Property & Casualty Insurance Company | 478626344 | $3,000.00 | 4/11/2019 | 1118218371 |
| Allstate Insurance Company | 486659865 | $4,500.00 | 4/15/2019 | 1057473441 |
| Esurance Property & Casualty Insurance Company | TXA-0216952 | $1,141.25 | 4/19/2019 | 1000587396 |
| Allstate Property & Casualty Insurance Company | 294148622 | $12,500.00 | 4/23/2019 | 1721233731 |
| Allstate Property & Casualty Insurance Company | 447937228 | $5,700.00 | 4/23/2019 | 1420669811 |
| Esurance Property & Casualty Insurance Company | TXA-0221257 | $843.07 | 4/25/2019 | 1000589118 |
| Allstate Fire & Casualty Insurance Company | 445137169 | $300.00 | 4/30/2019 | 1659846501 |

Case 2:19-cv-13721-LVP-EAS ECF No. 1-22 filed 12/19/19 PageID.782 Page 17 of 19
Allstate Insurance Company, et al v. Insured/BLC, et al
Exhibit 21 - ZMC Pharmacy, L.L.C. Damages Chart

| Payor | Claim Number | Payment | Payment Date | Check Number |
|---|---|---|---|---|
| Allstate Insurance Company | 469291587 | $5,094.87 | 5/1/2019 | 6021462441 |
| Allstate Insurance Company | 469291587 | $102.84 | 5/1/2019 | 6021462451 |
| Allstate Fire & Casualty Insurance Company | 524704418 | $150.83 | 5/1/2019 | 6021465191 |
| Allstate Fire & Casualty Insurance Company | 524704418 | $43.47 | 5/1/2019 | 6021465201 |
| Allstate Fire & Casualty Insurance Company | 524704418 | $150.83 | 5/1/2019 | 6021465211 |
| Allstate Property & Casualty Insurance Company | 478626344 | $138.14 | 5/2/2019 | 6021473331 |
| Esurance Property & Casualty Insurance Company | TXA-0216952 | $1,141.25 | 5/7/2019 | 1000592340 |
| Esurance Property & Casualty Insurance Company | TXA-0216952 | $22.83 | 5/9/2019 | 1000593137 |
| Allstate Property & Casualty Insurance Company | 294148622 | $615.98 | 5/16/2019 | 6021542201 |
| Allstate Property & Casualty Insurance Company | 422245803 | $10,000.00 | 5/20/2019 | 1018488581 |
| Allstate Property & Casualty Insurance Company | 422245803 | $27,500.00 | 5/20/2019 | 1821229811 |
| Esurance Property & Casualty Insurance Company | TXA-0221257 | $948.41 | 5/20/2019 | 1000595848 |
| Allstate Insurance Company | 469291587 | $5,563.91 | 5/22/2019 | 6021583171 |
| Esurance Property & Casualty Insurance Company | TXA-0216952 | $1,118.42 | 5/22/2019 | 1000596567 |
| Allstate Property & Casualty Insurance Company | 467108270 | $2,680.67 | 5/28/2019 | 1357426111 |
| Allstate Fire & Casualty Insurance Company | 474644895 | $600.00 | 5/28/2019 | 1357426101 |
| Allstate Insurance Company | 469291587 | $102.84 | 5/29/2019 | 6021617231 |
| Allstate Insurance Company | 469291587 | $102.84 | 5/29/2019 | 6021617241 |
| Allstate Insurance Company | 493462923 | $1,097.15 | 6/5/2019 | 1958726771 |
| Esurance Property & Casualty Insurance Company | TXA-0216952 | $916.06 | 6/10/2019 | 1000601958 |
| Allstate Property & Casualty Insurance Company | 478626344 | $96.62 | 6/11/2019 | 6021691851 |
| Allstate Property & Casualty Insurance Company | 294148622 | $615.98 | 6/12/2019 | 6021700381 |
| Allstate Property & Casualty Insurance Company | 478626344 | $31.12 | 6/12/2019 | 6021700421 |
| Esurance Property & Casualty Insurance Company | TXA-0221257 | $9.17 | 6/18/2019 | 1000604365 |
| Allstate Property & Casualty Insurance Company | 478626344 | $29.07 | 6/20/2019 | 6021745731 |

Case 2:19-cv-13721-LVP-EAS ECF No. 1-22 filed 12/19/19 PageID.783 Page 18 of 19
Allstate Insurance Company, et al v Unsursurded/BLLC, et al
Exhibit 21 - ZMC Pharmacy, L.L.C. Damages Chart

| Payor | Claim Number | Payment | Payment Date | Check Number |
|---|---|---|---|---|
| Allstate Property & Casualty Insurance Company | 478626344 | $78.45 | 6/25/2019 | 6021771951 |
| Allstate Insurance Company | 498316066 | $8,500.00 | 6/28/2019 | 1087332331 |
| Allstate Property & Casualty Insurance Company | 294148622 | $615.98 | 7/1/2019 | 6021802301 |
| Esurance Property & Casualty Insurance Company | TXA-0221257 | $379.82 | 7/1/2019 | 1000608142 |
| Esurance Property & Casualty Insurance Company | TXA-0221257 | $472.31 | 7/1/2019 | 1000608144 |
| Allstate Property & Casualty Insurance Company | 429088362 | $2,340.78 | 7/2/2019 | 6021810431 |
| Allstate Property & Casualty Insurance Company | 476788039 | $4,600.00 | 7/2/2019 | 1489598701 |
| Allstate Property & Casualty Insurance Company | 478626344 | $223.98 | 7/2/2019 | 6021812191 |
| Allstate Property & Casualty Insurance Company | 478626344 | $96.19 | 7/19/2019 | 6021906491 |
| Allstate Property & Casualty Insurance Company | 429088362 | $2,319.85 | 7/22/2019 | 6021909531 |
| Esurance Property & Casualty Insurance Company | TXA-0216952 | $916.06 | 7/24/2019 | 1000615230 |
| Allstate Fire & Casualty Insurance Company | 484017454 | $1,500.00 | 7/25/2019 | 1890505131 |
| Esurance Property & Casualty Insurance Company | TXA-0221257 | $1,479.61 | 7/25/2019 | 1000615490 |
| Allstate Fire & Casualty Insurance Company | 497021618 | $700.00 | 7/30/2019 | 1560169291 |
| Allstate Fire & Casualty Insurance Company | 400757290 | $11,000.00 | 7/31/2019 | 1157890671 |
| Allstate Property & Casualty Insurance Company | 478626344 | $251.49 | 8/1/2019 | 6021972181 |
| Allstate Property & Casualty Insurance Company | 294148622 | $615.98 | 8/2/2019 | 6021979951 |
| Allstate Insurance Company | 487022600 | $2,000.00 | 8/5/2019 | 1258804211 |
| Allstate Insurance Company | 549328896 | $500.00 | 8/7/2019 | 1087440531 |
| Allstate Insurance Company | 2880224684 | $2,163.60 | 8/12/2019 | 7602202576 |
| Allstate Insurance Company | 2880224684 | $3,606.00 | 8/21/2019 | 4602207709 |
| Allstate Property & Casualty Insurance Company | 429088362 | $1,199.31 | 8/30/2019 | 6022134661 |
| Allstate Property & Casualty Insurance Company | 294148622 | $615.98 | 9/11/2019 | 6022196091 |
| Allstate Property & Casualty Insurance Company | 478626344 | $786.19 | 9/11/2019 | 6022192421 |
| Allstate Property & Casualty Insurance Company | 429088362 | $1,478.66 | 9/17/2019 | 6022221491 |

Case 2:19-cv-13721-LVP-EAS ECF No. 1-22 filed 12/19/19 PageID.784 Page 19 of 19
Allstate Insurance Company, et al. v. Inscribed, LLC, et al.
Exhibit 21 - ZMC Pharmacy, L.L.C. Damages Chart

| Payor | Claim Number | Payment | Payment Date | Check Number |
|---|---|---|---|---|
| Allstate Property & Casualty Insurance Company | 294148622 | $615.98 | 9/24/2019 | 6022260441 |
| Allstate Insurance Company | 516887627 | $4,000.00 | 9/24/2019 | 1520986081 |
| Allstate Insurance Company | 482419264 | $62,500.00 | 9/25/2019 | 1188656241 |
| Allstate Property & Casualty Insurance Company | 478626344 | $1,516.75 | 9/26/2019 | 6022270201 |
| Allstate Property & Casualty Insurance Company | 429088362 | $2,392.31 | 9/27/2019 | 6022279021 |
| Allstate Property & Casualty Insurance Company | 429088362 | $931.98 | 10/1/2019 | 6022293691 |
| Allstate Property & Casualty Insurance Company | 271411126 | $15,000.00 | 10/8/2019 | 1722126301 |
| Allstate Fire & Casualty Insurance Company | 482178142 | $507.45 | 10/14/2019 | 6022357481 |
| Allstate Property & Casualty Insurance Company | 478626344 | $1,731.42 | 10/24/2019 | 6022415981 |
| Allstate Property & Casualty Insurance Company | 294148622 | $615.98 | 10/28/2019 | 6022431091 |
| Allstate Fire & Casualty Insurance Company | 510832982 | $4,500.00 | 11/1/2019 | 1690947171 |
| Allstate Fire & Casualty Insurance Company | 476016084 | $2,200.00 | 11/4/2019 | 1921386741 |
| Allstate Property & Casualty Insurance Company | 429088362 | $1,985.56 | 11/11/2019 | 6022504121 |
| Allstate Fire & Casualty Insurance Company | 519159800 | $6,000.00 | 11/13/2019 | 1460325071 |
| Allstate Property & Casualty Insurance Company | 478626344 | $832.42 | 11/18/2019 | 6022540801 |

**TOTAL DAMAGES $1,195,914.39**