# EXHIBIT 22

Allstate Insurance Company, et al. v. Inscribed PLLC, et al.
**Exhibit 22 - Integra Lab Management LLC Damages Chart**

| Payor | Claim Number | Payment | Payment Date | Check Number |
|---|---|---|---|---|
| Allstate Property & Casualty Insurance Company | 333756005 | $210.48 | 11/20/2015 | 6831976631 |
| Esurance Property & Casualty Insurance Company | FLA-0192495 | $127.10 | 2/16/2016 | 1000300515 |
| Esurance Property & Casualty Insurance Company | FLA-0192495 | $189.92 | 5/25/2016 | 1000325345 |
| Allstate Fire & Casualty Insurance Company | 384483830 | $256.40 | 7/29/2016 | 6834310201 |
| Esurance Property & Casualty Insurance Company | FLA-0212863 | $256.40 | 12/2/2016 | 1000373530 |
| Allstate Insurance Company | 2901445986 | $2,282.96 | 11/20/2017 | 3601835555 |
| Allstate Insurance Company | 2901445986 | $2,282.96 | 12/29/2017 | 8601857299 |
| Allstate Property & Casualty Insurance Company | 312572399 | $2,282.96 | 1/5/2018 | 6018604742 |
| Esurance Property & Casualty Insurance Company | TXA-0198449 | $3,155.68 | 4/2/2018 | 1000492243 |
| Allstate Property & Casualty Insurance Company | 472491240 | $4,700.00 | 7/2/2018 | 1085569781 |
| Esurance Property & Casualty Insurance Company | TXA-0190098 | $11,102.71 | 7/5/2018 | 1000514650 |
| Esurance Insurance Company | FLA-0246499 | $1,633.45 | 10/29/2018 | 1000541508 |
| Esurance Insurance Company | FLA-0246499 | $3,103.90 | 10/29/2018 | 1000541514 |
| Allstate Fire & Casualty Insurance Company | 445568249 | $10,000.00 | 11/8/2018 | 1689212451 |
| Esurance Property & Casualty Insurance Company | TXA-0206478 | $3,285.90 | 12/13/2018 | 1000553438 |
| Esurance Insurance Company | FLA-0246499 | $3,285.90 | 12/21/2018 | 1000555607 |

Allstate Insurance Company, et al. v. Inscribed PLLC, et al.
Exhibit 22 - Integra Lab Management LLC Damages Chart

| Payor | Claim Number | Payment | Payment Date | Check Number |
|---|---|---|---|---|
| Allstate Property & Casualty Insurance Company | 406670604 | $2,100.00 | 1/16/2019 | 1859019871 |
| Allstate Fire & Casualty Insurance Company | 426963575 | $2,500.00 | 1/21/2019 | 1057133851 |
| Allstate Property & Casualty Insurance Company | 424201820 | $3,900.00 | 1/22/2019 | 1257632761 |
| Esurance Property & Casualty Insurance Company | TXA-0206478 | $1,388.43 | 2/21/2019 | 1000570883 |
| Allstate Property & Casualty Insurance Company | 479909185 | $9,250.00 | 4/1/2019 | 1217276231 |
| Allstate Insurance Company | 321018418 | $3,000.00 | 4/4/2019 | 1689781671 |
| Allstate Fire & Casualty Insurance Company | 453168866 | $4,000.00 | 4/24/2019 | 1317749981 |
| Allstate Fire & Casualty Insurance Company | 445568249 | $2,500.00 | 4/29/2019 | 1620702331 |
| Allstate Property & Casualty Insurance Company | 354027864 | $1,800.00 | 4/30/2019 | 1589897321 |
| Allstate Fire & Casualty Insurance Company | 420976862 | $3,800.00 | 5/6/2019 | 1420699101 |
| Allstate Property & Casualty Insurance Company | 479991118 | $1,850.00 | 5/9/2019 | 1258274821 |
| Allstate Fire & Casualty Insurance Company | 457609642 | $2,000.00 | 6/26/2019 | 1789512681 |
| Allstate Fire & Casualty Insurance Company | 498324706 | $1,086.75 | 7/3/2019 | 1620977061 |
| Allstate Property & Casualty Insurance Company | 441708294 | $1,900.00 | 7/9/2019 | 1789574281 |
| Allstate Fire & Casualty Insurance Company | 511683922 | $4,500.00 | 7/24/2019 | 1387810321 |

Allstate Insurance Company, et al. v. Inscribed PLLC, et al.
Exhibit 22 - Integra Lab Management LLC Damages Chart

| Payor | Claim Number | Payment | Payment Date | Check Number |
|---|---|---|---|---|
| Allstate Fire & Casualty Insurance Company | 427853528 | $2,250.00 | 8/7/2019 | 1860517231 |
| Allstate Fire & Casualty Insurance Company | 491502597 | $11,250.00 | 8/8/2019 | 1621341281 |
| Allstate Fire & Casualty Insurance Company | 517636361 | $850.00 | 8/27/2019 | 1959159631 |
| Allstate Property & Casualty Insurance Company | 329551336 | $1,700.00 | 9/3/2019 | 1460087321 |
| Allstate Property & Casualty Insurance Company | 439360462 | $4,500.00 | 9/9/2019 | 1690573821 |
| Esurance Property & Casualty Insurance Company | TXA-0187454 | $3,300.00 | 9/12/2019 | 100551117 |
| Allstate Fire & Casualty Insurance Company | 492554621 | $1,500.00 | 9/23/2019 | 1921234761 |
| Allstate Insurance Company | 298472747 | $750.00 | 9/25/2019 | 1690772971 |
| Allstate Fire & Casualty Insurance Company | 481916377 | $6,000.00 | 10/1/2019 | 1759829311 |
| Allstate Property & Casualty Insurance Company | 426792354 | $1,250.00 | 10/7/2019 | 1660737971 |
| Allstate Property & Casualty Insurance Company | 270911241 | $4,000.00 | 10/9/2019 | 1259105241 |
| Allstate Fire & Casualty Insurance Company | 486070451 | $3,250.00 | 10/15/2019 | 1790129781 |
| Allstate Fire & Casualty Insurance Company | 486070451 | $4,928.00 | 10/15/2019 | 1521121241 |
| Allstate Fire & Casualty Insurance Company | 497775551 | $2,000.00 | 11/15/2019 | 1891245121 |
| Allstate Fire & Casualty Insurance Company | 495885188 | $4,000.00 | 11/20/2019 | 1460350221 |

**TOTAL DAMAGES  $145,259.90**