UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALLSTATE INSURANCE COMPANY;
ALLSTATE PROPERTY AND
CASUALTY INSURANCE COMPANY;
ALLSTATE FIRE AND CASUALTY
INSURANCE COMPANY; ESURANCE
INSURANCE COMPANY; and
ESURANCE PROPERTY AND
CASUALTY INSURANCE COMPANY,

No: 19-cv-13721
Hon. Linda V. Parker

    Plaintiffs,

vs.

INSCRIBED PLLC; INTEGRATIVE
NEUROLOGY PLLC; DIAGNOSTIC
SOLUTIONS LLC; WOOK KIM, M.D.,
P.C. d/b/a FARMBROOK
INTERVENTIONAL PAIN & EMG;
DETROIT INSTITUTE OF PAIN
MUSCULOSKELETAL MEDICINE
PLLC; MICHIGAN INSTITUTE OF
MUSCULOSKELETAL MEDICINE
PLLC; ZMC PHARMACY, L.L.C.;
INTEGRA LAB MANAGEMENT
LLC; GIREESH VELUGUBANTI,
M.D.; ARVINDER DHILLON, M.D.;
BACHU ABRAHAM, M.D.; AND
JALAL ZAWAIDEH, R.PH.,

    Defendants.
_____/

**ZMC PHARMACY, L.L.C. AND JALAL ZAWAIDEH'S**
**<u>MOTION TO DISMISS</u>**
_____/

2

## INDEX OF EXHIBITS

Exhibit 1 – Affidavit of Jalal Zawaideh

Exhibit 2 – Allstate Insurance Company v OMIC LLC

Exhibit 3 – Allstate Insurance Company v Total Toxicology Labs

Exhibit 4 – Allstate Insurance Company v Utica Physical Therapy

Exhibit 5 – Opinion and Order Denying Motions to Dismiss

Exhibit 6 – Unpublished Opinions