# EXHIBIT 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALLSTATE INSURANCE COMPANY;
ALLSTATE PROPERTY AND
CASUALTY INSURANCE COMPANY;
ALLSTATE FIRE AND CASUALTY
INSURANCE COMPANY; ESURANCE
INSURANCE COMPANY; and
ESURANCE PROPERTY AND
CASUALTY INSURANCE COMPANY,

No: 19-cv-13721
Hon. Linda V. Parker

    Plaintiffs,

vs.

INSCRIBED PLLC; INTEGRATIVE
NEUROLOGY PLLC; DIAGNOSTIC
SOLUTIONS LLC; WOOK KIM, M.D.,
P.C. d/b/a FARMBROOK
INTERVENTIONAL PAIN & EMG;
DETROIT INSTITUTE OF PAIN
MUSCULOSKELETAL MEDICINE
PLLC; MICHIGAN INSTITUTE OF
MUSCULOSKELETAL MEDICINE
PLLC; ZMC PHARMACY, L.L.C.;
INTEGRA LAB MANAGEMENT
LLC; GIREESH VELUGUBANTI,
M.D.; ARVINDER DHILLON, M.D.;
BACHU ABRAHAM, M.D.; AND
JALAL ZAWAIDEH, R.PH.,

    Defendants.
_____/

**AFFIDAVIT OF JALAL ZAWAIDEH, PHARM. D., IN SUPPORT OF
ZMC PHARMACY, L.L.C. AND JALAL ZAWAIDEH'S
<u>MOTION TO DISMISS</u>**
_____/

State of Michigan      )
                       ) SS.
County of Oakland      )

Now comes Jalal Zawaideh, Pharm. D., and after being duly sworn, states the following under oath and under penalty of perjury.

1. I, Jalal Zawaideh, am an adult, and I am making this Affidavit based upon personal knowledge. I am competent to testify at trial if called upon to do so.

2. I am a licensed pharmacist and own ZMC Pharmacy, LLC ("ZMC").

3. I have reviewed the Complaint filed by the Plaintiffs ("Allstate") as well as the Exhibit 21 filed with the Complaint.

4. The Complaint states that "Exhibit 21 details payments made by Allstate to ZMC Pharmacy since 2013."

5. I have reviewed ZMC's records with respect to the payments identified in Exhibit 21.

6. Allstate and ZMC entered into settlement agreements, with attendant entry of judgment / dismissal, regarding patients comprising at least $1,094,874.45 of the "damages" identified by Allstate. A spreadsheet identifying the initials of the patients and the payment amount is appended to this Affidavit.

7. My understanding is that my attorneys have previously relayed the information in this affidavit to counsel for Allstate.

8. I also understand that my attorneys have provided copies of the

settlement agreements to counsel for Allstate, even though the agreements are already in the possession, custody or control of Allstate.

I swear under penalty of perjury that the above statements are true to the best of my knowledge, information and belief.

Further affiant sayeth not.

_____
Jalal Zawaideh, Pharm. D.

State of Michigan      )
                       ) SS.
County of Oakland      )

On the 27th day of February, 2020, before me, a notary public, personally appeared ZALAL ZAWAIDEH, who, being first duly sworn, did state that he has executed the foregoing document as his free act and deed.

_____
KIMBERLY S. HUNT
Notary Public, ~~Oakland~~ Macomb County, MI
Acting in Oakland County, MI
My commission expires: 8/8/24

KIMBERLY S. HUNT
NOTARY PUBLIC, STATE OF MI
COUNTY OF MACOMB
MY COMMISSION EXPIRES Aug 8, 2024
ACTING IN COUNTY OF OAKLAND

| Payor | Patient Name | Claim Number | Payment |
|---|---|---|---|
| Allstate Property & Casualty Insurance Company | A.E. | 271411126 | 268.67 |
| Allstate Property & Casualty Insurance Company | A.E. | 271411126 | 370.12 |
| Allstate Property & Casualty Insurance Company | A.E. | 271411126 | 59.7 |
| Allstate Property & Casualty Insurance Company | A.E. | 271411126 | 649.34 |
| Allstate Property & Casualty Insurance Company | A.E. | 271411126 | 272 |
| Allstate Property & Casualty Insurance Company | A.E. | 271411126 | 194.75 |
| Allstate Property & Casualty Insurance Company | A.E. | 271411126 | 227.72 |
| Allstate Property & Casualty Insurance Company | A.E. | 271411126 | 517.62 |
| Allstate Property & Casualty Insurance Company | A.E. | 271411126 | 2678.04 |
| Allstate Property & Casualty Insurance Company | A.E. | 271411126 | 291.48 |
| Allstate Property & Casualty Insurance Company | A.E. | 271411126 | 760.18 |
| Allstate Property & Casualty Insurance Company | A.E. | 271411126 | 4055.66 |
| Allstate Property & Casualty Insurance Company | A.E. | 271411126 | 222.38 |
| Allstate Property & Casualty Insurance Company | A.E. | 271411126 | 2975.23 |
| Allstate Property & Casualty Insurance Company | A.E. | 271411126 | 768.96 |
| Allstate Property & Casualty Insurance Company | A.E. | 271411126 | 16000 |
| Allstate Property & Casualty Insurance Company | A.E. | 271411126 | 15000 |
| Allstate Property & Casualty Insurance Company | M.T. | 288816663 | $191.55 |
| Allstate Property & Casualty Insurance Company | K.B. | 294148622 | $532.08 |
| Allstate Property & Casualty Insurance Company | K.B. | 294148622 | $532.08 |
| Allstate Property & Casualty Insurance Company | K.B. | 294148622 | $532.08 |
| Allstate Property & Casualty Insurance Company | K.B. | 294148622 | $1,360.20 |
| Allstate Property & Casualty Insurance Company | K.B. | 294148622 | $532.08 |
| Allstate Property & Casualty Insurance Company | K.B. | 294148622 | $558.72 |

| Allstate Property & Casualty Insurance Company | K.B. | 294148622 | $558.72 |
|---|---|---|---|
| Allstate Property & Casualty Insurance Company | K.B. | 294148622 | $1,596.24 |
| Allstate Property & Casualty Insurance Company | K.B. | 294148622 | $558.72 |
| Allstate Property & Casualty Insurance Company | K.B. | 294148622 | $532.08 |
| Allstate Property & Casualty Insurance Company | K.B. | 294148622 | $558.72 |
| Allstate Property & Casualty Insurance Company | K.B. | 294148622 | $1,300.00 |
| Allstate Property & Casualty Insurance Company | K.B. | 294148622 | $586.66 |
| Allstate Property & Casualty Insurance Company | K.B. | 294148622 | $586.66 |
| Allstate Property & Casualty Insurance Company | K.B. | 294148622 | $615.98 |
| Allstate Property & Casualty Insurance Company | K.B. | 294148622 | $615.98 |
| Allstate Property & Casualty Insurance Company | K.B. | 294148622 | $615.98 |
| Allstate Property & Casualty Insurance Company | K.B. | 294148622 | $12,500.00 |
| Allstate Property & Casualty Insurance Company | K.B. | 294148622 | $615.98 |
| Allstate Property & Casualty Insurance Company | K.B. | 294148622 | $615.98 |
| Allstate Property & Casualty Insurance Company | K.B. | 294148622 | $615.98 |
| Allstate Property & Casualty Insurance Company | K.B. | 294148622 | $615.98 |
| Allstate Property & Casualty Insurance Company | K.B. | 294148622 | $615.98 |
| Allstate Property & Casualty Insurance Company | K.B. | 294148622 | $615.98 |
| Allstate Property & Casualty Insurance Company | K.B. | 294148622 | $615.98 |
| Allstate Property & Casualty Insurance Company | R.B. | 308035526 | $472.50 |
| Allstate Insurance Company | D.B. | 315613919 | $17,500.00 |
| Allstate Property & Casualty Insurance Company | M.T. | 337617211 | $2,500.00 |
| Allstate Property & Casualty Insurance Company | M.T. | 337617211 | $167.06 |
| Allstate Property & Casualty Insurance Company | M.T. | 337617211 | $235.55 |

| Company | Insured | Claim # | Amount |
|---|---|---|---|
| Allstate Property & Casualty Insurance Company | M.T. | 337617211 | $1,059.96 |
| Allstate Property & Casualty Insurance Company | M.T. | 337617211 | $15,435.00 |
| Allstate Property & Casualty Insurance Company | C.M. | 392475653 | $75.69 |
| Allstate Property & Casualty Insurance Company | C.M. | 392475653 | $10,000.00 |
| Allstate Property & Casualty Insurance Company | S.C. | 392658324 | $6,000.00 |
| Allstate Fire & Casualty Insurance Company | A.L. | 400757290 | $7,500.00 |
| Allstate Fire & Casualty Insurance Company | A.L. | 400757290 | $11,000.00 |
| Allstate Property & Casualty Insurance Company | F.L. | 401124755 | $2,500.00 |
| Allstate Property & Casualty Insurance Company | H.A. | 420847329 | $850.00 |
| Allstate Property & Casualty Insurance Company | D.B. / G.W. | 422245803 | $381.22 |
| Allstate Property & Casualty Insurance Company | D.B. / G.W. | 422245803 | $1,071.01 |
| Allstate Property & Casualty Insurance Company | D.B. / G.W. | 422245803 | $998.57 |
| Allstate Property & Casualty Insurance Company | D.B. / G.W. | 422245803 | $1,053.55 |
| Allstate Property & Casualty Insurance Company | D.B. / G.W. | 422245803 | $1,728.21 |
| Allstate Property & Casualty Insurance Company | D.B. / G.W. | 422245803 | $991.90 |
| Allstate Property & Casualty Insurance Company | D.B. / G.W. | 422245803 | $998.57 |
| Allstate Property & Casualty Insurance Company | D.B. / G.W. | 422245803 | $664.07 |
| Allstate Property & Casualty Insurance Company | D.B. / G.W. | 422245803 | $957.00 |
| Allstate Property & Casualty Insurance Company | D.B. / G.W. | 422245803 | $215.36 |
| Allstate Property & Casualty Insurance Company | D.B. / G.W. | 422245803 | $323.78 |
| Allstate Property & Casualty Insurance Company | G.W. | 422245803 | $10,000.00 |
| Allstate Property & Casualty Insurance | D.B. | 422245803 | $27,500.00 |
| Allstate Property & Casualty Insurance Company | F.H. | 423766005 | $300.00 |
| Allstate Fire & Casualty Insurance Company | J.H. | 430317875 | $3,000.00 |
| Allstate Fire & Casualty Insurance Company | T.E. | 431903160 | $1,000.00 |

| | | | |
|---|---|---|---|
| Allstate Property & Casualty Insurance Company | J.L. | 436752273 | $750.00 |
| Allstate Property & Casualty Insurance Company | A.D. | 438952806 | $7,500.00 |
| Allstate Fire & Casualty Insurance Company | N.F. | 445137169 | $295.33 |
| Allstate Fire & Casualty Insurance Company | N.F. | 445137169 | $120.24 |
| Allstate Fire & Casualty Insurance Company | N.F. | 445137169 | $11.48 |
| Allstate Fire & Casualty Insurance Company | N.F. | 445137169 | $537.11 |
| Allstate Fire & Casualty Insurance Company | N.F. | 445137169 | $104.62 |
| Allstate Fire & Casualty Insurance Company | N.F. | 445137169 | $2,700.00 |
| Allstate Fire & Casualty Insurance Company | N.F. | 445137169 | $300.00 |
| Allstate Property & Casualty Insurance Company | B.L. | 447937228 | $323.04 |
| Allstate Property & Casualty Insurance Company | B.L. | 447937228 | $5,700.00 |
| Allstate Property & Casualty Insurance Company | R.M. | 452521222 | $47.77 |
| Allstate Property & Casualty Insurance Company | R.M. | 452521222 | $216.90 |
| Allstate Property & Casualty Insurance Company | R.M. | 452521222 | $54.31 |
| Allstate Property & Casualty Insurance Company | R.M. | 452521222 | $13.39 |
| Allstate Property & Casualty Insurance Company | R.M. | 452521222 | $250.00 |
| Allstate Insurance Company | E.B. | 469291587 | $11,235.03 |
| Allstate Insurance Company | E.B. | 469291587 | $25.27 |
| Allstate Insurance Company | E.B. | 469291587 | $681.88 |
| Allstate Insurance Company | E.B. | 469291587 | $8,656.69 |
| Allstate Insurance Company | E.B. | 469291587 | $7,721.29 |
| Allstate Insurance Company | E.B. | 469291587 | $7,908.91 |
| Allstate Insurance Company | E.B. | 469291587 | $456.50 |
| Allstate Insurance Company | E.B. | 469291587 | $8,163.52 |

| | | | |
|---|---|---|---|
| Allstate Insurance Company | E.B. | 469291587 | $5,155.90 |
| Allstate Insurance Company | E.B. | 469291587 | $72.44 |
| Allstate Insurance Company | E.B. | 469291587 | $5,087.36 |
| Allstate Insurance Company | E.B. | 469291587 | $161.93 |
| Allstate Insurance Company | E.B. | 469291587 | $4,974.34 |
| Allstate Insurance Company | E.B. | 469291587 | $130,000.00 |
| Allstate Insurance Company | E.B. | 469291587 | $4,968.46 |
| Allstate Insurance Company | E.B. | 469291587 | $286.33 |
| Allstate Insurance Company | E.B. | 469291587 | $5,094.87 |
| Allstate Insurance Company | E.B. | 469291587 | $102.84 |
| Allstate Insurance Company | E.B. | 469291587 | $5,563.91 |
| Allstate Insurance Company | E.B. | 469291587 | $102.84 |
| Allstate Insurance Company | E.B. | 469291587 | $102.84 |
| Allstate Insurance Company | W.J. | 475842043 | $1,351.38 |
| Allstate Property & Casualty Insurance Company | J.A. | 476788039 | $4,600.00 |
| Allstate Property & Casualty Insurance Company | M.D. | 478626344 | $3,000.00 |
| Allstate Property & Casualty Insurance Company | M.D. | 478626344 | $138.14 |
| Allstate Property & Casualty Insurance Company | M.D. | 478626344 | $96.62 |
| Allstate Property & Casualty Insurance Company | M.D. | 478626344 | $31.12 |
| Allstate Property & Casualty Insurance Company | M.D. | 478626344 | $29.07 |
| Allstate Property & Casualty Insurance Company | M.D. | 478626344 | $78.45 |
| Allstate Property & Casualty Insurance Company | M.D. | 478626344 | $223.98 |
| Allstate Property & Casualty Insurance Company | M.D. | 478626344 | $96.19 |
| Allstate Property & Casualty Insurance Company | M.D. | 478626344 | $251.49 |
| Allstate Property & Casualty Insurance Company | M.D. | 478626344 | $786.19 |
| Allstate Property & Casualty Insurance Company | M.D. | 478626344 | $1,516.75 |

| | | | |
|---|---|---|---|
| Allstate Property & Casualty Insurance Company | M.D. | 478626344 | $1,731.42 |
| Allstate Property & Casualty Insurance Company | M.D. | 478626344 | $832.42 |
| Allstate Fire & Casualty Insurance Company | R.D. | 481433976 | $1,400.00 |
| Allstate Fire & Casualty Insurance Company | P.P. | 482178142 | $507.45 |
| Allstate Insurance Company | E.M. | 482419264 | $62,500.00 |
| Allstate Fire & Casualty Insurance Company | T.B. | 484017454 | $71.65 |
| Allstate Fire & Casualty Insurance Company | T.B. | 484017454 | $1,500.00 |
| Allstate Insurance Company | J.W. | 487022600 | $2,000.00 |
| Allstate Fire & Casualty Insurance Company | D.F. | 497021618 | $700.00 |
| Allstate Fire & Casualty Insurance Company | A.S. | 510832982 | $4,500.00 |
| Allstate Insurance Company | B.S. | 516887627 | $4,000.00 |
| Allstate Insurance Company | E.B. | 1895590402 | $4,421.58 |
| Allstate Insurance Company | E.B. | 1895590402 | $2,672.89 |
| Allstate Insurance Company | E.B. | 1895590402 | $20,911.38 |
| Allstate Insurance Company | E.B. | 1895590402 | $761.99 |
| Allstate Insurance Company | E.B. | 1895590402 | $43.82 |
| Allstate Insurance Company | E.B. | 1895590402 | $62.42 |
| Allstate Insurance Company | E.B. | 1895590402 | $1,454.77 |
| Allstate Insurance Company | E.B. | 1895590402 | $21.04 |
| Allstate Insurance Company | E.B. | 1895590402 | $938.02 |
| Allstate Insurance Company | E.B. | 1895590402 | $12.34 |
| Allstate Insurance Company | E.B. | 1895590402 | $2,576.80 |
| Allstate Insurance Company | E.B. | 1895590402 | $25.42 |
| Allstate Insurance Company | E.B. | 1895590402 | $4,127.26 |
| Allstate Insurance Company | E.B. | 1895590402 | $5,009.00 |

| Allstate Insurance Company | E.B. | 1895590402 | $7,083.42 |
|---|---|---|---|
| Allstate Insurance Company | E.B. | 1895590402 | $183.97 |
| Allstate Insurance Company | E.B. | 1895590402 | $8,113.78 |
| Allstate Insurance Company | E.B. | 1895590402 | $210.74 |
| Allstate Insurance Company | E.B. | 1895590402 | $2,896.54 |
| Allstate Insurance Company | E.B. | 1895590402 | $75.23 |
| Allstate Insurance Company | E.B. | 1895590402 | $3,332.22 |
| Allstate Insurance Company | E.B. | 1895590402 | $86.55 |
| Allstate Insurance Company | E.B. | 1895590402 | $4,905.18 |
| Allstate Insurance Company | E.B. | 1895590402 | $127.40 |
| Allstate Insurance Company | E.B. | 1895590402 | $1,808.48 |
| Allstate Insurance Company | E.B. | 1895590402 | $3,700.48 |
| Allstate Insurance Company | E.B. | 1895590402 | $96.11 |
| Allstate Insurance Company | E.B. | 1895590402 | $1,150.54 |
| Allstate Insurance Company | E.B. | 1895590402 | $2,803.97 |
| Allstate Insurance Company | E.B. | 1895590402 | $1,001.11 |
| Allstate Insurance Company | E.B. | 1895590402 | $297.09 |
| Allstate Insurance Company | E.B. | 1895590402 | $185.50 |
| Allstate Insurance Company | E.B. | 1895590402 | $22.73 |
| Allstate Insurance Company | E.B. | 1895590402 | $38.42 |
| Allstate Insurance Company | E.B. | 1895590402 | $5,639.74 |
| Allstate Insurance Company | E.B. | 1895590402 | $5,305.00 |
| Allstate Insurance Company | E.B. | 1895590402 | $38.42 |
| Allstate Insurance Company | E.B. | 1895590402 | $514.60 |
| Allstate Insurance Company | E.B. | 1895590402 | $6,293.20 |
| Allstate Insurance Company | E.B. | 1895590402 | $3,875.07 |

| | | | |
|---|---|---|---|
| Allstate Insurance Company | E.B. | 1895590402 | $1,937.11 |
| Allstate Insurance Company | E.B. | 1895590402 | $5,529.50 |
| Allstate Insurance Company | E.B. | 1895590402 | $4,189.30 |
| Allstate Insurance Company | E.B. | 1895590402 | $293.14 |
| Allstate Insurance Company | E.B. | 1895590402 | $5,191.01 |
| Allstate Insurance Company | E.B. | 1895590402 | $342.59 |
| Allstate Insurance Company | E.B. | 1895590402 | $131.61 |
| Allstate Insurance Company | E.B. | 1895590402 | $5,505.72 |
| Allstate Insurance Company | E.B. | 1895590402 | $73.76 |
| Allstate Insurance Company | E.B. | 1895590402 | $2,056.33 |
| Allstate Insurance Company | E.B. | 1895590402 | $14,248.90 |
| Allstate Insurance Company | E.B. | 1895590402 | $7,037.27 |
| Allstate Insurance Company | E.B. | 1895590402 | $5,446.32 |
| Allstate Insurance Company | E.B. | 1895590402 | $5,460.81 |
| Allstate Insurance Company | E.B. | 1895590402 | $335.22 |
| Allstate Insurance Company | E.B. | 1895590402 | $7,253.05 |
| Allstate Insurance Company | E.B. | 1895590402 | $134.34 |
| Allstate Insurance Company | E.B. | 1895590402 | $13,830.50 |
| Allstate Insurance Company | E.B. | 1895590402 | $296.92 |
| Allstate Insurance Company | E.B. | 1895590402 | $115.73 |
| Allstate Insurance Company | E.B. | 1895590402 | $13,802.85 |
| Allstate Insurance Company | E.B. | 1895590402 | $1,694.86 |
| Allstate Insurance Company | E.B. | 1895590402 | $9,009.75 |
| Allstate Insurance Company | E.B. | 1895590402 | $4,891.96 |
| Allstate Insurance Company | E.B. | 1895590402 | $329.48 |
| Allstate Insurance Company | E.B. | 1895590402 | $12,777.26 |
| Allstate Insurance Company | E.B. | 1895590402 | $412.56 |
| Allstate Insurance Company | E.B. | 1895590402 | $3,846.22 |
| Allstate Insurance Company | E.B. | 1895590402 | $6,821.81 |
| Allstate Insurance Company | E.B. | 1895590402 | $5,484.40 |
| Allstate Insurance Company | E.B. | 1895590402 | $16,163.09 |
| Allstate Insurance Company | E.B. | 1895590402 | $1,543.28 |
| Allstate Insurance Company | E.B. | 1895590402 | $701.81 |

| Allstate Insurance Company | E.B. | 1895590402 | $20,429.99 |
| --- | --- | --- | --- |
| Allstate Insurance Company | E.B. | 1895590402 | $5,484.40 |
| Allstate Insurance Company | E.B. | 1895590402 | $9,794.81 |
| Allstate Insurance Company | E.B. | 1895590402 | $462.70 |
| Allstate Insurance Company | E.B. | 1895590402 | $10,417.70 |
| Allstate Insurance Company | E.B. | 1895590402 | $44.39 |
| Allstate Insurance Company | E.B. | 1895590402 | $10,389.29 |
| Allstate Insurance Company | E.B. | 1895590402 | $7,192.88 |
| Allstate Insurance Company | E.B. | 1895590402 | $10,020.33 |
| Allstate Insurance Company | E.B. | 1895590402 | $17,882.44 |
| Allstate Insurance Company | E.B. | 1895590402 | $13,841.23 |
| Allstate Insurance Company | E.B. | 1895590402 | $45.89 |
| Allstate Insurance Company | E.B. | 1895590402 | $2,453.26 |
| Allstate Insurance Company | E.B. | 1895590402 | $1,010.03 |
| Allstate Insurance Company | E.B. | 1895590402 | $328.52 |
| Allstate Insurance Company | E.B. | 1895590402 | $17,336.17 |
| Allstate Insurance Company | E.B. | 1895590402 | $148.25 |
| Allstate Insurance Company | E.B. | 1895590402 | $1,267.15 |
| Allstate Insurance Company | E.B. | 1895590402 | $2,065.47 |
| Allstate Insurance Company | E.B. | 1895590402 | $2,601.03 |
| Allstate Insurance Company | E.B. | 1895590402 | $1,263.14 |
| Allstate Insurance Company | E.B. | 1895590402 | $1,833.10 |
| Allstate Insurance Company | E.B. | 1895590402 | $2,746.71 |
| Allstate Insurance Company | E.B. | 1895590402 | $2,368.31 |
| Allstate Insurance Company | E.B. | 1895590402 | $328.52 |
| Allstate Insurance Company | E.B. | 1895590402 | $196.94 |
| Allstate Insurance Company | E.B. | 1895590402 | $15,275.09 |
| Allstate Insurance Company | E.B. | 1895590402 | $602.63 |

| Allstate Insurance Company | E.B. | 1895590402 | $11,605.11 |
|---|---|---|---|
| Allstate Insurance Company | E.B. | 1895590402 | $362.46 |
| Allstate Insurance Company | E.B. | 1895590402 | $12,356.00 |
| Allstate Insurance Company | E.B. | 1895590402 | $300.61 |
| Allstate Insurance Company | E.B. | 1895590402 | $13,022.30 |
| Allstate Insurance Company | E.B. | 1895590402 | $328.52 |
| Allstate Insurance Company | E.B. | 1895590402 | $328.52 |
| Allstate Insurance Company | E.B. | 1895590402 | $9,284.47 |
| Allstate Insurance Company | E.B. | 1895590402 | $328.52 |
| Allstate Insurance Company | E.B. | 1895590402 | $8,705.05 |
| Allstate Insurance Company | E.B. | 1895590402 | $2,356.80 |
| Allstate Insurance Company | E.B. | 1895590402 | $1,038.45 |
| Allstate Insurance Company | E.B. | 1895590402 | $1,346.37 |
| Allstate Insurance Company | E.B. | 1895590402 | $43.88 |
| Allstate Insurance Company | E.B. | 1895590402 | $17,665.90 |
| Allstate Insurance Company | E.B. | 1895590402 | $486.86 |
| Allstate Insurance Company | E.B. | 1895590402 | $351.22 |
| Allstate Insurance Company | E.B. | 1895590402 | $1,838.05 |
| Allstate Insurance Company | E.B. | 1895590402 | $16,294.79 |
| Allstate Insurance Company | E.B. | 1895590402 | $173.48 |
| Allstate Insurance Company | E.B. | 1895590402 | $119.71 |
| Allstate Insurance Company | E.B. | 1895590402 | $2,640.42 |
| Allstate Insurance Company | E.B. | 1895590402 | $2,165.28 |
| Allstate Insurance Company | E.B. | 1895590402 | $2,636.74 |
| Allstate Insurance Company | E.B. | 1895590402 | $2,099.99 |

| | | | |
|---|---|---|---|
| Allstate Insurance Company | E.B. | 1895590402 | $24.00 |
| Allstate Insurance Company | E.B. | 1895590402 | $2,359.50 |
| Allstate Insurance Company | E.B. | 1895590402 | $180.79 |
| Allstate Insurance Company | E.B. | 1895590402 | $40.70 |
| Allstate Insurance Company | E.B. | 1895590402 | $133.73 |
| Allstate Insurance Company | E.B. | 1895590402 | $2,197.94 |
| Allstate Insurance Company | E.B. | 1895590402 | $4,684.86 |
| Allstate Insurance Company | E.B. | 1895590402 | $4,460.57 |
| Allstate Insurance Company | E.B. | 1895590402 | $125.40 |
| Allstate Insurance Company | J.P. | 2880224684 | $1,389.60 |
| Allstate Insurance Company | J.P. | 2880224684 | $2,084.40 |
| Allstate Insurance Company | J.P. | 2880224684 | $1,394.40 |
| Allstate Insurance Company | J.P. | 2880224684 | $1,442.40 |
| Allstate Insurance Company | J.P. | 2880224684 | $2,163.60 |
| Allstate Insurance Company | J.P. | 2880224684 | $2,163.60 |
| Allstate Insurance Company | J.P. | 2880224684 | $3,606.00 |
| Esurance Property & Casualty Insurance Company | S.C. | TXA-0139823 | $170.67 |
| Esurance Property & Casualty Insurance Company | S.C. | TXA-0139823 | $170.67 |
| Esurance Property & Casualty Insurance Company | R.C. | TXA-0151609 | $50.86 |
| Esurance Insurance Company | R.C. | TXA-0151609 | $149.29 |
| Esurance Insurance Company | R.C. | TXA-0151609 | $149.29 |
| Esurance Insurance Company | R.C. | TXA-0151609 | $477.26 |
| Esurance Insurance Company | T.H. | TXA-0156776 | $424.80 |
| Esurance Insurance Company | T.H. | TXA-0156776 | $281.20 |
| Esurance Insurance Company | T.H. | TXA-0156776 | $281.20 |
| Esurance Insurance Company | T.H. | TXA-0156776 | $237.72 |
| Esurance Property & Casualty Insurance Company | I.S. | TXA-0167757 | $88.49 |

| Esurance Property & Casualty Insurance | I.S. | TXA-0167757 | $209.87 |
|---|---|---|---|
| Esurance Property & Casualty Insurance Company | I.S. | TXA-0167757 | $70.27 |
| Esurance Property & Casualty Insurance | A.D. | TXA-0171448 | $423.48 |
| Esurance Property & Casualty Insurance | A.D. | TXA-0171448 | $105.70 |
| Esurance Property & Casualty Insurance Company | A.D. | TXA-0171448 | $430.76 |
| Esurance Property & Casualty Insurance Company | A.D. | TXA-0171448 | $330.97 |
| Esurance Property & Casualty Insurance Company | A.D. | TXA-0171448 | $797.16 |
| Esurance Property & Casualty Insurance Company | A.D. | TXA-0171448 | $1,044.98 |
| Esurance Property & Casualty Insurance | A.D. | TXA-0171448 | $9.37 |
| Esurance Property & Casualty Insurance Company | A.D. | TXA-0171448 | $44.00 |
| Esurance Property & Casualty Insurance Company | A.D. | TXA-0171448 | $677.83 |
| Esurance Property & Casualty Insurance Company | A.D. | TXA-0171448 | $272.91 |
| Esurance Property & Casualty Insurance Company | A.D. | TXA-0171448 | $363.01 |
| Esurance Property & Casualty Insurance Company | A.D. | TXA-0171448 | $3,246.01 |
| Esurance Property & Casualty Insurance Company | A.D. | TXA-0171448 | $1,385.54 |
| Esurance Property & Casualty Insurance | A.D. | TXA-0171448 | $547.33 |
| Esurance Property & Casualty Insurance | A.D. | TXA-0171448 | $505.96 |
| Esurance Property & Casualty Insurance Company | A.D. | TXA-0171448 | $465.62 |
| Esurance Property & Casualty Insurance Company | A.D. | TXA-0171448 | $465.62 |
| Esurance Property & Casualty Insurance Company | A.D. | TXA-0171448 | $1,183.79 |
| Esurance Property & Casualty Insurance Company | C.R. | TXA-0177029 | $20.75 |
| Esurance Property & Casualty Insurance Company | C.R. | TXA-0177029 | $65.49 |
| Esurance Property & Casualty Insurance Company | C.R. | TXA-0177029 | $590.28 |
| Esurance Property & Casualty Insurance | S.C. | TXA-0182027 | $398.16 |
| Esurance Property & Casualty Insurance | S.C. | TXA-0182027 | $557.13 |
| Esurance Property & Casualty Insurance | S.C. | TXA-0182027 | $1,066.69 |
| Esurance Property & Casualty Insurance Company | S.C. | TXA-0182027 | $509.27 |
| Esurance Property & Casualty Insurance Company | A.A. | TXA-0183768 | $440.00 |
| Esurance Property & Casualty Insurance Company | L.M. | TXA-0193183 | $60.00 |

| | | | |
|---|---|---|---|
| Esurance Property & Casualty Insurance Company | H.V. | TXA-0202490 | $180.37 |
| Esurance Property & Casualty Insurance | H.V. | TXA-0202490 | $150.71 |
| Esurance Property & Casualty Insurance Company | H.V. | TXA-0202490 | $31.05 |
| Esurance Property & Casualty Insurance Company | H.V. | TXA-0202490 | $47.77 |
| Esurance Property & Casualty Insurance Company | J.W. | TXA-0205887 | $424.00 |
| Esurance Property & Casualty Insurance Company | J.W. | TXA-0205887 | $69.69 |
| Esurance Property & Casualty Insurance Company | J.W. | TXA-0205887 | $139.98 |
| Esurance Property & Casualty Insurance Company | J.W. | TXA-0205887 | $86.72 |
| Esurance Property & Casualty Insurance Company | M.R. | WIS-0083913 | $50.96 |
| Esurance Property & Casualty Insurance Company | M.R. | WIS-0083913 | $907.20 |
| Esurance Property & Casualty Insurance Company | M.R. | WIS-0083913 | $347.60 |
| Esurance Property & Casualty Insurance Company | M.R. | WIS-0083913 | $907.20 |
| Esurance Property & Casualty Insurance Company | M.R. | WIS-0083913 | $347.60 |
| Esurance Property & Casualty Insurance Company | M.R. | WIS-0083913 | $45.86 |
| Esurance Property & Casualty Insurance Company | M.R. | WIS-0083913 | $68.70 |
| Esurance Property & Casualty Insurance Company | M.R. | WIS-0083913 | $68.70 |

$ 1,094,874.45