UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Allstate Insurance Company, et. al.

Plaintiff(s),

Case No. 2:19-cv-13721

v.

Judge Linda V. Parker

Inscribed, PLLC, et al.

Magistrate Judge

Defendant(s).
_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, Detroit Institute of Pain Musculoskeletal Medicine, PLLC
[Name of Party]

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☐    No ☑

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name: _____
   Relationship with Named Party: _____

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☐    No ☑

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name: _____
   Nature of Financial Interest: _____

Date: 2/28/20

Signature: [signed]

Bar No.: P30655

Street Address: 25899 West Twelve Mile, Ste. 200

City, State, Zip Code: Southfield, MI 48034

Telephone Number: (248) 356-3300

Primary Email Address: lawrence@falzonlaw.com