UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ALLSTATE INSURANCE COMPANY et al

              Plaintiff(s),

v.

INSCRIBED PLLC et al

              Defendant(s).
_____/

Case No. 19-cv-13721

Judge Linda V. Parker

Magistrate Judge

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, __Farmbrook Interventional Pain & EMG__

makes the following disclosure:  *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes [ ]    No [✔]

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name:
   Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes [ ]    No [✔]

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name:
   Nature of Financial Interest:

Date: February 28, 2020

/s/Peter W. Joelson

P51468
Joelson Rosenberg, PLC
30665 Northwestern Hwy.
Suite 200
Farmington Hills, MI 48334
248-626-9966
pwj@jrlawplc.com