UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ALLSTATE INSURANCE COMPANY; ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY; ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY; ESURANCE INSURANCE COMPANY; and ESURANCE PROPERTY AND CASUALTY INSURANCE COMPANY,

          Plaintiffs,

v.

INSCRIBED PLLC; INTEGRATIVE NEUROLOGY PLLC; DIAGNOSTIC SOLUTIONS LLC; WOOK KIM, M.D., P.C. d/b/a FARMBROOK INTERVENTIONAL PAIN & EMG; DETROIT INSTITUTE OF PAIN MUSCULOSKELETAL MEDICINE PLLC; MICHIGAN INSTITUTE OF MUSCULOSKELETAL MEDICINE PLLC; ZMC PHARMACY, L.L.C.; INTEGRA LAB MANAGEMENT LLC; GIREESH VELUGUBANTI, M.D.; ARVINDER DHILLON, M.D.; BACHU ABRAHAM, M.D.; and JALAL ZAWAIDEH, R.PH.,

          Defendants.

Case No. 19-cv-13721

## STIPULATION TO ALLOW EXCESS PAGES OF PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS FILED BY DEFENDANTS ZMC PHARMACY, L.L.C. AND JALAL ZAWAIDEH, R.PH.

Plaintiffs Allstate Insurance Company, Allstate Property and Casualty Insurance Company, Allstate Fire and Casualty Insurance Company, Esurance Insurance Company, and Esurance Property and Casualty Insurance Company (hereinafter, "Allstate" and/or "plaintiffs") and defendants ZMC Pharmacy, L.L.C. ("ZMC Pharmacy") and Jalal Zawaideh, R.Ph. ("Zawaideh") (hereinafter collectively referred to as the "defendants"), by and through their undersigned counsel, hereby stipulate that Allstate shall be allowed five (5) additional pages to submit its opposition to the Motion to Dismiss filed by ZMC Pharmacy and Zawaideh. *See* Docket No. 38.

In support thereof, the parties state as follows:

1. To respond to the defendants' numerous arguments, Allstate respectfully requested a modest five (5) additional pages for its opposition brief.

2. The defendants agreed to allow Allstate five (5) additional pages to file a thirty (30) page opposition to the defendants' motion to dismiss.

[SIGNATURE PAGE FOLLOWS]

STIPULATED AND AGREED TO THIS 19th DAY OF MARCH, 2020

| | |
|---|---|
| Respectfully Submitted,<br><br>*Allstate Insurance Company, Allstate Property and Casualty Insurance Company, Allstate Fire and Casualty Insurance Company, Esurance Insurance Company, and Esurance Property and Casualty Insurance Company,*<br><br>By their Attorneys,<br><br> */s/ Jacquelyn A. McEttrick*<br>_____<br>Richard D. King, Jr.<br>Nathan A. Tilden (P76969)<br>Jacquelyn A. McEttrick<br>John D. Tertan<br>SMITH & BRINK<br>38777 Six Mile Road, Suite 314<br>Livonia, MI 48152<br><br>350 Granite St., Suite 2303<br>Braintree, MA 02184<br>(617) 770-2214 | *ZMC Pharmacy, L.L.C. and Jalal Zawaideh, R.Ph.,*<br><br><br><br><br><br>By their Attorneys,<br><br>*/s/ Darryl Bressack*<br>_____<br>Darryl Bressack (P28235)<br>David H. Fink (P28235)<br>John L. Mack (P80710)<br>FINK BRESSACK<br>38500 WOODWARD AVE., SUITE 350<br>BLOOMFIELD HILLS, MI 48304<br>(248) 971-2500 |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY; ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY; ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY; ESURANCE INSURANCE COMPANY; and ESURANCE PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>INSCRIBED PLLC; INTEGRATIVE NEUROLOGY PLLC; DIAGNOSTIC SOLUTIONS LLC; WOOK KIM, M.D., P.C. d/b/a FARMBROOK INTERVENTIONAL PAIN & EMG; DETROIT INSTITUTE OF PAIN MUSCULOSKELETAL MEDICINE PLLC; MICHIGAN INSTITUTE OF MUSCULOSKELETAL MEDICINE PLLC; ZMC PHARMACY, L.L.C.; INTEGRA LAB MANAGEMENT LLC; GIREESH VELUGUBANTI, M.D.; ARVINDER DHILLON, M.D.; BACHU ABRAHAM, M.D.; and JALAL ZAWAIDEH, R.PH.,<br><br>　　　　　Defendants. | Case No. 19-cv-13721 |

## **ORDER ALLOWING EXCESS PAGES**

4

This matter having come before the Court upon Stipulation of plaintiffs Allstate Insurance Company, Allstate Property and Casualty Insurance Company, Allstate Fire and Casualty Insurance Company, Esurance Insurance Company, and Esurance Property and Casualty Insurance Company (hereinafter, "Allstate") and defendants ZMC Pharmacy, L.L.C. and Jalal Zawaideh, R.Ph. (hereinafter, "defendants"), and the Court being otherwise fully advised in the premises:

**IT IS ORDERED** that Allstate is allowed five (5) additional pages and may file an opposition to defendants' motion to dismiss filed at Docket No. 38 not to exceed thirty (30) total pages.

**IT IS SO ORDERED.**

Dated: March 19, 2020

s/Linda V. Parker
HON. LINDA V. PARKER
United States District Judge