# EXHIBIT 1

Spreadsheet of settled claims, with a column identifying the tab number which correlate with the settlement and dismissal documents submitted under seal.

|   | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | **Payor** | **Patient Name** | **Claim Number** | **Payment** | **Exhibit Tab No.** |
| 2 | Allstate Property & Casualty Insurance Company | A.E. | 271411126 | 268.67 | 1 |
| 3 | Allstate Property & Casualty Insurance Company | A.E. | 271411126 | 370.12 | 1 |
| 4 | Allstate Property & Casualty Insurance Company | A.E. | 271411126 | 59.7 | 1 |
| 5 | Allstate Property & Casualty Insurance Company | A.E. | 271411126 | 649.34 | 1 |
| 6 | Allstate Property & Casualty Insurance Company | A.E. | 271411126 | 272 | 1 |
| 7 | Allstate Property & Casualty Insurance Company | A.E. | 271411126 | 194.75 | 1 |
| 8 | Allstate Property & Casualty Insurance Company | A.E. | 271411126 | 227.72 | 1 |
| 9 | Allstate Property & Casualty Insurance Company | A.E. | 271411126 | 517.62 | 1 |
| 10 | Allstate Property & Casualty Insurance Company | A.E. | 271411126 | 2678.04 | 1 |
| 11 | Allstate Property & Casualty Insurance Company | A.E. | 271411126 | 291.48 | 1 |
| 12 | Allstate Property & Casualty Insurance Company | A.E. | 271411126 | 760.18 | 1 |
| 13 | Allstate Property & Casualty Insurance Company | A.E. | 271411126 | 4055.66 | 1 |
| 14 | Allstate Property & Casualty Insurance Company | A.E. | 271411126 | 222.38 | 1 |
| 15 | Allstate Property & Casualty Insurance Company | A.E. | 271411126 | 2975.23 | 1 |
| 16 | Allstate Property & Casualty Insurance Company | A.E. | 271411126 | 768.96 | 1 |
| 17 | Allstate Property & Casualty Insurance Company | A.E. | 271411126 | 16000 | 1 |
| 18 | Allstate Property & Casualty Insurance Company | A.E. | 271411126 | 15000 | 1 |
| 19 | Allstate Property & Casualty Insurance Company | M.T. | 288816663 | $191.55 | 2 |
| 20 | Allstate Property & Casualty Insurance Company | M.T. | 337617211 | $2,500.00 | 2 |
| 21 | Allstate Property & Casualty Insurance Company | M.T. | 337617211 | $167.06 | 2 |
| 22 | Allstate Property & Casualty Insurance Company | M.T. | 337617211 | $235.55 | 2 |
| 23 | Allstate Property & Casualty Insurance Company | M.T. | 337617211 | $1,059.96 | 2 |
| 24 | Allstate Property & Casualty Insurance Company | M.T. | 337617211 | $15,435.00 | 2 |
| 25 | Allstate Property & Casualty Insurance Company | K.B. | 294148622 | $532.08 | 3 |

|    | A | B | C | D | E |
|----|---|---|---|---|---|
| 26 | Allstate Property & Casualty Insurance Company | K.B. | 294148622 | $532.08 | 3 |
| 27 | Allstate Property & Casualty Insurance Company | K.B. | 294148622 | $532.08 | 3 |
| 28 | Allstate Property & Casualty Insurance Company | K.B. | 294148622 | $1,360.20 | 3 |
| 29 | Allstate Property & Casualty Insurance Company | K.B. | 294148622 | $532.08 | 3 |
| 30 | Allstate Property & Casualty Insurance Company | K.B. | 294148622 | $558.72 | 3 |
| 31 | Allstate Property & Casualty Insurance Company | K.B. | 294148622 | $558.72 | 3 |
| 32 | Allstate Property & Casualty Insurance Company | K.B. | 294148622 | $1,596.24 | 3 |
| 33 | Allstate Property & Casualty Insurance Company | K.B. | 294148622 | $558.72 | 3 |
| 34 | Allstate Property & Casualty Insurance Company | K.B. | 294148622 | $532.08 | 3 |
| 35 | Allstate Property & Casualty Insurance Company | K.B. | 294148622 | $558.72 | 3 |
| 36 | Allstate Property & Casualty Insurance Company | K.B. | 294148622 | $1,300.00 | 3 |
| 37 | Allstate Property & Casualty Insurance Company | K.B. | 294148622 | $586.66 | 3 |
| 38 | Allstate Property & Casualty Insurance Company | K.B. | 294148622 | $586.66 | 3 |
| 39 | Allstate Property & Casualty Insurance Company | K.B. | 294148622 | $615.98 | 3 |
| 40 | Allstate Property & Casualty Insurance Company | K.B. | 294148622 | $615.98 | 3 |
| 41 | Allstate Property & Casualty Insurance Company | K.B. | 294148622 | $615.98 | 3 |
| 42 | Allstate Property & Casualty Insurance Company | K.B. | 294148622 | $12,500.00 | 3 |
| 43 | Allstate Property & Casualty Insurance Company | K.B. | 294148622 | $615.98 | 3 |
| 44 | Allstate Property & Casualty Insurance Company | K.B. | 294148622 | $615.98 | 3 |
| 45 | Allstate Property & Casualty Insurance Company | K.B. | 294148622 | $615.98 | 3 |
| 46 | Allstate Property & Casualty Insurance Company | K.B. | 294148622 | $615.98 | 3 |
| 47 | Allstate Property & Casualty Insurance Company | K.B. | 294148622 | $615.98 | 3 |
| 48 | Allstate Property & Casualty Insurance Company | K.B. | 294148622 | $615.98 | 3 |
| 49 | Allstate Property & Casualty Insurance Company | K.B. | 294148622 | $615.98 | 3 |
| 50 | Allstate Property & Casualty Insurance Company | R.B. | 308035526 | $472.50 | 4 |

|    | A | B | C | D | E |
|----|---|---|---|---|---|
| 51 | Allstate Insurance Company | D.B. | 315613919 | $17,500.00 | 5 |
| 52 | Allstate Property & Casualty Insurance Company | C.M. | 392475653 | $75.69 | 6 |
| 53 | Allstate Property & Casualty Insurance Company | C.M. | 392475653 | $10,000.00 | 6 |
| 54 | Allstate Property & Casualty Insurance Company | S.C. | 392658324 | $6,000.00 | 7 |
| 55 | Allstate Fire & Casualty Insurance Company | A.L. | 400757290 | $7,500.00 | 8 |
| 56 | Allstate Fire & Casualty Insurance Company | A.L. | 400757290 | $11,000.00 | 8 |
| 57 | Allstate Property & Casualty Insurance Company | F.L. | 401124755 | $2,500.00 | 9 |
| 58 | Allstate Property & Casualty Insurance Company | H.A. | 420847329 | $850.00 | 10 |
| 59 | Allstate Property & Casualty Insurance Company | D.B. / G.W. | 422245803 | $381.22 | 11 |
| 60 | Allstate Property & Casualty Insurance Company | D.B. / G.W. | 422245803 | $1,071.01 | 11 |
| 61 | Allstate Property & Casualty Insurance Company | D.B. / G.W. | 422245803 | $998.57 | 11 |
| 62 | Allstate Property & Casualty Insurance Company | D.B. / G.W. | 422245803 | $1,053.55 | 11 |
| 63 | Allstate Property & Casualty Insurance Company | D.B. / G.W. | 422245803 | $1,728.21 | 11 |
| 64 | Allstate Property & Casualty Insurance Company | D.B. / G.W. | 422245803 | $991.90 | 11 |
| 65 | Allstate Property & Casualty Insurance Company | D.B. / G.W. | 422245803 | $998.57 | 11 |
| 66 | Allstate Property & Casualty Insurance Company | D.B. / G.W. | 422245803 | $664.07 | 11 |
| 67 | Allstate Property & Casualty Insurance Company | D.B. / G.W. | 422245803 | $957.00 | 11 |
| 68 | Allstate Property & Casualty Insurance Company | D.B. / G.W. | 422245803 | $215.36 | 11 |
| 69 | Allstate Property & Casualty Insurance Company | D.B. / G.W. | 422245803 | $323.78 | 11 |
| 70 | Allstate Property & Casualty Insurance Company | D.B. | 422245803 | $10,000.00 | 11 |
| 71 | Allstate Property & Casualty Insurance | D.B. | 422245803 | $27,500.00 | 11 |
| 72 | Allstate Property & Casualty Insurance Company | F.H. | 423766005 | $300.00 | 12 |
| 73 | Allstate Fire & Casualty Insurance Company | J.H. | 430317875 | $3,000.00 | 13 |
| 74 | Allstate Fire & Casualty Insurance Company | T.E. | 431903160 | $1,000.00 | 14 |
| 75 | Allstate Property & Casualty Insurance Company | J.L. | 436752273 | $750.00 | 15 |

|     | A | B | C | D | E |
|---|---|---|---|---|---|
| 76 | Allstate Property & Casualty Insurance Company | A.D. | 438952806 | $7,500.00 | 16 |
| 77 | Allstate Fire & Casualty Insurance Company | N.F. | 445137169 | $295.33 | 17 |
| 78 | Allstate Fire & Casualty Insurance Company | N.F. | 445137169 | $120.24 | 17 |
| 79 | Allstate Fire & Casualty Insurance Company | N.F. | 445137169 | $11.48 | 17 |
| 80 | Allstate Fire & Casualty Insurance Company | N.F. | 445137169 | $537.11 | 17 |
| 81 | Allstate Fire & Casualty Insurance Company | N.F. | 445137169 | $104.62 | 17 |
| 82 | Allstate Fire & Casualty Insurance Company | N.F. | 445137169 | $2,700.00 | 17 |
| 83 | Allstate Fire & Casualty Insurance Company | N.F. | 445137169 | $300.00 | 17 |
| 84 | Allstate Property & Casualty Insurance Company | B.L. | 447937228 | $323.04 | 18 |
| 85 | Allstate Property & Casualty Insurance Company | B.L. | 447937228 | $5,700.00 | 18 |
| 86 | Allstate Property & Casualty Insurance Company | R.M. | 452521222 | $47.77 | 19 |
| 87 | Allstate Property & Casualty Insurance Company | R.M. | 452521222 | $216.90 | 19 |
| 88 | Allstate Property & Casualty Insurance Company | R.M. | 452521222 | $54.31 | 19 |
| 89 | Allstate Property & Casualty Insurance Company | R.M. | 452521222 | $13.39 | 19 |
| 90 | Allstate Property & Casualty Insurance Company | R.M. | 452521222 | $250.00 | 19 |
| 91 | Allstate Insurance Company | E.B. | 469291587 | $11,235.03 | 20 |
| 92 | Allstate Insurance Company | E.B. | 469291587 | $25.27 | 20 |
| 93 | Allstate Insurance Company | E.B. | 469291587 | $681.88 | 20 |
| 94 | Allstate Insurance Company | E.B. | 469291587 | $8,656.69 | 20 |
| 95 | Allstate Insurance Company | E.B. | 469291587 | $7,721.29 | 20 |
| 96 | Allstate Insurance Company | E.B. | 469291587 | $7,908.91 | 20 |
| 97 | Allstate Insurance Company | E.B. | 469291587 | $456.50 | 20 |
| 98 | Allstate Insurance Company | E.B. | 469291587 | $8,163.52 | 20 |
| 99 | Allstate Insurance Company | E.B. | 469291587 | $5,155.90 | 20 |
| 100 | Allstate Insurance Company | E.B. | 469291587 | $72.44 | 20 |

|     | A                          | B    | C          | D           | E  |
|-----|----------------------------|------|------------|-------------|----|
| 101 | Allstate Insurance Company | E.B. | 469291587  | $5,087.36   | 20 |
| 102 | Allstate Insurance Company | E.B. | 469291587  | $161.93     | 20 |
| 103 | Allstate Insurance Company | E.B. | 469291587  | $4,974.34   | 20 |
| 104 | Allstate Insurance Company | E.B. | 469291587  | $130,000.00 | 20 |
| 105 | Allstate Insurance Company | E.B. | 469291587  | $4,968.46   | 20 |
| 106 | Allstate Insurance Company | E.B. | 469291587  | $286.33     | 20 |
| 107 | Allstate Insurance Company | E.B. | 469291587  | $5,094.87   | 20 |
| 108 | Allstate Insurance Company | E.B. | 469291587  | $102.84     | 20 |
| 109 | Allstate Insurance Company | E.B. | 469291587  | $5,563.91   | 20 |
| 110 | Allstate Insurance Company | E.B. | 469291587  | $102.84     | 20 |
| 111 | Allstate Insurance Company | E.B. | 469291587  | $102.84     | 20 |
| 112 | Allstate Insurance Company | E.B. | 1895590402 | $4,421.58   | 20 |
| 113 | Allstate Insurance Company | E.B. | 1895590402 | $2,672.89   | 20 |
| 114 | Allstate Insurance Company | E.B. | 1895590402 | $20,911.38  | 20 |
| 115 | Allstate Insurance Company | E.B. | 1895590402 | $761.99     | 20 |
| 116 | Allstate Insurance Company | E.B. | 1895590402 | $43.82      | 20 |
| 117 | Allstate Insurance Company | E.B. | 1895590402 | $62.42      | 20 |
| 118 | Allstate Insurance Company | E.B. | 1895590402 | $1,454.77   | 20 |
| 119 | Allstate Insurance Company | E.B. | 1895590402 | $21.04      | 20 |
| 120 | Allstate Insurance Company | E.B. | 1895590402 | $938.02     | 20 |
| 121 | Allstate Insurance Company | E.B. | 1895590402 | $12.34      | 20 |
| 122 | Allstate Insurance Company | E.B. | 1895590402 | $2,576.80   | 20 |
| 123 | Allstate Insurance Company | E.B. | 1895590402 | $25.42      | 20 |
| 124 | Allstate Insurance Company | E.B. | 1895590402 | $4,127.26   | 20 |
| 125 | Allstate Insurance Company | E.B. | 1895590402 | $5,009.00   | 20 |
| 126 | Allstate Insurance Company | E.B. | 1895590402 | $7,083.42   | 20 |
| 127 | Allstate Insurance Company | E.B. | 1895590402 | $183.97     | 20 |

|     | A | B | C | D | E |
|---|---|---|---|---|---|
| 128 | Allstate Insurance Company | E.B. | 1895590402 | $8,113.78 | 20 |
| 129 | Allstate Insurance Company | E.B. | 1895590402 | $210.74 | 20 |
| 130 | Allstate Insurance Company | E.B. | 1895590402 | $2,896.54 | 20 |
| 131 | Allstate Insurance Company | E.B. | 1895590402 | $75.23 | 20 |
| 132 | Allstate Insurance Company | E.B. | 1895590402 | $3,332.22 | 20 |
| 133 | Allstate Insurance Company | E.B. | 1895590402 | $86.55 | 20 |
| 134 | Allstate Insurance Company | E.B. | 1895590402 | $4,905.18 | 20 |
| 135 | Allstate Insurance Company | E.B. | 1895590402 | $127.40 | 20 |
| 136 | Allstate Insurance Company | E.B. | 1895590402 | $1,808.48 | 20 |
| 137 | Allstate Insurance Company | E.B. | 1895590402 | $3,700.48 | 20 |
| 138 | Allstate Insurance Company | E.B. | 1895590402 | $96.11 | 20 |
| 139 | Allstate Insurance Company | E.B. | 1895590402 | $1,150.54 | 20 |
| 140 | Allstate Insurance Company | E.B. | 1895590402 | $2,803.97 | 20 |
| 141 | Allstate Insurance Company | E.B. | 1895590402 | $1,001.11 | 20 |
| 142 | Allstate Insurance Company | E.B. | 1895590402 | $297.09 | 20 |
| 143 | Allstate Insurance Company | E.B. | 1895590402 | $185.50 | 20 |
| 144 | Allstate Insurance Company | E.B. | 1895590402 | $22.73 | 20 |
| 145 | Allstate Insurance Company | E.B. | 1895590402 | $38.42 | 20 |
| 146 | Allstate Insurance Company | E.B. | 1895590402 | $5,639.74 | 20 |
| 147 | Allstate Insurance Company | E.B. | 1895590402 | $5,305.00 | 20 |
| 148 | Allstate Insurance Company | E.B. | 1895590402 | $38.42 | 20 |
| 149 | Allstate Insurance Company | E.B. | 1895590402 | $514.60 | 20 |
| 150 | Allstate Insurance Company | E.B. | 1895590402 | $6,293.20 | 20 |
| 151 | Allstate Insurance Company | E.B. | 1895590402 | $3,875.07 | 20 |
| 152 | Allstate Insurance Company | E.B. | 1895590402 | $1,937.11 | 20 |
| 153 | Allstate Insurance Company | E.B. | 1895590402 | $5,529.50 | 20 |
| 154 | Allstate Insurance Company | E.B. | 1895590402 | $4,189.30 | 20 |

|     | A | B | C | D | E |
|---|---|---|---|---|---|
| 155 | Allstate Insurance Company | E.B. | 1895590402 | $293.14 | 20 |
| 156 | Allstate Insurance Company | E.B. | 1895590402 | $5,191.01 | 20 |
| 157 | Allstate Insurance Company | E.B. | 1895590402 | $342.59 | 20 |
| 158 | Allstate Insurance Company | E.B. | 1895590402 | $131.61 | 20 |
| 159 | Allstate Insurance Company | E.B. | 1895590402 | $5,505.72 | 20 |
| 160 | Allstate Insurance Company | E.B. | 1895590402 | $73.76 | 20 |
| 161 | Allstate Insurance Company | E.B. | 1895590402 | $2,056.33 | 20 |
| 162 | Allstate Insurance Company | E.B. | 1895590402 | $14,248.90 | 20 |
| 163 | Allstate Insurance Company | E.B. | 1895590402 | $7,037.27 | 20 |
| 164 | Allstate Insurance Company | E.B. | 1895590402 | $5,446.32 | 20 |
| 165 | Allstate Insurance Company | E.B. | 1895590402 | $5,460.81 | 20 |
| 166 | Allstate Insurance Company | E.B. | 1895590402 | $335.22 | 20 |
| 167 | Allstate Insurance Company | E.B. | 1895590402 | $7,253.05 | 20 |
| 168 | Allstate Insurance Company | E.B. | 1895590402 | $134.34 | 20 |
| 169 | Allstate Insurance Company | E.B. | 1895590402 | $13,830.50 | 20 |
| 170 | Allstate Insurance Company | E.B. | 1895590402 | $296.92 | 20 |
| 171 | Allstate Insurance Company | E.B. | 1895590402 | $115.73 | 20 |
| 172 | Allstate Insurance Company | E.B. | 1895590402 | $13,802.85 | 20 |
| 173 | Allstate Insurance Company | E.B. | 1895590402 | $1,694.86 | 20 |
| 174 | Allstate Insurance Company | E.B. | 1895590402 | $9,009.75 | 20 |
| 175 | Allstate Insurance Company | E.B. | 1895590402 | $4,891.96 | 20 |
| 176 | Allstate Insurance Company | E.B. | 1895590402 | $329.48 | 20 |
| 177 | Allstate Insurance Company | E.B. | 1895590402 | $12,777.26 | 20 |
| 178 | Allstate Insurance Company | E.B. | 1895590402 | $412.56 | 20 |
| 179 | Allstate Insurance Company | E.B. | 1895590402 | $3,846.22 | 20 |
| 180 | Allstate Insurance Company | E.B. | 1895590402 | $6,821.81 | 20 |
| 181 | Allstate Insurance Company | E.B. | 1895590402 | $5,484.40 | 20 |
| 182 | Allstate Insurance Company | E.B. | 1895590402 | $16,163.09 | 20 |
| 183 | Allstate Insurance Company | E.B. | 1895590402 | $1,543.28 | 20 |
| 184 | Allstate Insurance Company | E.B. | 1895590402 | $701.81 | 20 |
| 185 | Allstate Insurance Company | E.B. | 1895590402 | $20,429.99 | 20 |
| 186 | Allstate Insurance Company | E.B. | 1895590402 | $5,484.40 | 20 |
| 187 | Allstate Insurance Company | E.B. | 1895590402 | $9,794.81 | 20 |

|     | A | B | C | D | E |
|-----|---|---|---|---|---|
| 188 | Allstate Insurance Company | E.B. | 1895590402 | $462.70 | 20 |
| 189 | Allstate Insurance Company | E.B. | 1895590402 | $10,417.70 | 20 |
| 190 | Allstate Insurance Company | E.B. | 1895590402 | $44.39 | 20 |
| 191 | Allstate Insurance Company | E.B. | 1895590402 | $10,389.29 | 20 |
| 192 | Allstate Insurance Company | E.B. | 1895590402 | $7,192.88 | 20 |
| 193 | Allstate Insurance Company | E.B. | 1895590402 | $10,020.33 | 20 |
| 194 | Allstate Insurance Company | E.B. | 1895590402 | $17,882.44 | 20 |
| 195 | Allstate Insurance Company | E.B. | 1895590402 | $13,841.23 | 20 |
| 196 | Allstate Insurance Company | E.B. | 1895590402 | $45.89 | 20 |
| 197 | Allstate Insurance Company | E.B. | 1895590402 | $2,453.26 | 20 |
| 198 | Allstate Insurance Company | E.B. | 1895590402 | $1,010.03 | 20 |
| 199 | Allstate Insurance Company | E.B. | 1895590402 | $328.52 | 20 |
| 200 | Allstate Insurance Company | E.B. | 1895590402 | $17,336.17 | 20 |
| 201 | Allstate Insurance Company | E.B. | 1895590402 | $148.25 | 20 |
| 202 | Allstate Insurance Company | E.B. | 1895590402 | $1,267.15 | 20 |
| 203 | Allstate Insurance Company | E.B. | 1895590402 | $2,065.47 | 20 |
| 204 | Allstate Insurance Company | E.B. | 1895590402 | $2,601.03 | 20 |
| 205 | Allstate Insurance Company | E.B. | 1895590402 | $1,263.14 | 20 |
| 206 | Allstate Insurance Company | E.B. | 1895590402 | $1,833.10 | 20 |
| 207 | Allstate Insurance Company | E.B. | 1895590402 | $2,746.71 | 20 |
| 208 | Allstate Insurance Company | E.B. | 1895590402 | $2,368.31 | 20 |
| 209 | Allstate Insurance Company | E.B. | 1895590402 | $328.52 | 20 |
| 210 | Allstate Insurance Company | E.B. | 1895590402 | $196.94 | 20 |
| 211 | Allstate Insurance Company | E.B. | 1895590402 | $15,275.09 | 20 |
| 212 | Allstate Insurance Company | E.B. | 1895590402 | $602.63 | 20 |
| 213 | Allstate Insurance Company | E.B. | 1895590402 | $11,605.11 | 20 |
| 214 | Allstate Insurance Company | E.B. | 1895590402 | $362.46 | 20 |
| 215 | Allstate Insurance Company | E.B. | 1895590402 | $12,356.00 | 20 |

|     | A | B | C | D | E |
| --- | --- | --- | --- | --- | --- |
| 216 | Allstate Insurance Company | E.B. | 1895590402 | $300.61 | 20 |
| 217 | Allstate Insurance Company | E.B. | 1895590402 | $13,022.30 | 20 |
| 218 | Allstate Insurance Company | E.B. | 1895590402 | $328.52 | 20 |
| 219 | Allstate Insurance Company | E.B. | 1895590402 | $328.52 | 20 |
| 220 | Allstate Insurance Company | E.B. | 1895590402 | $9,284.47 | 20 |
| 221 | Allstate Insurance Company | E.B. | 1895590402 | $328.52 | 20 |
| 222 | Allstate Insurance Company | E.B. | 1895590402 | $8,705.05 | 20 |
| 223 | Allstate Insurance Company | E.B. | 1895590402 | $2,356.80 | 20 |
| 224 | Allstate Insurance Company | E.B. | 1895590402 | $1,038.45 | 20 |
| 225 | Allstate Insurance Company | E.B. | 1895590402 | $1,346.37 | 20 |
| 226 | Allstate Insurance Company | E.B. | 1895590402 | $43.88 | 20 |
| 227 | Allstate Insurance Company | E.B. | 1895590402 | $17,665.90 | 20 |
| 228 | Allstate Insurance Company | E.B. | 1895590402 | $486.86 | 20 |
| 229 | Allstate Insurance Company | E.B. | 1895590402 | $351.22 | 20 |
| 230 | Allstate Insurance Company | E.B. | 1895590402 | $1,838.05 | 20 |
| 231 | Allstate Insurance Company | E.B. | 1895590402 | $16,294.79 | 20 |
| 232 | Allstate Insurance Company | E.B. | 1895590402 | $173.48 | 20 |
| 233 | Allstate Insurance Company | E.B. | 1895590402 | $119.71 | 20 |
| 234 | Allstate Insurance Company | E.B. | 1895590402 | $2,640.42 | 20 |
| 235 | Allstate Insurance Company | E.B. | 1895590402 | $2,165.28 | 20 |
| 236 | Allstate Insurance Company | E.B. | 1895590402 | $2,636.74 | 20 |
| 237 | Allstate Insurance Company | E.B. | 1895590402 | $2,099.99 | 20 |
| 238 | Allstate Insurance Company | E.B. | 1895590402 | $24.00 | 20 |
| 239 | Allstate Insurance Company | E.B. | 1895590402 | $2,359.50 | 20 |
| 240 | Allstate Insurance Company | E.B. | 1895590402 | $180.79 | 20 |
| 241 | Allstate Insurance Company | E.B. | 1895590402 | $40.70 | 20 |

|   | A | B | C | D | E |
|---|---|---|---|---|---|
| 242 | Allstate Insurance Company | E.B. | 1895590402 | $133.73 | 20 |
| 243 | Allstate Insurance Company | E.B. | 1895590402 | $2,197.94 | 20 |
| 244 | Allstate Insurance Company | E.B. | 1895590402 | $4,684.86 | 20 |
| 245 | Allstate Insurance Company | E.B. | 1895590402 | $4,460.57 | 20 |
| 246 | Allstate Insurance Company | E.B. | 1895590402 | $125.40 | 20 |
| 247 | Allstate Insurance Company | W.J. | 475842043 | $1,351.38 | 21 |
| 248 | Allstate Property & Casualty Insurance Company | J.A. | 476788039 | $4,600.00 | 22 |
| 249 | Allstate Property & Casualty Insurance Company | M.D. | 478626344 | $3,000.00 | 23 |
| 250 | Allstate Property & Casualty Insurance Company | M.D. | 478626344 | $138.14 | 23 |
| 251 | Allstate Property & Casualty Insurance Company | M.D. | 478626344 | $96.62 | 23 |
| 252 | Allstate Property & Casualty Insurance Company | M.D. | 478626344 | $31.12 | 23 |
| 253 | Allstate Property & Casualty Insurance Company | M.D. | 478626344 | $29.07 | 23 |
| 254 | Allstate Property & Casualty Insurance Company | M.D. | 478626344 | $78.45 | 23 |
| 255 | Allstate Property & Casualty Insurance Company | M.D. | 478626344 | $223.98 | 23 |
| 256 | Allstate Property & Casualty Insurance Company | M.D. | 478626344 | $96.19 | 23 |
| 257 | Allstate Property & Casualty Insurance Company | M.D. | 478626344 | $251.49 | 23 |
| 258 | Allstate Property & Casualty Insurance Company | M.D. | 478626344 | $786.19 | 23 |
| 259 | Allstate Property & Casualty Insurance Company | M.D. | 478626344 | $1,516.75 | 23 |
| 260 | Allstate Property & Casualty Insurance Company | M.D. | 478626344 | $1,731.42 | 23 |
| 261 | Allstate Property & Casualty Insurance Company | M.D. | 478626344 | $832.42 | 23 |
| 262 | Allstate Fire & Casualty Insurance Company | R.D. | 481433976 | $1,400.00 | 24 |
| 263 | Allstate Fire & Casualty Insurance Company | P.P. | 482178142 | $507.45 | 25 |
| 264 | Allstate Insurance Company | E.M. | 482419264 | $62,500.00 | 26 |
| 265 | Allstate Fire & Casualty Insurance Company | T.B. | 484017454 | $71.65 | 27 |
| 266 | Allstate Fire & Casualty Insurance Company | T.B. | 484017454 | $1,500.00 | 27 |
| 267 | Allstate Insurance Company | J.W. | 487022600 | $2,000.00 | 28 |

|  | A | B | C | D | E |
|---|---|---|---|---|---|
| 268 | Allstate Fire & Casualty Insurance Company | D.F. | 497021618 | $700.00 | 29 |
| 269 | Allstate Fire & Casualty Insurance Company | A.S. | 510832982 | $4,500.00 | 30 |
| 270 | Allstate Insurance Company | B.S. | 516887627 | $4,000.00 | 31 |
| 271 | Allstate Insurance Company | J.P. | 2880224684 | $1,389.60 | 32 |
| 272 | Allstate Insurance Company | J.P. | 2880224684 | $2,084.40 | 32 |
| 273 | Allstate Insurance Company | J.P. | 2880224684 | $1,394.40 | 32 |
| 274 | Allstate Insurance Company | J.P. | 2880224684 | $1,442.40 | 32 |
| 275 | Allstate Insurance Company | J.P. | 2880224684 | $2,163.60 | 32 |
| 276 | Allstate Insurance Company | J.P. | 2880224684 | $2,163.60 | 32 |
| 277 | Allstate Insurance Company | J.P. | 2880224684 | $3,606.00 | 32 |
| 278 | Esurance Property & Casualty Insurance Company | S.C. | TXA-0139823 | $170.67 | 33 |
| 279 | Esurance Property & Casualty Insurance Company | S.C. | TXA-0139823 | $170.67 | 33 |
| 280 | Esurance Property & Casualty Insurance Company | R.C. | TXA-0151609 | $50.86 | 34 |
| 281 | Esurance Insurance Company | R.C. | TXA-0151609 | $149.29 | 34 |
| 282 | Esurance Insurance Company | R.C. | TXA-0151609 | $149.29 | 34 |
| 283 | Esurance Insurance Company | R.C. | TXA-0151609 | $477.26 | 34 |
| 284 | Esurance Insurance Company | T.H. | TXA-0156776 | $424.80 | 35 |
| 285 | Esurance Insurance Company | T.H. | TXA-0156776 | $281.20 | 35 |
| 286 | Esurance Insurance Company | T.H. | TXA-0156776 | $281.20 | 35 |
| 287 | Esurance Insurance Company | T.H. | TXA-0156776 | $237.72 | 35 |
| 288 | Esurance Property & Casualty Insurance Company | I.S. | TXA-0167757 | $88.49 | 36 |
| 289 | Esurance Property & Casualty Insurance | I.S. | TXA-0167757 | $209.87 | 36 |
| 290 | Esurance Property & Casualty Insurance Company | I.S. | TXA-0167757 | $70.27 | 36 |
| 291 | Esurance Property & Casualty Insurance | A.D. | TXA-0171448 | $423.48 | 37 |
| 292 | Esurance Property & Casualty Insurance | A.D. | TXA-0171448 | $105.70 | 37 |
| 293 | Esurance Property & Casualty Insurance Company | A.D. | TXA-0171448 | $430.76 | 37 |
| 294 | Esurance Property & Casualty Insurance Company | A.D. | TXA-0171448 | $330.97 | 37 |
| 295 | Esurance Property & Casualty Insurance Company | A.D. | TXA-0171448 | $797.16 | 37 |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 296 | Esurance Property & Casualty Insurance Company | A.D. | TXA-0171448 | $1,044.98 | 37 |
| 297 | Esurance Property & Casualty Insurance | A.D. | TXA-0171448 | $9.37 | 37 |
| 298 | Esurance Property & Casualty Insurance Company | A.D. | TXA-0171448 | $44.00 | 37 |
| 299 | Esurance Property & Casualty Insurance Company | A.D. | TXA-0171448 | $677.83 | 37 |
| 300 | Esurance Property & Casualty Insurance Company | A.D. | TXA-0171448 | $272.91 | 37 |
| 301 | Esurance Property & Casualty Insurance Company | A.D. | TXA-0171448 | $363.01 | 37 |
| 302 | Esurance Property & Casualty Insurance Company | A.D. | TXA-0171448 | $3,246.01 | 37 |
| 303 | Esurance Property & Casualty Insurance Company | A.D. | TXA-0171448 | $1,385.54 | 37 |
| 304 | Esurance Property & Casualty Insurance | A.D. | TXA-0171448 | $547.33 | 37 |
| 305 | Esurance Property & Casualty Insurance | A.D. | TXA-0171448 | $505.96 | 37 |
| 306 | Esurance Property & Casualty Insurance Company | A.D. | TXA-0171448 | $465.62 | 37 |
| 307 | Esurance Property & Casualty Insurance Company | A.D. | TXA-0171448 | $465.62 | 37 |
| 308 | Esurance Property & Casualty Insurance Company | A.D. | TXA-0171448 | $1,183.79 | 37 |
| 309 | Esurance Property & Casualty Insurance Company | C.R. | TXA-0177029 | $20.75 | 38 |
| 310 | Esurance Property & Casualty Insurance Company | C.R. | TXA-0177029 | $65.49 | 38 |
| 311 | Esurance Property & Casualty Insurance Company | C.R. | TXA-0177029 | $590.28 | 38 |
| 312 | Esurance Property & Casualty Insurance | S.C. | TXA-0182027 | $398.16 | 39 |
| 313 | Esurance Property & Casualty Insurance | S.C. | TXA-0182027 | $557.13 | 39 |
| 314 | Esurance Property & Casualty Insurance | S.C. | TXA-0182027 | $1,066.69 | 39 |
| 315 | Esurance Property & Casualty Insurance Company | S.C. | TXA-0182027 | $509.27 | 39 |
| 316 | Esurance Property & Casualty Insurance Company | A.A. | TXA-0183768 | $440.00 | 40 |
| 317 | Esurance Property & Casualty Insurance Company | L.M. | TXA-0193183 | $60.00 | 41 |
| 318 | Esurance Property & Casualty Insurance Company | H.V. | TXA-0202490 | $180.37 | 42 |
| 319 | Esurance Property & Casualty Insurance | H.V. | TXA-0202490 | $150.71 | 42 |
| 320 | Esurance Property & Casualty Insurance Company | H.V. | TXA-0202490 | $31.05 | 42 |
| 321 | Esurance Property & Casualty Insurance Company | H.V. | TXA-0202490 | $47.77 | 42 |
| 322 | Esurance Property & Casualty Insurance Company | J.W. | TXA-0205887 | $424.00 | 43 |
| 323 | Esurance Property & Casualty Insurance Company | J.W. | TXA-0205887 | $69.69 | 43 |

|     | A | B | C | D | E |
|-----|---|---|---|---|---|
| 324 | Esurance Property & Casualty Insurance Company | J.W. | TXA-0205887 | $139.98 | 43 |
| 325 | Esurance Property & Casualty Insurance Company | J.W. | TXA-0205887 | $86.72 | 43 |
| 326 | Esurance Property & Casualty Insurance Company | M.R. | WIS-0083913 | $50.96 | 44 |
| 327 | Esurance Property & Casualty Insurance Company | M.R. | WIS-0083913 | $907.20 | 44 |
| 328 | Esurance Property & Casualty Insurance Company | M.R. | WIS-0083913 | $347.60 | 44 |
| 329 | Esurance Property & Casualty Insurance Company | M.R. | WIS-0083913 | $907.20 | 44 |
| 330 | Esurance Property & Casualty Insurance Company | M.R. | WIS-0083913 | $347.60 | 44 |
| 331 | Esurance Property & Casualty Insurance Company | M.R. | WIS-0083913 | $45.86 | 44 |
| 332 | Esurance Property & Casualty Insurance Company | M.R. | WIS-0083913 | $68.70 | 44 |
| 333 | Esurance Property & Casualty Insurance Company | M.R. | WIS-0083913 | $68.70 | 44 |
| 334 | Esurance Property & Casualty Insurance Company | T.S. | TXA-0162870 | $440.95 | 45 |
| 335 |   |   |   | $ 1,095,315.40 |   |