UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY; ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY; ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY; ESURANCE INSURANCE COMPANY; and ESURANCE PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>INSCRIBED PLLC; INTEGRATIVE NEUROLOGY PLLC; DIAGNOSTIC SOLUTIONS LLC; WOOK KIM, M.D., P.C. d/b/a FARMBROOK INTERVENTIONAL PAIN & EMG; DETROIT INSTITUTE OF PAIN MUSCULOSKELETAL MEDICINE PLLC; MICHIGAN INSTITUTE OF MUSCULOSKELETAL MEDICINE PLLC; ZMC PHARMACY, L.L.C.; INTEGRA LAB MANAGEMENT LLC; GIREESH VELUGUBANTI, M.D.; ARVINDER DHILLON, M.D.; BACHU ABRAHAM, M.D.; and JALAL ZAWAIDEH, R.PH.,<br><br>Defendants. | C.A. No. 19-cv-13721-LVP-EAS |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS BACHU ABRAHAM, M.D., DETROIT INSTITUTE OF PAIN MUSCULOSKELETAL MEDICINE PLLC, AND MICHIGAN INSTITUTE OF MUSCULOSKELETAL MEDICINE PLLC**

Pursuant to Fed. R. Civ. P. 41(a)(1), it is hereby stipulated and agreed by and between plaintiffs Allstate Insurance Company, Allstate Property and Casualty Insurance Company, Allstate Fire and Casualty Insurance Company, Esurance Insurance Company, and Esurance Property and Casualty Insurance Company (collectively, "Allstate") and defendants Bachu Abraham, M.D., Detroit Institute of Pain Musculoskeletal Medicine PLLC, and Michigan Institute of Musculoskeletal Medicine PLLC, by and through their undersigned counsel, that Allstate's Complaint (*Docket No. 1*) be dismissed without prejudice as to Bachu Abraham, M.D., Detroit Institute of Pain Musculoskeletal Medicine PLLC, and Michigan Institute of Musculoskeletal Medicine PLLC without costs or fees of any kind to any party. It is hereby agreed by the parties that this Court shall retain jurisdiction to enforce the terms of settlement reached between the parties.

[SIGNATURE PAGE FOLLOWS]

STIPULATED AND AGREED TO THIS 6th DAY OF JULY, 2020:

| | |
|---|---|
| *Allstate Insurance Company, Allstate Property and Casualty Insurance Company, Allstate Fire and Casualty Insurance Company, Esurance Insurance Company, and Esurance Property and Casualty Insurance Company,* | *Bachu Abraham, M.D., Detroit Institute of Pain Musculoskeletal Medicine PLLC, and Michigan Institute of Musculoskeletal Medicine PLLC,* |
| By their Attorneys, | By their Attorneys, |
| /s/ Jacquelyn A. McEttrick<br>_____<br>Richard D. King, Jr.<br>Nathan A. Tilden (P76969)<br>Jacquelyn A. McEttrick<br>John D. Tertan<br>SMITH & BRINK<br>38777 Six Mile Road, Suite 314<br>Livonia, MI 48152<br><br>350 Granite St., Suite 2303<br>Braintree, MA 02184<br>(617) 770-2214 | /s/ Lawrence C. Falzon<br>_____<br>Lawrence C. Falzon (P30655)<br>Joseph L. Falzon (P80521)<br>WIGOD & FALZON P.C.<br>25899 W. Twelve Mile Rd., Ste. 200<br>Southfield, MI 48304<br>(248) 356-3377 |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY; ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY; ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY; ESURANCE INSURANCE COMPANY; and ESURANCE PROPERTY AND CASUALTY INSURANCE COMPANY, <br><br> PLAINTIFFS, <br><br> VS. <br><br> INSCRIBED PLLC; INTEGRATIVE NEUROLOGY PLLC; DIAGNOSTIC SOLUTIONS LLC; WOOK KIM, M.D., P.C. D/B/A FARMBROOK INTERVENTIONAL PAIN & EMG; DETROIT INSTITUTE OF PAIN MUSCULOSKELETAL MEDICINE PLLC; MICHIGAN INSTITUTE OF MUSCULOSKELETAL MEDICINE PLLC; ZMC PHARMACY, L.L.C.; INTEGRA LAB MANAGEMENT LLC; GIREESH VELUGUBANTI, M.D.; ARVINDER DHILLON, M.D.; BACHU ABRAHAM, M.D.; and JALAL ZAWAIDEH, R.PH., <br><br> Defendants. | C.A. No. 19-cv-13721-LVP-EAS |

**ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS BACHU ABRAHAM, M.D., DETROIT INSTITUTE OF PAIN MUSCULOSKELETAL MEDICINE PLLC, AND MICHIGAN INSTITUTE OF MUSCULOSKELETAL MEDICINE PLLC**

4

This matter having come before the Court upon stipulation of the parties, and the Court being otherwise fully advised in the premises:

IT IS ORDERED that plaintiffs' causes of action against defendants Bachu Abraham, M.D., Detroit Institute of Pain Musculoskeletal Medicine PLLC, and Michigan Institute of Musculoskeletal Medicine PLLC are hereby dismissed without prejudice and without costs to any party.  The Court shall retain jurisdiction over this matter only to enforce the terms of settlement reached between the parties.

**IT IS SO ORDERED**.

s/ Linda V. Parker  
LINDA V. PARKER  
U.S. DISTRICT JUDGE

Dated: July 6, 2020