UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY; ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY; ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY; ESURANCE INSURANCE COMPANY; and ESURANCE PROPERTY AND CASUALTY INSURANCE COMPANY, <br><br> Plaintiffs, <br><br> vs. <br><br> INSCRIBED PLLC; INTEGRATIVE NEUROLOGY PLLC; DIAGNOSTIC SOLUTIONS LLC; WOOK KIM, M.D., P.C. d/b/a FARMBROOK INTERVENTIONAL PAIN & EMG; ZMC PHARMACY, L.L.C.; GIREESH VELUGUBANTI, M.D.; ARVINDER DHILLON, M.D.; and JALAL ZAWAIDEH, R.PH., <br><br> Defendants. | Case No. 19-cv-13721-LVP-EAS |

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS ARVINDER DHILLON, M.D. AND WOOK KIM, M.D., P.C. d/b/a FARMBROOK INTERVENTIONAL PAIN & EMG**

Pursuant to Fed. R. Civ. P. 41(a)(1), it is hereby stipulated and agreed by and between plaintiffs Allstate Insurance Company, Allstate Property and Casualty Insurance Company, Allstate Fire and Casualty Insurance Company, Esurance

Insurance Company, and Esurance Property and Casualty Insurance Company (collectively, "Allstate") and defendants Arvinder Dhillon, M.D. and Wook Kim, M.D., P.C. d/b/a Farmbrook Interventional Pain & EMG, by and through their undersigned counsel, that Allstate's Complaint (*Docket No. 1*) be dismissed with prejudice as to Arvinder Dhillon, M.D. and Wook Kim, M.D., P.C. d/b/a Farmbrook Interventional Pain & EMG without costs or fees of any kind to any party. It is hereby agreed by the parties that this Court shall retain jurisdiction to enforce the terms of settlement reached between the parties.

[SIGNATURE PAGE FOLLOWS]

STIPULATED AND AGREED TO THIS 4th DAY OF AUGUST, 2020:

| | |
|---|---|
| *Allstate Insurance Company, Allstate Property and Casualty Insurance Company, Allstate Fire and Casualty Insurance Company, Esurance Insurance Company, and Esurance Property and Casualty Insurance Company,* | *Arvinder Dhillon, M.D. and Wook Kim, M.D., P.C. d/b/a Farmbrook Interventional Pain & EMG,* |
| By their Attorneys, | By their Attorneys, |
| */s/ Jacquelyn A. McEttrick* <br> _____ <br> Richard D. King, Jr. <br> Nathan A. Tilden (P76969) <br> Jacquelyn A. McEttrick <br> John D. Tertan <br> SMITH & BRINK <br> 38777 Six Mile Road, Suite 314 <br> Livonia, MI 48152 <br><br> 350 Granite St., Suite 2303 <br> Braintree, MA 02184 <br> (617) 770-2214 | */s/ Peter W. Joelson* <br> _____ <br> Peter W. Joelson (P51468) <br> Emily Warren (P76675) <br> JOELSON ROSENBERG PLC <br> 30665 Northwestern Hwy., Suite 200 <br> Farmington Hills, MI 48334 <br> (248) 626-9966 <br><br> Gary R. Blumberg (P29820) <br> GARY R. BLUMBERG, PC <br> 15011 Michigan Ave. <br> Dearborn, MI 48126 <br> (313) 230-1121 |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY; ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY; ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY; ESURANCE INSURANCE COMPANY; and ESURANCE PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>INSCRIBED PLLC; INTEGRATIVE NEUROLOGY PLLC; DIAGNOSTIC SOLUTIONS LLC; WOOK KIM, M.D., P.C. d/b/a FARMBROOK INTERVENTIONAL PAIN & EMG; ZMC PHARMACY, L.L.C.; GIREESH VELUGUBANTI, M.D.; ARVINDER DHILLON, M.D.; and JALAL ZAWAIDEH, R.PH.,<br><br>Defendants. | C.A. No. 19-cv-13721-LVP-EAS |

**ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS ARVINDER DHILLON, M.D. AND WOOK KIM, M.D., P.C. d/b/a FARMBROOK INTERVENTIONAL PAIN & EMG**

This matter having come before the Court upon stipulation of the parties, and the Court being otherwise fully advised in the premises:

4

**IT IS ORDERED** that plaintiffs' causes of action against defendants Arvinder Dhillon, M.D. and Wook Kim, M.D., P.C. d/b/a Farmbrook Interventional Pain & EMG are hereby dismissed with prejudice and without costs to any party. The Court shall retain jurisdiction over this matter only to enforce the terms of settlement reached between the parties.

**IT IS SO ORDERED**.

Dated: August 4, 2020

s/Linda V. Parker
Hon. Linda V. Parker
United States District Judge

5