UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| ALLSTATE INSURANCE COMPANY; ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY; ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY; ESURANCE INSURANCE COMPANY; and ESURANCE PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>ZMC PHARMACY, L.L.C. and JALAL ZAWAIDEH, R.PH.,<br><br>Defendants. | C.A. No. 19-CV-13721-LVP-EAS |
|---|---|

## INDEX OF EXHIBITS TO PLAINTIFFS' BRIEF IN SUPPORT OF MOTION FOR CONTEMPT AND FOR SANCTIONS

| Exhibit | Description |
|---|---|
| A | Counsel for Allstate's Correspondence dated June 3, 2021 Addressing the Ongoing Discovery Deficiencies by the Defendants |
| B | Counsel for the Defendants' Correspondence dated June 16, 2021 Stating Counsel Still Has Not Addressed the Defendants' Deficiencies |
| C | Criminal Subpoenas Seeking Documents Relating to ZMC Pharmacy |
| D | ZMC Pharmacy Balance Sheet Email dated December 19, 2018 |
| E | Direct Rx Invoice Submitted to ZMC Pharmacy Seeking Payment for a Management Fee |
| F | Email Correspondence from Jalal Zawaideh to Michael Gill, Alban Ivezaj, and Marko Berishaj at Direct Rx dated April 14, 2021 |

| Exhibit | Description |
|---|---|
| G | Customer Compliance Questionnaire ZMC Pharmacy Submitted to Auburn Pharmaceutical Company Listing Its Referral and Business Sources |
| H | Invoices Identifying Costs and Bills Identifying Outrageous and Unreasonable Amounts Charged by the Defendants for Medications Billed to Allstate |
| I | Jalal Zawaideh's Supplemental Responses to Interrogatories |
| J | Email Chain Correspondence Referencing Jalal Zawaideh's "Case Management Referral Team" |
| K | Evidence of Email Address Not Identified By Jalal Zawaideh |

Respectfully submitted,

SMITH & BRINK

/s/ Jacquelyn A. McEttrick

_____
Richard D. King, Jr.
rking@smithbrink.com
Nathan A. Tilden (P76969)
ntilden@smithbrink.com
Jacquelyn A. McEttrick
jmcettrick@smithbrink.com
John D. Tertan
jtertan@smithbrink.com
350 Granite Street, Suite 2204
Braintree, MA  02184
617-770-2214 (phone)

38777 Six Mile Road, Suite 314
Livonia, MI  48152

*Attorneys for Plaintiffs*

Dated: June 22, 2021