# EXHIBIT D

**Subject:** 6) YTD P&L for ZMC
**Date:** Wednesday, December 19, 2018 at 1:33:54 PM Eastern Standard Time
**From:** Michael Gill
**To:** Jalal Zawaideh, PharmD
**Attachments:** image001.jpg, 11.30.2018 Financials ZMCP.pdf

Michael T. Gill
DirectRX
Controller
Phone: 855-362-3397 Ext 299
Direct:  248-273-0460
Fax:     248-280-2286



IMPORTANT: This email transmission contains confidential information including some or all of which may be protected health information as defined by a federal Health Insurance Portability & Accountability Act (HIPAA) Privacy rule. This transmission is intended for exclusive use of the individual or entity to which it is addressed and may contain information that proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient (or an employee or agent responsible for delivering this email transmission to the intended recipient), you are hereby notified that any disclosure, dissemination, distribution or copying of this information is strictly prohibited and may be subject to legal restriction or sanction. Please notify the sender by telephone to arrange the return or destruction of the information and all copies.

ZMC Pharmacy, LLC
Balance Sheet
November 30, 2018

### ASSETS

| | | |
|---|---:|---:|
| **Current Assets** | | |
| Bank of Ann Arbor-Checkin 0024 | $ 137,434.25 | |
| Bank of Ann Arbor- CC# 0084 | 278.33 | |
| Accounts Receivable | 186,682.78 | |
| Misc. Receivables | 1,779.66 | |
| Inventory | 374,285.23 | |
| Prepaid Expenses | 3,503.32 | |
| Total Current Assets | | 703,963.57 |
| **Property and Equipment** | | |
| Property and Equipment | 38,445.78 | |
| Vehicle | 70,330.85 | |
| Accum. Depreciation | (99,477.77) | |
| Total Property and Equipment | | 9,298.86 |
| **Other Assets** | | |
| Total Other Assets | | 0.00 |
| **Total Assets** | | $ 713,262.43 |

### LIABILITIES AND CAPITAL

| | | |
|---|---:|---:|
| **Current Liabilities** | | |
| Accounts Payable | $ 296,674.45 | |
| Accrued 401(k) Expense | 69,224.53 | |
| Accrued Payroll | 7,474.25 | |
| Sales Tax Payable | (1,406.24) | |
| Total Current Liabilities | | 371,966.99 |
| **Long-Term Liabilities** | | |
| Total Long-Term Liabilities | | 0.00 |
| **Total Liabilities** | | 371,966.99 |
| **Capital** | | |
| Partners Capital | 628,381.06 | |
| Distribution-Jalal Z. | (1,069,836.00) | |
| Net Income | 782,750.38 | |
| Total Capital | | 341,295.44 |
| **Total Liabilities & Capital** | | $ 713,262.43 |

Unaudited - For Management Purposes Only

CONFIDENTIAL                    ZMC2000139

Page: 1

ZMC Pharmacy, LLC
Income Statement
For the Eleven Months Ending November 30, 2018

|  | Current Month | | Year to Date | |
|---|---:|---:|---:|---:|
| **Revenues** | | | | |
| Sales Income | $ 856,460.58 | 100.00 | $ 9,048,313.15 | 100.00 |
| Total Revenues | 856,460.58 | 100.00 | 9,048,313.15 | 100.00 |
| **Cost of Sales** | | | | |
| Cost of Sales | 669,653.40 | 78.19 | 6,834,008.53 | 75.53 |
| Pharmacy Billing | 2,646.21 | 0.31 | 29,175.75 | 0.32 |
| Total Cost of Sales | 672,299.61 | 78.50 | 6,863,184.28 | 75.85 |
| Gross Profit | 184,160.97 | 21.50 | 2,185,128.87 | 24.15 |
| **Expenses** | | | | |
| Wages - Partners | 65,384.60 | 7.63 | 611,538.36 | 6.76 |
| Wages - Other | 37,068.30 | 4.33 | 389,689.43 | 4.31 |
| 401(k) Expense | 0.00 | 0.00 | 71,412.03 | 0.79 |
| Payroll Processing Expense | 364.08 | 0.04 | 2,444.31 | 0.03 |
| Health Insurance | 2,837.32 | 0.33 | 14,861.74 | 0.16 |
| Officer's Disability Insurance | 1,051.22 | 0.12 | 2,102.44 | 0.02 |
| Payroll Tax Expense | 2,883.46 | 0.34 | 33,597.23 | 0.37 |
| Professional Fee Expense | 0.00 | 0.00 | 2,450.00 | 0.03 |
| Rent or Lease Expense | 6,625.67 | 0.77 | 72,882.37 | 0.81 |
| Bank Charges | 0.00 | 0.00 | 72.00 | 0.00 |
| Credit Card Discounts & Fees | 2,088.70 | 0.24 | 22,874.66 | 0.25 |
| Meals and Entertainment | 39.71 | 0.00 | 1,426.27 | 0.02 |
| Travel Expenses | 205.62 | 0.02 | 1,810.96 | 0.02 |
| Maintenance & Repairs Expense | 500.63 | 0.06 | 13,155.28 | 0.15 |
| Auto Expense | 147.18 | 0.02 | 4,517.12 | 0.05 |
| Utilities Expense | 0.00 | 0.00 | 6,768.23 | 0.07 |
| Computer Expense | 2,184.28 | 0.26 | 16,345.23 | 0.18 |
| Office Supplies Expense | 400.37 | 0.05 | 1,760.01 | 0.02 |
| Telephone Expense | 496.81 | 0.06 | 4,580.51 | 0.05 |
| Other Office Expense | 125.35 | 0.01 | 919.75 | 0.01 |
| Medical Fees | 0.00 | 0.00 | 1,981.20 | 0.02 |
| Advertising Expense | 412.46 | 0.05 | 9,563.44 | 0.11 |
| Promotional Expense | 2,500.00 | 0.29 | 13,150.00 | 0.15 |
| Dues and Fees Expense | 0.00 | 0.00 | 1,841.98 | 0.02 |
| Charitable Contributions | 0.00 | 0.00 | 13,370.00 | 0.15 |
| Freight Expense | 3,230.49 | 0.38 | 39,665.19 | 0.44 |
| License Expense | 0.00 | 0.00 | 114.40 | 0.00 |
| Management Fee Expense | 0.00 | 0.00 | 15,000.00 | 0.17 |
| Insurance Expense | 0.00 | 0.00 | 17,484.35 | 0.19 |
| Depreciation Expense | 2,000.00 | 0.23 | 15,000.00 | 0.17 |
| Total Expenses | 130,546.25 | 15.24 | 1,402,378.49 | 15.50 |
| Net Income | $ 53,614.72 | 6.26 | $ 782,750.38 | 8.65 |

For Management Purposes Only

CONFIDENTIAL                                                                 ZMC2000140