# EXHIBIT E

**Gabecare DirectRx**
830 Kirts Blvd. Ste 300
Troy, MI  48084

# INVOICE

| | |
|---|---|
| Invoice Number: | 2018 Mngmnt Fee |
| Invoice Date: | Jun 8, 2018 |
| Page: | 1 |

Voice:   248 280-2270
Fax:      248 280-2286

*Duplicate*

| Bill To: | Ship to: |
|---|---|
| ZMC Pharmacy<br>1041 S. Main Street<br>Royal Oak, MI  48067 | ZMC Pharmacy<br>1041 S. Main Street<br>Royal Oak, MI  48067 |

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| ZMCP | | Net Due | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| | | | 6/8/18 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| | | Management Fee | | 15,000.00 |

| | | |
|---|---|---|
| Subtotal | | 15,000.00 |
| Sales Tax | | |
| Total Invoice Amount | | 15,000.00 |
| Payment/Credit Applied | | |
| **TOTAL** | | **15,000.00** |

Check/Credit Memo No:

**CONFIDENTIAL**                                                                     ZMC2000475