# EXHIBIT F

| | |
|---|---|
| **From:** | Marko Berishaj |
| **To:** | Jalal Zawaideh, PharmD; Michael Gill |
| **Cc:** | Alban Ivezaj |
| **Subject:** | RE: FINAL Third RPDs to ZMC 4.13.21.pdf |
| **Date:** | Wednesday, April 14, 2021 12:29:02 PM |

My recollection is that you and I discussed on the phone and we paid Mike a bonus that ZMC reimbursed for the work he does. I'm certain we don't have a formal agreement or anything written.
Thank you,
Marko Berishaj, President
248-273-0462



**From:** Jalal Zawaideh, PharmD <jalal@zmcrx.com>
**Sent:** Wednesday, April 14, 2021 12:23 PM
**To:** Michael Gill <mgill@directrx.com>
**Cc:** Alban Ivezaj <aivezaj@directrx.com>; Marko Berishaj <mberishaj@directrx.com>
**Subject:** FINAL Third RPDs to ZMC 4.13.21.pdf
I need to produce any documents related to the management fee invoice DirectRx billed ZMC Pharmacy for. These were for Mike Gill for doing our books. I don't have any formal agreements in my possession and cannot locate any emails pertaining to them. LMK if you have any before I respond.
Thanks
Jalal

IMPORTANT: This email transmission contains confidential information including some or all of which may be protected health information as defined by a federal Health Insurance Portability & Accountability Act (HIPAA) Privacy rule. This transmission is intended for exclusive use of the individual or entity to which it is addressed and may contain information that proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient (or an employee or agent responsible for delivering this email transmission to the intended recipient), you are hereby notified that any disclosure, dissemination, distribution or copying of this information is strictly prohibited and may be subject to legal restriction or sanction. Please notify the sender by telephone to arrange the return or destruction of the information and all copies.

IMPORTANT: This email transmission contains confidential information including some or all of which may be protected health information as defined by a federal Health Insurance Portability & Accountability Act (HIPAA) Privacy rule. This transmission is intended for exclusive use of the individual or entity to which it is addressed and may contain information that proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient (or an employee or agent responsible for delivering this email transmission to the intended recipient), you are hereby notified that any disclosure, dissemination, distribution or copying of this information is strictly prohibited and may be subject to legal restriction or sanction. Please notify the sender by telephone to arrange the return or destruction of the information and all copies.