# EXHIBIT G



# CUSTOMER COMPLIANCE QUESTIONNAIRE

Account Name: ZMC Pharmacy  
DBA: _____  
Address: 1041 S. Main St  
City, ST, Zip: Royal Oak MI 48067  
Account Number: 95197258  
DEA Number: FZ0899445  
Hours of Operation: Monday-Friday 9-7   Saturday 9-5   Sunday 10-2  
Business Type: ☒ Retail   ☐ Long Term Care   ☐ Closed Door   ☒ Compounding  
☐ Pharmacy within a hospital, clinic, or medical center   ☐ Other: _____

1. How long has your pharmacy been open for business? 2009

2. What is the approximate percentage of your prescription drug business?  
Walk-in: 90 %   Fax & Phone: 7 %   E-Script: NA %   Mail Order: 3 %   Internet: 0 %

3. What is the approximate percentage of payment method your pharmacy receives?  
Insurance: 60 %   Medicare/Medicaid: 30 %   Worker's Compensation: 1 %   Cash: 9 %

4. Which RX suppliers have you used within the last 12 months?  
Amerisource Bergen   Cardinal  
PSI

5. Has your pharmacy ever operated under a different name? NO

6. Is your pharmacy affiliated with another pharmacy? If yes, please provide name and address:  
NO

7. Has the owner, Pharmacist in Charge, or pharmacy had a license suspended or revoked? This includes from inception to present on the state or DEA license.   ☐ Yes ☒ No

8. Has the owner, Pharmacist in Charge, or pharmacy had disciplinary action on a license? This includes from inception to present on the state or DEA license.   ☐ Yes ☒ No   (Please attach a copy of the disciplinary action and resolution)

9. Is your pharmacy licensed to ship outside the state in which it is located?  
☐ Yes ☒ No (If yes, please supply a copy of the license)

10. Does your pharmacy have a website? If yes, please provide web address: ZMCrx.com  
Shop2mcrx.com

11. Do you have a system in place to notify you if one or more prescribing physicians are writing a high percentage of controlled substance prescriptions being filled by your pharmacy? If yes, please describe your procedure:  
Yes. SRS has reporting functions to identify top prescribers by drug class

1 | Page  
Auburn Pharmaceutical Company000042

12. On average how many total (non-controlled and controlled) scripts do you dispense daily? __333__

13. On average how many controlled scripts do you dispense daily? __102__

14. Approximately what is your monthly dispensing average for the following items:

    A. Monthly Volume of Oxycodone family (all strengths): __80__ ~~116~~ Scripts __10,010__ Tabs
    B. Monthly Volume of Oxycodone 30mg: __14__ Scripts __1140__ Tabs
    C. Monthly Volume of Oxycodone 10/325mg: __66__ Scripts __5970__ Tabs
    D. Monthly Volume of Hydrocodone family (all strengths): __172__ Scripts __11824__ Tabs
    E. Monthly Volume of Hydrocodone 10/325mg: __95__ Scripts __7646__ Tabs
    F. Monthly Volume of Gabapentin (all strengths): __150__ Scripts __10028__ Tabs

### PHARMACY PICTURE REQUIREMENT

*Please send the following pictures of your pharmacy: 1- Building with sign, 1- Street view, 1- Posted business hours, 2- Prescription product storage and shelving, 2- Inside of pharmacy retail and waiting area.*

Questionnaires can be submitted via fax, email, or upload portal on the Auburn website. Pictures can be emailed or submitted through the upload portal on the Auburn website. Pictures cannot be faxed. The questionnaire will be pending approval until pictures are received.

I, __Jalal Zawaideh__ as the ☑ owner ☐ representative, have completed this form to the best of my knowledge and ability.

Printed Name: __Jalal Zawaideh__   Signature: __[signed]__
Title: __Pharm D__   Date: __9/28/20__

### ***FOR OFFICE USE ONLY***

| | | | |
|---|---|---|---|
| State License Verification | Date: 10-6-20 | Initials: RC | City Population: 59,461 |
| DEA License Verification | Date: 10-6-20 | Initials: RC | Customer Ratio: 70/30 |
| ARCOS Lookup | Date: 10-6-20 | Initials: RC | |

Notes: Review 12/1/2020

Approved By: __[signed]__   Date: __10/14/2020__