# EXHIBIT J

**Subject:** Re: ZMC Sponsorship
**Date:** Wednesday, June 1, 2016 at 9:13:33 AM Eastern Daylight Time
**From:** Marko Berishaj
**To:** Amanda Berishaj, Pharm.D.
**CC:** Jalal Zawaideh, PharmD, Gabe Zawaideh, Louis Zawaideh, PharmD

Big time.

Sent from my iPhone

> On Jun 1, 2016, at 9:06 AM, Amanda Berishaj, Pharm.D. <aberishaj@directrx.com> wrote:
>
> That's great PR for you.
>
> Amanda Berishaj, Pharm.D.
> Vice President
> 248-273-0480 (direct)
> 248-280-6405 (fax)
>
>
>
> Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s)
> and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited.
> If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.
>
>
>
> -----Original Message-----
> From: Jalal Zawaideh, PharmD [mailto:jalal@zmcrx.com]
> Sent: Tuesday, May 31, 2016 10:17 PM
> To: Amanda Berishaj, Pharm.D.
> Cc: Marko Berishaj; Gabe Zawaideh; Louis Zawaideh, PharmD
> Subject: Re: ZMC Sponsorship
>
> This is not an invite. My case management referral team asked me to sponsor. It will cost about 1000.00
>
> The audience will be about 40 docs that treat auto.
>
> Sent from my iPhone
>
>> On May 31, 2016, at 9:41 PM, Amanda Berishaj, Pharm.D. <aberishaj@directrx.com> wrote:
>>
>> Perfect JZ, how did you hook it up
>>
>>> On May 31, 2016, at 7:39 PM, Marko Berishaj <mberishaj@directrx.com> wrote:
>>>
>>> nice.... how much did that set you back and is this an invite?
>>>> On May 31, 2016, at 7:31 PM, Jalal Zawaideh, PharmD <jalal@zmcrx.com> wrote:
>>>>

>>>> <Ven Johnson Attorney Presentation Invite_Draft 6.pdf>
>>>