UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALLSTATE INSURANCE COMPANY;
ALLSTATE PROPERTY AND
CASUALTY INSURANCE COMPANY;
ALLSTATE FIRE AND CASUALTY
INSURANCE COMPANY; ESURANCE
INSURANCE COMPANY; and
ESURANCE PROPERTY AND
CASUALTY INSURANCE COMPANY,

No: 19-cv-13721
Hon. Linda V. Parker
M. J. Elizabeth Stafford

       Plaintiffs,

vs.

INSCRIBED PLLC; INTEGRATIVE
NEUROLOGY PLLC; DIAGNOSTIC
SOLUTIONS LLC; WOOK KIM, M.D.,
P.C. d/b/a FARMBROOK
INTERVENTIONAL PAIN & EMG;
DETROIT INSTITUTE OF PAIN
MUSCULOSKELETAL MEDICINE
PLLC; MICHIGAN INSTITUTE OF
MUSCULOSKELETAL MEDICINE
PLLC; ZMC PHARMACY, L.L.C.;
INTEGRA LAB MANAGEMENT
LLC; GIREESH VELUGUBANTI,
M.D.; ARVINDER DHILLON, M.D.;
BACHU ABRAHAM, M.D.; AND
JALAL ZAWAIDEH, R.PH.,

       Defendants.

**INDEX OF EXHIBITS FOR DEFENDANTS ZMC PHARMACY, L.L.C. AND JALAL ZAWAIDEH'S MOTION AND BRIEF IN SUPPORT TO QUASH PLAINTIFFS' SUBPOENAS TO LBF GROUP PLLC, TOMA & ASSOCIATES, INC., GOOGLE, LLC AND ELPAM, LLC AND/OR FOR PROTECTIVE ORDER**

| Number | Description |
|---|---|
| 1 | Allstate's Notice and Subpoena to LBF Group PLLC |
| 2 | Allstate's Notice and Subpoena to Toma & Associates, C.P.A. P.C. |
| 3 | Allstate's Notice and Subpoena to Elpam, LLC |
| 4 | Allstate's Notice to Google, LLC |