# EXHIBIT E

**Subject:** Fwd: Jalal Zawaideh
**Date:** Friday, December 21, 2018 at 6:25:14 PM Eastern Standard Time
**From:** FYDIBOHF23SPDLT on behalf of Jalal Zawaideh, PharmD
**To:** Jack Abbo
**Attachments:** image001.jpg, ATT00001.htm, US Tax Return - '16 Customcare Pharmacy Inc.pdf, ATT00002.htm

Begin forwarded message:

**From:** Michael Gill <mgill@directrx.com>
**Date:** December 21, 2018 at 3:16:54 PM EST
**To:** Jalal Zawaideh <jalal@zmcrx.com>
**Cc:** Louis Zawaideh <lzawaideh@gmail.com>
**Subject: RE: Jalal Zawaideh**

I found the 2016 tax return for Custom Care
No luck with 2017 Return

Michael T. Gill
DirectRX
Controller
Phone: 855-362-3397 Ext 299
Direct: 248-273-0460
Fax: 248-280-2286

**From:** Jalal Zawaideh, PharmD <jalal@zmcrx.com>
**Sent:** Friday, December 21, 2018 2:54 PM
**To:** Michael Gill <mgill@directrx.com>; Louis Zawaideh <lzawaideh@gmail.com>
**Subject:** Fwd: Jalal Zawaideh


Do either of you have these items

Begin forwarded message:

> **From:** Jack Abbo <jabbo@levelonebank.com>
> **Date:** December 21, 2018 at 1:58:24 PM EST
> **To:** "Jalal Zawaideh, PharmD" <jalal@zmcrx.com>
> **Subject: FW: Jalal Zawaideh**
>
> Hi Jalal, I have not received a response from Peter regarding the email below, can you follow-up with him. Thanks.
>
>
> **From:** Jack Abbo
> **Sent:** Wednesday, December 19, 2018 12:32 PM
> **To:** 'Peter Toma' <petertoma@tomacpa.com>
> **Cc:** Jalal Zawaideh, PharmD <jalal@zmcrx.com>
> **Subject:** Jalal Zawaideh
>
>
> Hi Peter, I'm working with Jalal Zawaideh, when you have some time please supply the following:
>
> 1. 2016, 2017 Business Returns and YTD P&L and Balance Sheet for Village Pharmacy
> 2. 2016, 2017 Business Returns and YTD P&L and Balance Sheet for Custom Care
>
> The P&L's can be couple months old, they don't have to be as of December.
>
> Let me know if you have any questions. Thank You! If you need Jalal's