# EXHIBIT 2

```
 1      take a break.  And then I just want to look at
 2      my notes and see if I have anything.  And then
 3      we can --
 4                     MS. McETTRICK:  Sure.
 5                     (Short recess taken at 3:50
 6                     p.m.)
 7                     (Back on the record at 4:09
 8                     p.m.)
 9                     MS. McETTRICK:  Morgan, I think
10      what you just said is you have no
11      cross-examination questions after this time;
12      but if we need to reconvene, you reserve the
13      right to cross then.
14                     Naturally, Allstate reserves the
15      right to redirect.
16                     MS. SCHUT:  That's correct.
17                     (Deposition concluded at 4:09
18                     p.m.)
19                     - - -
20
21
22
23
24
25
```