UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALLSTATE INSURANCE CO.,
et al.,

          Plaintiffs,         Civil Action No.: 19-13721
                                      Honorable Linda V. Parker
v.                                  Magistrate Judge Elizabeth A. Stafford

INSCRIBED PLLC, et al.,

          Defendant.
_____/

## ORDER DENYING MOTION TO QUASH SUBPOENA [ECF NO. 122]

The Court **DENIES** non-party Shari Pavlovich's motion to quash subpoena. She must appear for the evidentiary hearing on **August 31, 2021 from 1:30 to 2:00 p.m.** If Pavolvich continues to claim that she will not be able to act as a court reporter at all on August 31 because of the half-hour obligation ordered here, she will need to provide proofs in support.

      **IT IS SO ORDERED.**

                                              s/Elizabeth A. Stafford
                                              ELIZABETH A. STAFFORD
                                              United States Magistrate Judge

Dated: August 30, 2021

## **NOTICE TO PARTIES ABOUT OBJECTIONS**

Within 14 days of being served with this order, any party may file objections with the assigned district judge.  Fed. R. Civ. P. 72(a).  The district judge may sustain an objection only if the order is clearly erroneous or contrary to law.  28 U.S.C. § 636.  **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."**  E.D. Mich. LR 72.2.

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 30, 2021.

> s/Marlena Williams
> MARLENA WILLIAMS
> Case Manager