# EXHIBIT 2

6:29 

<        
             MS
            Morgan >

Thu, Aug 5, 4:24 PM

- just bill less so you won't be on our clients radar
- allstate is reimbursing at medicare billing approved rate -

- bill just above medicare then stay under the radar

- $200k jury comment - jury isn't gonna wanna hear this. what if this case gets thrown out "haha"

- expert disclosures are in today; total fraud - runs tufts
- why tufts? use mitchell
- we use mitchell - "that's the problem"

  iMessage 

