UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY; ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY; ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY; ESURANCE INSURANCE COMPANY; and ESURANCE PROPERTY AND CASUALTY INSURANCE COMPANY, <br><br> Plaintiffs, <br><br> vs. <br><br> ZMC PHARMACY, L.L.C. and JALAL ZAWAIDEH, R.PH., <br><br> Defendants. | C.A. No. 19-cv-13721-LVP-EAS <br><br> Honorable Linda V. Parker <br> Magistrate Judge Elizabeth A. Stafford |

## STIPULATED ORDER OF SUBSTITUTION OF COUNSEL

This matter having come before the Court upon Stipulation of Counsel and Successor Counsel for plaintiffs Allstate Insurance Company, Allstate Property and Casualty Insurance Company, Allstate Fire and Casualty Insurance Company, Esurance Insurance Company, and Esurance Property and Casualty Insurance Company (collectively, "Allstate") in the above-referenced matter, and the Court being fully advised in the premises:

US.135489950.01

IT IS HEREBY ORDERED that Atty. Adam J. Pabarcus and FAEGRE DRINKER BIDDLE & REATH LLP shall be substituted in the place and stead of all present counsel for Allstate in the above-referenced matter.

**IT IS SO ORDERED.**

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: November 24, 2021

STIPULATED AND AGREED TO THIS 24th DAY OF NOVEMBER, 2021

| | |
|---|---|
| /s/ Richard D. King, Jr.<br>/s/ Nathan A. Tilden<br>/s/ Jacquelyn A. McEttrick<br>/s/ Andrew H. DeNinno<br><br>_____<br>Richard D. King, Jr.<br>rking@ktmpc.com<br>Nathan A. Tilden (P76969)<br>ntilden@ktmpc.com<br>Jacquelyn A. McEttrick<br>jmcettrick@ktmpc.com<br>Andrew H. DeNinno<br>adeninno@ktmpc.com<br>KING, TILDEN, MCETTRICK & BRINK<br>350 Granite Street, Suite 2204<br>Braintree, MA 02184<br>(617) 770-2214<br><br>38777 Six Mile Road, Suite 314<br>Livonia, MI 48152 | /s/ Adam J. Pabarcus<br>Adam J. Pabarcus (P78136)<br>adam.pabarcus@faegredrinker.com<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>Wells Fargo Center<br>90 S 7th Street, Suite 2200<br>Minneapolis, MN 55402-3924<br>(612) 766-7000 |