UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALLSTATE INSURANCE COMPANY, *et al.*,

Plaintiff,

v.

INSCRIBED PLLC., *et al.*,

Defendant.

Case No. 19-13721
Honorable Linda V. Parker
Magistrate Judge Elizabeth A. Stafford

**ORDER DENYING MOTIONS WITHOUT PREJUDICE
(ECF NOS. 96, 103, 105, 117)**

During a telephone conference on February 9, 2022, counsel for the parties said that they are pursing mediation and wish to postpone the hearing on the pending motions. ECF No. 96; ECF No. 103; ECF No. 105; ECF No. 117. Thus, the hearing scheduled for March 1, 2022 is **CANCELLED**.

By agreement of the parties, the Court **DENIES** the motions **WITHOUT PREJUDICE**. *Id*. And with the agreement of the Honorable Linda V. Parker, the Court will extend the discovery cutoff, which was previously set for October 1, 2021. ECF No. 90. Counsel must appear for a telephonic status conference on March 9, 2022 at 10 a.m. to discuss their

progress in scheduling their mediation and their proposed new discovery deadline.

**IT IS ORDERED.**

Dated: February 10, 2022

s/Elizabeth A. Stafford
ELIZABETH A. STAFFORD
United States Magistrate Judge

### NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge. Fed. R. Civ. P. 72(a). The district judge may sustain an objection only if the order is clearly erroneous or contrary to law. 28 U.S.C. § 636. **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."** E.D. Mich. LR 72.2.

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 10, 2022.

                                            s/Marlena Williams
                                            MARLENA WILLIAMS
                                            Case Manager