UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY; ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY; ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY; ESURANCE INSURANCE COMPANY; and ESURANCE PROPERTY AND CASUALTY INSURANCE COMPANY, <br><br> Plaintiffs, <br><br> vs. <br><br> INSCRIBED PLLC; INTEGRATIVE NEUROLOGY PLLC; DIAGNOSTIC SOLUTIONS LLC; WOOK KIM, M.D., P.C. d/b/a FARMBROOK INTERVENTIONAL PAIN & EMG; DETROIT INSTITUTE OF PAIN MUSCULOSKELETAL MEDICINE PLLC; MICHIGAN INSTITUTE OF MUSCULOSKELETAL MEDICINE PLLC; ZMC PHARMACY, L.L.C.; INTEGRA LAB MANAGEMENT LLC; GIREESH VELUGUBANTI, M.D.; ARVINDER DHILLON, M.D.; BACHU ABRAHAM, M.D.; and JALAL ZAWAIDEH, R.PH., <br><br> Defendants. | C.A. No. 19-cv-13721-LVP-EAS <br><br> Honorable Linda V. Parker <br> Magistrate Judge Elizabeth A. Stafford |

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS ZMC PHARMACY L.L.C. AND JALAL ZAWAIDEH, R.PH**

Pursuant to Fed. R. Civ. P. 41(a), it is hereby stipulated and agreed by and between Plaintiffs Allstate Insurance Company, Allstate Property and Casualty Insurance Company, Allstate Fire and Casualty Insurance Company, Esurance Insurance Company, and Esurance Property and Casualty Insurance Company (collectively, "Allstate") and Defendants ZMC Pharmacy L.L.C. and Jalal Zawaideh, R.Ph., by and through their undersigned counsel, that Allstate's Complaint (Docket No. 1) be dismissed with prejudice as to Defendants ZMC Pharmacy L.L.C. and Jalal Zawaideh, R.Ph. without costs or fees of any kind to any party. It is hereby agreed by the parties that this Court shall retain jurisdiction to enforce the terms of settlement reached between the parties.

STIPULATED AND AGREED TO THIS 28th DAY OF JULY, 2022:

| *Plaintiffs Allstate Insurance Company, Allstate Property and Casualty Insurance Company, Allstate Fire and Casualty Insurance Company, Esurance Insurance Company, and Esurance Property and Casualty Insurance Company,* | *ZMC Pharmacy L.L.C. and Jalal Zawaideh, R.Ph.,* |
|---|---|
| By their Attorneys, | By their Attorneys, |
| /s/ Barry Gross | /s/ Nathan J. Fink |
| Barry Gross | David H. Fink |
| Barry.Gross@faegredrinker.com | dfink@finkbressack.com |
| Andrew Reeve | Nathan J. Fink |
| Andrew.Reeve@faegredrinker.com | nfink@finkbressack.com |
| FAEGRE DRINKER BIDDLE & REATH LLP | FINK BRESSACK 38500 Woodward Ave, Ste. 350 |

One Logan Square, Ste. 2000  Bloomfield Hills, MI 48304
Philadelphia, PA 19103  248-971-2500
215-988-2872

Adam Pabarcus
Adam.Pabarcus@faegredrinker.com
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY; ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY; ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY; ESURANCE INSURANCE COMPANY; and ESURANCE PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>INSCRIBED PLLC; INTEGRATIVE NEUROLOGY PLLC; DIAGNOSTIC SOLUTIONS LLC; WOOK KIM, M.D., P.C. d/b/a FARMBROOK INTERVENTIONAL PAIN & EMG; DETROIT INSTITUTE OF PAIN MUSCULOSKELETAL MEDICINE PLLC; MICHIGAN INSTITUTE OF MUSCULOSKELETAL MEDICINE PLLC; ZMC PHARMACY, L.L.C.; INTEGRA LAB MANAGEMENT LLC; GIREESH VELUGUBANTI, M.D.; ARVINDER DHILLON, M.D.; BACHU ABRAHAM, M.D.; and JALAL ZAWAIDEH, R.PH.,<br><br>Defendants. | C.A. No. 19-cv-13721-LVP-EAS<br><br>Honorable Linda V. Parker<br>Magistrate Judge Elizabeth A. Stafford |

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AS TO
DEFENDANTS ZMC PHARMACY L.L.C. AND JALAL ZAWAIDEH, R.PH**

This matter having come before the Court upon stipulation of the parties, and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that plaintiffs' causes of action against Defendants ZMC Pharmacy L.L.C. and Jalal Zawaideh, R.Ph, are hereby dismissed with prejudice and without costs to any party. The Court shall retain jurisdiction over this matter only to enforce the terms of settlement reached between the parties.

**IT IS SO ORDERED.**

s/ Linda V. Parker<br>
LINDA V. PARKER<br>
U.S. DISTRICT JUDGE

Dated: July 29, 2022