UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALLSTATE INSURANCE COMPANY, et al.,

      Plaintiff(s),

V.                                  CASE NO. 19-13721
                                  HON. LINDA V. PARKER

INSCRIBED PLLC, et al.,

      Defendant(s).
_____/

## ORDER OF DISMISSAL

The parties having filed a Stipulation and Order of Dismissal [ECF No. 148] on July 29, 2022; Accordingly, the above-entitled action is **DISMISSED WITHOUT PREJUDICE AND WITHOUT COSTS**.

                                        s/Linda V. Parker
                                        Linda V. Parker
                                        United States District Judge

Dated: February 2, 2023

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 2, 2023, by electronic and/or ordinary mail.

                                        s/A. Flanigan
                                        Case Manager